USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> SAMUEL BANKMAN-FRIED, <br><br> Defendant. | No. 22-CR-673 <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

An initial conference is scheduled for January 3, 2023 at 2:00 p.m. and will be held in Courtroom 318 at the Thurgood Marshall United States Courthouse, 40 Foley Square.

SO ORDERED.

Dated:   December 22, 2022
         New York, New York

Ronnie Abrams
United States District Judge