UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>              v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, and GARY WANG,<br><br>                                Defendants. | No. 22-cr-673 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

It has come to the Court's attention that the law firm of Davis Polk & Wardwell LLP, at which my husband is a partner, advised FTX in 2021, as well as represented parties that may be adverse to FTX and Defendant Bankman-Fried in other proceedings (or potential proceedings). My husband has had no involvement in any of these representations. These matters are confidential and their substance is unknown to the Court. Nonetheless, to avoid any possible conflict, or the appearance of one, the Court hereby recuses itself from this action. *See* 28 U.S.C. § 455.

SO ORDERED.

Dated:    December 23, 2022
               New York, New York

_____
Hon. Ronnie Abrams
United States District Judge