UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

       -against-                                    22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED, et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Any papers in response to Dkts 31 and 40 and any subsequent filings with respect to redaction of the names of sureties on appearance bonds for defendant Bankman-Fried shall be filed no later than January 19, 2023.

       SO ORDERED.

Dated:      January 11, 2023

                                                            /s/ Lewis A. Kaplan
                                                            Lewis A. Kaplan
                                                      United States District Judge