UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

      - v. -

SAMUEL BANKMAN-FRIED
      a/k/a "SBF,"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GOVERNMENT'S
FORFEITURE BILL
OF PARTICULARS

22 Cr. 673 (LAK)

        Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Four and Seven of Indictment 22 Cr. 673 (LAK) against SAMUEL BANKMAN-FRIED, and as alleged in the forfeiture allegations and/or substitute asset provision therein, includes the following:

    a. 55,273,469 shares of the stock of Robinhood Markets Inc. from Account Number 499-30500 at ED&F Man Capital Markets, Inc., a/k/a "Marex," held in the name of "Emergent Fidelity Technologies," seized by the Government on or about January 4, 2023;

    b. $20,746,713.67 in United States currency formerly on deposit in Account Numbers 499-30500 and 429-30500 at ED&F Man Capital Markets, Inc., a/k/a "Marex," held in the name of "Emergent Fidelity Technologies" seized by the Government on or about January 4, 2023;

    c. $49,999,500 in United States currency formerly on deposit in Account Number 9000-1924-02685 at Farmington State Bank d/b/a "Moonstone Bank" held in the name of "FTX Digital Markets" seized by the Government on or about January 4, 2023;

    d. $5,322,385.32 in United States currency formerly held on deposit in Account Number 0000005090042549 at Silvergate Bank held in the name of "FTX Digital Markets" seized by the Government on or about January 11, 2023;

1

e. $719,359.65 in United States currency formerly on deposit in Account Number 0000005090042556 at Silvergate Bank held in the name of "FTX Digital Markets" seized by the Government on or about January 11, 2023;

f. $1,071.83 in United States currency formerly on deposit in Account Number 0000005090042564 at Silvergate Bank held in the name of "FTX Digital Markets" seized by the Government on or about January 11, 2023;

g. $94,570,490.63 in United States currency formerly on deposit in Account Number 0000005091010037 at Silvergate Bank held in the name of "FTX Digital Markets" seized by the Government on or about January 19, 2023;

h. Any and all monies, assets, and funds contained in Binance account number 94086678;

i. All monies, assets, and funds contained in Binance.us account number 35000066; and

j. All monies, assets, and funds contained in Binance.us account number 35155204;

Dated: New York, New York
       January 20, 2023

                                    Respectfully Submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney


                              By:   /s Samuel Raymond
                                    Samuel Raymond
                                    Danielle Kudla
                                    Thane Rehn
                                    Andrew Rohrbach
                                    Danielle R. Sassoon
                                    Nicolas Roos
                                    Assistant United States Attorneys
                                    Telephone: (212) 637-6519