# EXHIBIT 2

**From:** Sam Bankman-Fried
**Date:** January 2, 2023 at 9:12:26 PM EST
**To:** John Ray
**Cc:** Christian Everdell                    David Mills                    "Mark S. Cohen
**Subject: Re: Funds moved**

Hi Mr. Ray,

I know things haven't gotten off on the right foot, but I really do want to be helpful—whether on the funds, or on anything else. (Hopefully it's just you guys moving the funds!)

As I'm guessing you've heard, I'm in NYC for the next day. I'd love to meet up while I'm here—even if just to say hi. In case you are available, I'm free before noon EST, or from roughly 4pm-6pm, tomorrow (Tuesday) in the city.

Sam

On Fri, Dec 30, 2022 at 2:53 PM Sam Bankman-Fried                                    wrote:

> Mr. Ray,
>
> I've seen these reports (https://cointelegraph.com/news/alameda-wallets-become-active-days-after-sbf-bail-community-mulls-foul-play [cointelegraph.com]).
>
> If this is your team moving the assets to custody, great!
>
> If not, I worry it might be a hacker--possibly the same one as a month and a half ago.

1

I can't myself access the funds, but I suspect that your team likely has the ability to move and safeguard these funds; so if it is a hacker, then you could consider moving them to custody ASAP so that they can't be syphoned.

I would be happy to talk about the ways you likely are able to access them if helpful.

--
Sam Bankman-Fried

--
Sam Bankman-Fried

**This is an external message from: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**