

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

# MEMO ENDORSED

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-2023
```

February 2, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: ***United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)**

Dear Judge Kaplan:

  On behalf of our client, Samuel Bankman-Fried, we respectfully submit this letter to advise the Court that the parties have been engaging in productive discussions to resolve the outstanding issues related to Mr. Bankman-Fried's bail conditions. The parties would like to continue these discussions, which we are optimistic will lead to an agreement between the parties in the next few days and eliminate the need for further litigation.[1]

  We therefore respectfully request that the Court extend the defendant's deadline to file his reply submission on the bail condition relating to crypto asset transfers from today, February 2, 2023 to Monday, February 6, 2023. We further request that the Court adjourn the date for oral argument on the bail conditions from Tuesday, February 7, 2023 to Friday, February 10, 2023 or another time convenient for the Court's schedule.

  The Government consents to these requests. The defense agrees to abide by the conditions imposed by the Court in its February 1, 2023 order, *see* ECF No. 58, until the new oral argument date or until this matter is resolved by the parties with the approval of the Court.

            Respectfully submitted,

             /s/ Mark S. Cohen
             Mark S. Cohen

---

[1] Excluded from these discussions is the redaction of the names of the non-parental sureties from their appearance bonds. The defense is still considering whether to appeal the Court's ruling on that issue. The deadline to file a notice of appeal is February 7, 2023, at 5:00pm. ECF No. 57 at 12.

<u>Memorandum Endorsement</u>     <u>U.S. v. Bankman-Fried, et al., 22-cr-0673 (LAK)</u>

Time for submission of reply papers previously due today is extended until Monday, February 6, 2023. Oral argument is adjourned until 10:30 a.m. on February 9, 2023.

SO ORDERED.

Dated: February 2, 2023

_____
Lewis A. Kaplan
United States District Judge