```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-9-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                     22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED, et al.,

        Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In view of today's hearing before the undersigned, and on consent of the parties, the Court extends the February 1, 2023 Order (Dkt 58) until 11:59 p.m. on February 21, 2023. The parties shall file their submission or submissions with respect to defendant's conditions of release on or before February 13, 2023.

        SO ORDERED.

Dated:        February 9, 2023

                                                                                    Lewis A. Kaplan
                                                                          United States District Judge