UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

           -against-

SAMUEL BANKMAN-FRIED, et al.,

           Defendants.
------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-14-2023
```

22-cr-0673 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The parties' motions for an extension of the deadline for their submission or submissions with respect to defendant's conditions of release (Dkt 66; Dkt 67) are denied in part. The parties will supplement their submissions with respect to the defendant's conditions of release by February 15, 2023 at 5:00 p.m. The Court will hear argument on this matter on February 16, 2023 at 2:30 p.m.

        It is undisputed by the parties that the defendant has used a VPN or "Virtual Private Network" at least twice to access the internet while on release – and at least once since the Court ordered that the defendant refrain from using any encrypted or ephemeral call or messaging applications. (Dkt 58) The defendant's use of a VPN presents many of the same risks associated with his use of an encrypted messaging or call application. Thus, pending the outcome of the hearing on February 16, I hereby amend the conditions of defendant's release, effective immediately, to prohibit the defendant's use of any VPN. Moreover, the Court extends the February 1, 2023 Order (Dkt 58), as thus amended, until 11:59 p.m. on February 24, 2023.

        SO ORDERED.

Dated:      February 14, 2023

                                                      Lewis A. Kaplan
                                             United States District Judge