**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand twenty-three.

_____

United States of America,

    Appellee,

v.

Samuel Bankman-Fried, AKA Sealed Defendnat 1,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 23-6134

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 27 2023
```

Appellant moves to withdraw the above-captioned appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/27/2023**