Date Written
Feb 17, 2023

Case 1:22-cr-00673-LAK Document 74
Filed 02/16/23

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Courtroom 21B
New York, NY 10007-1312

RECEIVED
MAR 07 2023
JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-7-23

Dear Hon. Kaplan:

This man should be jailed. His ability to fraud people with his computer skills should, never the less, inhibit him from <u>ANY ACCESSIBILITY</u> to a computer.

Being at his parents house enables him access to his parents' computers and phones. This is not a restriction at all. No slap on the hand for little rich boy. He should be jailed until October 2, 2023 scheduled trial.

You are right in your request or order to tighten the bail restrictions. I do not think they listened to you.

Just let the Sam Bankman-Fried's play at his parents house, while people suffer the losses <u>he knowingly inflicted</u> on people. This is ludicrous to allow him any access to a computer or phone.

How can some people do such unbelievable enormous financial crimes! Where are the <u>other</u> employees he can contact on the phone or by computer using a VPN. This is truly beyond the expectancy of the courts allowing such a decision with no <u>CASH</u> exchanged. (Put your house up. Come on.)

Mary Moon

Other crypto currencies are doing well in the Market. People are suffering with their loss of money, but he gets to stay home with mom & dad.

Psychopaths are naturally <s>irresponsible</s> and <u>not bound by rules or the law</u>. Because no one made him follow the rules or bound by law - but him precious self.