UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

SAMUEL BANKMAN-FRIED,
a/k/a "SBF,"

                      Defendant.

----------------------------------------------------------x

S3 22 Cr. 673 (LAK)

[~~PROPOSED~~] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-28-23

WHEREAS the parties in this case have been engaged in active discussions to come to an agreement on a set of proposed modifications to the Defendant's existing bail conditions to address certain issues raised by the Court;

WHEREAS the parties anticipate being able to present the Court with a proposed order outlining these conditions by the week of March 20, 2023;

WHEREAS the Defendant, in the meantime, needs access to the FTX transactional database (the "AWS Database"), which was provided in the criminal discovery, to prepare his defense;

WHEREAS access to the AWS Database requires the use of a Virtual Private Network ("VPN"), which the Defendant is currently prohibited from using under the existing bail conditions;

IT IS HEREBY ORDERED that the Defendant's bail conditions will be modified ~~as follows~~ by adding the following:

1. The Defendant will be given access to a laptop computer (the "Laptop") that will be configured to allow him to access the AWS Database via a secure VPN connection, pursuant to the following conditions:

a. The Laptop will be owned and controlled by Cohen & Gresser and will not be one of Mr. Bankman-Fried's personal devices.

b. When Mr. Bankman-Fried wishes to use the Laptop, an attorney or paralegal from Cohen & Gresser will bring the Laptop to Mr. Bankman-Fried's residence, remain with Mr. Bankman-Fried while he uses the Laptop, and take back the Laptop and remove it from the residence when he is finished.

c. Mr. Bankman-Fried may use the Laptop only to query, review, and analyze the data in the AWS Database, and share those results with his counsel and others on the defense team.

d. For those purposes, the Laptop will be installed with the Microsoft 11 operating system and its associated programs and will be loaded only with the following additional applications and programs:

   i. AWS VPN client (to access the AWS Database);

   ii. pgAdmin (PostgreSQL tool to query the AWS Database);

   iii. Microsoft Office, including Microsoft Word, Excel, and Access (to create documents and analyze data);

   iv. Adobe Acrobat Reader (to read documents in .pdf format);

   v. 7zip (to create zip files to transfer large files);

   vi. Google Chrome (to send files to the defense team via Mr. Bankman-Fried's Gmail account or via the Cohen & Gresser ShareFile site); and

      vii. A remote access support tool (for remote support by Cohen & Gresser).

  e. If requested, Cohen & Gresser will provide the Government with device-specific identifying information for the Laptop.

2. Apart from this modification, the Defendant's existing bail conditions will remain in effect.

SO ORDERED.

Dated: March 28, 2023
       New York, New York

_____
The Honorable Lewis A. Kaplan
United States District Judge

3