**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-23

April 4, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED

LEWIS A. KAPLAN, USDJ
4/4/23

Re: *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

On behalf of our client, Samuel Bankman-Fried, we respectfully submit this letter (1) to request a one-week enlargement of time to implement the bail conditions set forth in the Court's March 28, 2023 order (the "Order") (ECF No. 118), and (2) to request that the Court add the sharefile site of Mr. Bankman-Fried's civil attorneys, Montgomery McCracken Walker & Rhoads, to the list of approved websites.

Since the issuance of the Order, the defense has been working diligently with our technical consultant to implement the conditions set forth in the Order. We have made substantial progress but will be unable to complete the implementation by today's deadline. Among other things, some of the electronic devices containing the monitoring software specified in the Order have taken longer to ship than we anticipated. We are confident that we will receive the devices within a week's time. Accordingly, we respectfully request the Court to grant a one-week extension of the deadline to implement the bail conditions to Tuesday, April 11, 2023. The Government consents to this request.

Separately, in reviewing the list of approved websites, we noticed that we inadvertently omitted the sharefile site of Mr. Bankman-Fried's civil attorneys, Montgomery McCracken Walker & Rhoads. Accordingly, we respectfully request that the Court modify the Order to add this sharefile site to the list of approved websites. The defense will provide the web address for this website to the Government. The Government consents to this request.