

Karin Brothers
8 Victoria Ave.
Troy, N.Y. 12180



March 3, 2023

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
Courtroom 21B
New York, NY 10007=1312

re: Case no. 22 Cr. 673

Sir:

We are appalled that Sam Bankman-Fried is not incarcerated after having bilked billions from innocent investors; particularly since his bail is probably not worth the paper its printed on.

I would like to recap the SBF/FTX manipulation of our government:

- Tens of billions of U.S. dollars have been funnelled to Ukraine, laundered through FTX. The Ukrainian government has received over $60 million in cryptocurrency donations globally. The money laundering circle was: **Democrats vote to send funds to Ukraine, Ukraine invests in FTX, FTX cryptocurrency was funneled back to the same Democrats**
- The laundered money now in the form of FTX cryptocurrency was funnelled back to Democrats and the Bidens: FTX gave at least $40 million to Democrats in advance of the 2022 midterms, making Bankman-Fried was the #2 donor to the Democratic party.
- FTX's ex-CEO Sam Bankman-Fried aggressively lobbied the CFTC: he funded congressional campaigns for members overseeing the Commodity Futures Trading Commission (CFTC), [oversees regulation of the cryptocurrency industry] with FTX currently under investigation by the CFTC and the (SEC)!

But Bankman-Fried appears to be above the justice system that the rest of Americans are subjected to by being out of jail before his Oct. 2 hearing -- by virtue of a worthless piece of paper. Given his crime, even the real money shouldn't count.

Your lack of interest in treating Bankman-Fried appropriately for the crimes he has committed reflects badly both on you as well as on American justice. We all want to see him incarcerated, preferably for life.

Hopefully,

*[signature]*

copy: NY Senators

Telephone: 416-966-2815                                          Email: kbrothers@sympatico.ca