UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
      :
UNITED STATES OF AMERICA      :
      :    22 Cr. 673 (LAK)
    v.      :
      :
SAMUEL BANKMAN-FRIED,      :    **NOTICE OF APPEARANCE**
      :
    Defendant.      :
      :
---------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
       May 8, 2023

                                  **COHEN & GRESSER LLP**

                                  */s/ S. Gale Dick*
                                  S. Gale Dick
                                  800 Third Avenue
                                  New York, New York 10022
                                  (212) 957-7600
                                  sgdick@cohengresser.com

                                  *Attorney for Defendant Samuel Bankman-Fried*