# Exhibit 6



IBC No.: 171080

ANTIGUA AND BARBUDA
FINANCIAL SERVICES REGULATORY COMMISSION

# CERTIFICATE OF INCORPORATION
## FTX TRADING LTD.

The undersigned **HEREBY CERTIFIES**, pursuant to Section 9 of the International Business Corporations Act, Cap. 222, of the Revised Laws of Antigua and Barbuda, that the above named company was incorporated under the laws of Antigua and Barbuda and has complied with all the requirements of the said Act.

Certified true copy of the original

Name: HO Tak Ming
Occupation / Capacity: Certified Public Accountant
License Number: 0968005 (ACCA)
Date: 5 Jan 2022

Chief Executive Officer
Financial Services Regulatory Commission

REGISTERED AT: ST. JOHN'S ANTIGUA, ON APRIL 02, 2019

CONFIDENTIAL TREATMENT REQUESTED BY FTX

FTX_000612175
SDNY_03_00506266