# Exhibit 8

| To: | Gill, Micah (USANYS) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
|---|---|
| Cc: | Sassoon, Danielle (USANYS)▇▇▇▇▇▇▇▇▇▇; Roos, Nicolas (USANYS)▇▇▇▇▇▇▇▇▇▇▇▇; Bianco, Grant (USANYS)▇▇▇▇▇▇▇▇ |
| From: | Neil P. Reiff |
| Sent: | Wed 12/14/2022 7:30:59 PM |
| Subject: | [EXTERNAL] New York Democratic Party |

Copy of $10k wire from Prime Trust LLC on behalf of Sam Bankman-Fried received into the Federal account on_10_26_22.pdf
Copy of $107k wire from Prime Trust LLC on behalf of Nishad Singh received into the NYS Campaign account_10_28_22.pdf

Wire transfer copies from the New York Democratic Party

Sam Bankman-Fried - $10,000 on 10/26/22 into the Federal account
Nishad Singh - $107,000 on 10//28/22 into the NYS Campaign account (non-federal account)


Neil P. Reiff
Sandler, Reiff, Lamb, Rosenstein & Birkenstock, P.C.
1090 Vermont Ave, NW
Suite 750
Washington, D.C. 20005
w. ▇▇▇▇▇▇▇▇
f. ▇▇▇▇▇▇▇▇

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by email.  Thank you for your cooperation.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

SDNY_03_00662417