# Exhibit 12





**Fenwick & West LLP**
**801 California Street**
**Mountain View, CA 94041**
**Tel**
**www.fenwick.com**

Alameda Research LLC
2000 Center Street, Suite 400
Berkeley, CA 94704

| | |
|---|---:|
| Invoice Date: | January 26, 2021 |
| Client Number: | 34394 |
| Invoice Number: | 836987 |

Attn: Sam Bankman-Fried

**(Invoice Emailed)**

---

For professional services rendered through December 31, 2020.

| | |
|---|---:|
| Fees: | $ 242,658.00 |
| Disbursements: | 25,297.22 |
| CURRENT AMOUNT DUE | $ 267,955.22 |

CONFIDENTIAL TREATMENT REQUESTED BY FTX

FTX_000314267
SDNY_03_00208353

Alameda Research LLC  
Client Number: 34394

Page 22

Invoice Date: January 26, 2021  
Invoice Number: 836987  
Billing Attorney: Andrew Albertson

Compliance and Risk Mitigation  
Matter number 34394-00402

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/03/20 | Casey O'Neill | Review draft document retention policy for FTX US and confer with A. Albertson and D. Friedberg re same (.8); evaluate corporate structure issues in re document retention (.3); research retention issues for ephemeral messaging and confer internally re same (.8). | 1.9 | 1,615.00 |
| 12/04/20 | Casey O'Neill | Confer with D. Friedberg regarding records retention project (.5); prepare for call with same (.4); confer internally regarding staffing and work on matter and consider same (.4). | 1.3 | 1,105.00 |
| 12/15/20 | Casey O'Neill | Gather templates for retention policies and confer re same. | 0.3 | 255.00 |
| 12/16/20 | James Gregoire | Call with C. O'Neill to discuss retention policies; review draft policies; discuss the same with M. Loewenthal. | 0.7 | 574.00 |
| 12/16/20 | Casey O'Neill | Collaborate on and draft document retention policies. | 2.7 | 2,295.00 |
| 12/17/20 | James Gregoire | Call with K. Rincon to discuss retention policies; review templates; draft retention policy and schedule. | 3.3 | 2,706.00 |
| 12/17/20 | Casey O'Neill | Collaborate regarding document retention policies. | 0.4 | 340.00 |
| 12/28/20 | Casey O'Neill | Evaluate status of retention policy project. | 0.2 | 170.00 |
| | | Total Hours and Fees | 10.8 | $ 9,060.00 |

CONFIDENTIAL TREATMENT REQUESTED BY FTX

FTX_000314289  
SDNY_03_00208375