UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
:
UNITED STATES OF AMERICA         :
:
v.                               :  S5 22 Cr. 673 (LAK)
:
SAMUEL BANKMAN-FRIED,            :  ORAL ARGUMENT REQUESTED
:
:
Defendant.                       :
----------------------------------------------------------X

**NOTICE OF SAMUEL BANKMAN-FRIED'S MOTION TO COMPEL
THE GOVERNMENT TO PRODUCE DOCUMENTS AND FOR AN ORDER
AUTHORIZING A SUBPOENA TO BE SERVED ON FENWICK & WEST LLP**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christian R. Everdell and Memorandum of Law with exhibit and attachments, Samuel Bankman-Fried hereby moves through his counsel (i) to compel the Government pursuant to Rule 16 of the Federal Rules of Criminal Procedure to produce the documents specifically identified in Exhibit A to the subpoena attached hereto (the "Subpoena"), and (ii) in the alternative, for an order under Rule 17(c)(1) of the Federal Rules of Criminal Procedure authorizing his counsel to issue the Subpoena to the law firm of Fenwick & West LLP ("Fenwick") directing Fenwick to produce these same documents to the defense by no later than June 20, 2023, or such other date as the Court may order.

Dated: May 30, 2023
New York, New York

                                    Respectfully submitted,

                                    */s/ Mark S. Cohen*
                                Mark S. Cohen
                                Christian R. Everdell
                                S. Gale Dick
                                Sri K. Kuehnlenz
                                **COHEN & GRESSER LLP**
                                800 Third Avenue, 21st Floor
                                New York, NY 10022
                                (212) 957-7600
                                mcohen@cohengresser.com
                                ceverdell@cohengresser.com
                                sgdick@cohengresser.com
                                skuehnlenz@cohengresser.com

                                *Attorneys for Samuel Bankman-Fried*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I served via Federal Express overnight delivery, pursuant to Federal Rule of Criminal Procedure 49 and Local Civil Rule 5.3 and Local Criminal Rule 1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the attached notice of motion upon the following non-party:

Fenwick & West LLP
c/o Nancy Hart, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
nhart@gibsondunn.com

_____
Christian R. Everdell