**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America | Case No. 1:22-cr-00673-LAK |
| v. | **FTX DEBTORS' MOTION TO INTERVENE AND FOR A PROTECTIVE ORDER** |
| Samuel Bankman-Fried | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Third-Party Movants FTX Trading Ltd., West Realm Shires Inc., Alameda Research LLC, Alameda Research LTD and their subsidiaries and affiliates' ("FTX Debtors") Motion to Intervene and for a Protective Order, the undersigned will move this Court before the Honorable Lewis A. Kaplan, United States District Court Judge, Courtroom 21B, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007-1312, at a date and time to be determined by the Court, for an Order granting Third-Party Movants' Motion to Intervene and for a Protective Order for the limited purpose of opposing certain relief requested by Defendant Samuel Bankman-Fried in his Motion to Compel the Government to Produce Documents and for An Order Authorizing A Subpoena to Fenwick & West LLP (Dkt. 150), and for any other such further relief as this Court deems just and proper.

-2-

Dated: New York, New York
      June 9, 2023

Respectfully,

*/s/ Nicole Friedlander*
Steven R. Peikin
Nicole Friedlander
Shane R. Yeargan
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
*Counsel for Third-Party Movant*
*FTX Debtors*