UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

United States of America

v.

SAMUEL BANKMAN-FRIED,
  a/k/a "SBF,"

                                  *Defendant.*

------------------------------------------------------------

**[Proposed] Order Governing
Extrajudicial Statements**

**S5 22 Cr. 673 (LAK)**

Pursuant to SDNY Local Criminal Rule 23.1(h), and upon a finding that a narrowly drawn order governing extrajudicial statements by the parties is the least restrictive corrective measure to ensure a fair trial, the Court orders as follows:

1. The parties in this case, their attorneys, and their agents are prohibited from publicly disseminating or discussing with any public communications media anything about the case which could interfere with a fair trial, including statements about the identity, testimony, or credibility of prospective witnesses, information that has not been deemed admissible at trial, and statements intended to influence public opinion regarding the merits of this case. The defendant is also prohibited from causing others, such as surrogates, family members, spokespersons, representatives, or volunteers, from making such statements on his behalf.

2. For purposes of this order, the prohibition on attorneys extends to the personnel identified in SDNY Local Criminal Rule 23.1(a), namely, "the lawyer or law firm . . . non-lawyer personnel employed by a lawyer's office or subject to a lawyer's supervision, private investigators acting under the supervision of a criminal defense lawyer, and government agents and police officers."

3. The prohibition in this order does not apply to assertions of innocence, or references to information that is contained either in publicly-filed court filings or transcripts of court proceedings in this case.

SO ORDERED:

Dated: New York, New York
       July ___, 2023

_____
THE HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE