# Exhibit A

# Exhibit A

**small group chat**

10:32 AM

Thu, Nov 10

To keep this group informed, SullCrom and Fenwick are coordinating on contingency planning based on what they know, for FTX.com. They are very much open to discussing with Sam and ▇▇▇ and team what you're working on and achieving the best possible outcome.

▇▇▇ and myself will continue to make sure the contingency preparation is done appropriately.

▇▇▇ called me with all sorts of ideas, and I would encourage folks not to talk with him. He resigned several days ago from all his roles.

There is a natural path where the work ▇▇▇ and I are preparing for and what Sam is working on (which I understand to be attempts to support customer assets) align. In parallel the US and global regulatory pressure is increasingly intense.

Encourage Sam and his counsel to volunteer to join a call with the SullCrom and Fenwick teams, when practical, to discuss appropriate alignment.

11:36 AM

Witness-1

**Witness-1**    

> idk what yours is; I guess as I see it, it's:
>
> #1 safeguard existing assets
> #2 making sure that Alameda is permanently disabled and disallowed from using FTX
> #3 trying to build value for the platform because that might help at least make customers more whole; by (a) radically increasing transparency, (b) improving the product, (c) re-starting, and (d) searching for financing

> obviously it's more up to what the liquidators think/want than what I do! But very interested in your thoughts.       7:26 PM

> This will be a wind down. And a goal of identifying assets to sell. The code base might very well be one – but it's worthless without 100% commitment of Nishad and Gary and you to working with the global bankruptcy advisors. Everyone is employees now. The court and John Ray decide how to best generate value from current assets. John would love to hear your thoughts and talk to you / consult with you.       7:28 PM

> I would love to talk to him!

> he hasn't reached out yet -- tell him I'm totally happy to; he can talk to me here, email, phone, etc.       7:30 PM