**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

# MEMO ENDORSED

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-2023
```

August 7, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

On behalf of our client, Samuel Bankman-Fried, we write to respectfully request a slight modification to the Court's scheduling order. ECF No. 173.

According to the scheduling order, August 14, 2023, is the deadline for (1) the parties to provide notice to each other of any expert witnesses that may be called in the Government's case-in-chief and the defense case, (2) the defendant to provide notice to the Government of his intention to present an advice of counsel defense or a defense based on mental condition or defect, (3) the Government to provide Rule 404(b) notice to the defendant, and (4) the parties to submit any motions *in limine*. *Id.* The defense requests that the deadline for the parties' expert notice and the defendant's notice of his intention to present an advice of counsel defense or a defense based on mental condition or defect be moved two days to August 16, 2023. The Government's Rule 404(b) notice and the parties' motions *in limine* would still be due on August 14, 2023.

This is the defendant's first request for such relief. The Government consents to this request.

Respectfully submitted,

*Granted.*
**SO ORDERED**

_____
**LEWIS A. KAPLAN, USDJ**

Dated: 8-8-2023

/s/ Christian R. Everdell
Mark S. Cohen
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor