

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

August 14, 2023

<u>VIA ECF</u>

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    On behalf of our client, Samuel Bankman-Fried, we write to respectfully request that the Court enter an order directing the Metropolitan Detention Center (MDC) in Brooklyn, New York to provide our client with uninterrupted access to his daily prescribed medications while he is detained at MDC.

    We have enclosed a letter from George K. Lerner, M.D., who has provided psychiatric care to Mr. Bankman-Fried since February 2019.  *See* Appendix A.  As described in Dr. Lerner's letter, for over five years Mr. Bankman-Fried has been prescribed Emsam 9mg/24 hrs transdermal patch for the treatment of depression; and for the past three years, Mr. Bankman-Fried has been prescribed Adderall 10mg tablets, 3-4x/day for the treatment of ADHD.  Dr. Lerner observes that without these medications, Mr. Bankman-Fried will experience a return of his depression and ADHD symptoms, which will severely impact his ability to assist in his own defense.

    When Mr. Bankman-Fried was remanded to custody on August 11, 2023, he was only able to bring a small supply of the above-described medications that will last for a few days.  We respectfully ask that the Court promptly enter an order directing MDC to ensure that our client has continuous access to the specific medications and dosages that are described in Dr. Lerner's letter.  A proposed order is enclosed as Appendix B.

The Honorable Lewis A. Kaplan
August 14, 2023
Page 2

Respectfully submitted,

  /s/ Christian R. Everdell
Mark S. Cohen
Christian R. Everdell
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York  10022
(212) 957-7600
mcohen@cohengresser.com
ceverdell@cohengresser.com

cc:   All counsel of record (via ECF)