```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA                                   :
                                                           :    S6 22 Cr. 673 (LAK)
            v.                                             :
                                                           :    ORAL ARGUMENT REQUESTED
SAMUEL BANKMAN-FRIED,                                      :
                                                           :
                                                           :
                        Defendant.                         :
-----------------------------------------------------------x
```

## NOTICE OF SAMUEL BANKMAN-FRIED'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christian R. Everdell with Exhibits and Memorandum of Law, Samuel Bankman-Fried hereby moves through his counsel as follows:

Motion *in Limine* No. 1:  Motion to preclude the Government from introducing evidence that was produced to the defense after July 1.

Motion *in Limine* No. 2:  Motion to exclude evidence of the FTX bankruptcy, the solvency of FTX and Alameda, and their ability to make customers whole.

Motion *in Limine* No. 3:  Motion to exclude evidence of Mr. Bankman-Fried's resignation from FTX.

Motion *in Limine* No. 4:  Motion to exclude statements that pertain to FTX.US.

Motion *in Limine* No. 5:  Motion for an order directing the Government to produce immediately to the defense all orally communicated *Brady* material in its possession.

PLEASE TAKE FURTHER NOTICE that Mr. Bankman-Fried hereby reserves his rights to oppose to the Government's motions *in limine* to introduce evidence related to severed and

withdrawn counts and, to the extent the Government seeks to admit document metadata, to oppose the admissibility of such evidence.

Dated:  August 14, 2023
        New York, New York

                                              Respectfully submitted,

                                               */s/ Mark S. Cohen*
                                              Mark S. Cohen
                                              Christian R. Everdell
                                              Sri K. Kuehnlenz
                                              **COHEN & GRESSER LLP**
                                              800 Third Avenue, 21st Floor
                                              New York, NY  10022
                                              Phone:  (212) 957-7600
                                              mcohen@cohengresser.com
                                              ceverdell@cohengresser.com
                                              skuehnlenz@cohengresser.com

                                              *Attorneys for Samuel Bankman-Fried*