# Exhibit C

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 50 | Date Range: 11/10/2022 |

## Outline of Conversations

**D0385GSHNRF** • 50 messages on 11/10/2022 • Christopher Perkins • Zach Dexter

**Messages in chronological order** (times are shown in GMT +00:00)

| | **D0385GSHNRF** | |
|---|---|---|
| CP | **Christopher Perkins**<br>Please call. I have interest. | 11/10/2022, 1:10 PM |
| CP | **Christopher Perkins**<br>Putting you on an email | 11/10/2022, 1:10 PM |
| CP | **Christopher Perkins**<br>Ava Labs | 11/10/2022, 1:10 PM |
| CP | **Christopher Perkins**<br>We may try to this ourselves | 11/10/2022, 5:43 PM |
| ZD | **Zach Dexter**<br>sounds good to me | 11/10/2022, 6:03 PM |
| CP | **Christopher Perkins**<br>Avax i  intere ted | 11/10/2022, 6:04 PM |
| ZD | **Zach Dexter**<br>good | 11/10/2022, 6:04 PM |
| ZD | **Zach Dexter**<br>Sam has agreed to make me president of ftxus | 11/10/2022, 6:04 PM |
| ZD | **Zach Dexter**<br>so i imagine i'll be able to sign | 11/10/2022, 6:04 PM |
| CP | **Christopher Perkins**<br>We are speaking to lawyers at 230 | 11/10/2022, 6:49 PM |
| ZD | **Zach Dexter**<br>awesome | 11/10/2022, 6:50 PM |
| ZD | **Zach Dexter**<br>i'm chatting with clark later,  o could make it happen there | 11/10/2022, 6:50 PM |
| CP | **Chri  topher Perkin**<br>Goal is speed, protecting you and the team<br>　　1 • Zach Dexter | 11/10/2022, 6 50 PM |
| CP | **Chri  topher Perkin**<br>Partnering to realize our shared dream | 11/10/2022, 6 50 PM |
| CP | **Christopher Perkins**<br>If we get the green light, we will move at light speed | 11/10/2022, 6:51 PM |
| CP | **Christopher Perkins**<br>When is your call with Clark? | 11/10/2022, 6:51 PM |
| ZD | **Zach Dexter**<br>tbd | 11/10/2022, 6:51 PM |

| | | |
|---|---|---|
| CP | **Christopher Perkins**<br>Ok, | 11/10/2022, 6:51 PM |
| CP | **Chri topher Perkin**<br>We also have Giancarlo | 11/10/2022, 6 52 PM |
| CP | **Christopher Perkins**<br>@Zach Dexter what's the legal name of the derivatives entity? | 11/10/2022, 7:33 PM |
| CP | **Christopher Perkins**<br>on with counsel now | 11/10/2022, 7:34 PM |
| ZD | **Zach Dexter**<br>LedgerX LLC. the holdco is Ledger Holdings Inc. | 11/10/2022, 7:34 PM |
| CP | **Christopher Perkins**<br>The 250mm | 11/10/2022, 7:39 PM |
| CP | **Christopher Perkins**<br>is it just Sam's or is it <http://ftx.us\|ftx.us> | 11/10/2022, 7:39 PM |
| CP | **Chri topher Perkin**<br>does <http://ftx.us\|ftx.us> stand to benefit from release | 11/10/2022, 7 39 PM |
| ZD | **Zach Dexter**<br>i think it could benefit them | 11/10/2022, 7:40 PM |
| CP | **Christopher Perkins**<br>Can you explain? We need to understand who's capital it is and how <http://FTX.US\|FTX.US> benefits | 11/10/2022, 7:43 PM |
| CP | **Christopher Perkins**<br>If the 250 goes to <http://FTX.US\|FTX.US>, that's a good thing | 11/10/2022, 7:48 PM |
| ZD | **Zach Dexter**<br>(sorry, on a call) | 11/10/2022, 7:51 PM |
| ZD | **Zach Dexter**<br>(looking into it shortly) | 11/10/2022, 7:52 PM |
| CP | **Christopher Perkins**<br>Thanks | 11/10/2022, 8:24 PM |
| CP | **Christopher Perkins**<br>this data is key | 11/10/2022, 8:24 PM |
| ZD | **Zach Dexter**<br>yup, Josh digging now | 11/10/2022, 8:24 PM |
| ZD | **Zach Dexter**<br>Started a <https://coinfund.slack.com/call/R04A0UYDSMV\|call>. | 11/10/2022, 8:43 PM |
| CP | **Christopher Perkins**<br>Hi, how do we start DD? | 11/10/2022, 9:14 PM |

**CP** **Christopher Perkins** 11/10/2022, 9:14 PM
Do you have a data room from your late t rai e?

**ZD** **Zach Dexter** 11/10/2022, 9 14 PM
send me emails for data room

**CP** **Christopher Perkins** 11/10/2022, 9:14 PM
<mailto:█████████████>

**ZD** **Zach Dexter** 11/10/2022, 9:14 PM
we have an intralinks with last year's acqui of ledgerx, plus recent ledgerx financials

**CP** **Christopher Perkins** 11/10/2022, 9:15 PM
<mailto:█████████████>

**CP** **Christopher Perkins** 11/10/2022, 9:15 PM
Also need <http://FTX.US|FTX.US> org chart if possible

**ZD** **Zach Dexter** 11/10/2022, 9:15 PM
yes it's in there

**CP** **Chri topher Perkin** 11/10/2022, 9 15 PM
And legal entity structure

**ZD** **Zach Dexter** 11/10/2022, 9:15 PM
well there's not really an org chart, or much of one

**ZD** **Zach Dexter** 11/10/2022, 9:15 PM
but legal structure is there

**ZD** **Zach Dexter** 11/10/2022, 9:15 PM
can get org chart, or what we have

**CP** **Christopher Perkins** 11/10/2022, 9:16 PM
And are you paid by LedgerX or <http://FTX.US|FTX.US> (west realm shire)

**ZD** **Zach Dexter** 11/10/2022, 9:16 PM
ledgerx

**ZD** **Zach Dexter** 11/10/2022, 9:36 PM
y'all are in the DD room

**CP** **Christopher Perkins** 11/10/2022, 9:43 PM
Ty