# Exhibit D

# Short Message Report

| Conversations: 1 | Participants: 12 |
|---|---|
| Total Messages: 23 | Date Range: 11/11/2022 |

## Outline of Conversations

**fusd-executives** • 23 messages on 11/11/2022 • Brandon Kotara • Brandon Kotara • Brian Mulherin • Jim Outen • Josh Markou • Joshua Markou • Julie Schoening • Slackbot • U00 • Veronica Jedzejec • Zach Dexter • Zach Dexter

**Messages in chronological order** (times are shown in GMT +00:00)

### fusd-executives

**Zach Dexter** — 11/11/2022, 12:02 PM
Sam has finally signed an Omnibus Corporate Authority signing over control of many of his entities, including West Realm Shires Inc., to an experienced restructuring officer.
🙏 1 • Brandon Kotara

**Zach Dexter** — 11/11/2022, 12:02 PM
it was not easy to get him to do this
:salutee: 1 • Joshua Markou

**Zach Dexter** — 11/11/2022, 12:02 PM
and he didn't want to include WRS, but eventually we were able to convince his personal counsel to convince him to do it, I believe

**Zach Dexter** — 11/11/2022, 12:03 PM
absolutely the right move, and should let all entities move forward very quickly with doing the right thing on all fronts
🙏 1 • Joshua Markou

**Zach Dexter** — 11/11/2022, 12:03 PM
decisively

**Zach Dexter** — 11/11/2022, 12:03 PM
virtually is fine

**Joshua Markou** — 11/11/2022, 12:29 PM
Thank you Zach. Your leadership in this moment of crisis is outstanding. All FTX US employees appreciate the work you're doing to help.
2 • Brandon Kotara • Jim Outen

**Josh Markou** — 11/11/2022, 3:39 PM
I think we should halt employee travel temporarily
1 • Jim Outen

**Josh Markou** — 11/11/2022, 3:40 PM
i believe there were several trips planned to Miami next week. @U048Y832AG4 can we do that training virutally?

**Veronica Jedzejec** — 11/11/2022, 3:45 PM
@U0498DDEU1X Yes, we can do this training virtually

**Jim Outen** — 11/11/2022, 3:46 PM
I'll tell JP and Alexa to cancel their travel, and will do the same.

**Veronica Jedzejec** — 11/11/2022, 3:50 PM
I've told my team to cancel their travel

**Veronica Jedzejec** — 11/11/2022, 3:50 PM
I can also tell Mary

**Josh Markou** — 11/11/2022, 3:51 PM
Thanks

**Veronica Jedzejec** — 11/11/2022, 6:36 PM
Compliance is ready to remove Aaron Hawkins, Shawndea, and Collin from this workspace. Is everyone okay with that?

| | | |
|---|---|---|
| BM | **Brian Mulherin** | 11/11/2022, 6:51 PM |
| | yes | |
| VJ | **Veronica Jedzejec** | 11/11/2022, 6:54 PM |
| | @U048VPT35NE Are you able to remove Aaron Hawkins, Shawndea, and Collin from this workspace? | |
| U | **U00** | 11/11/2022, 6:54 PM |
| | *Joined the conversation* | |
| | <U00> has joined the channel | |
| BK | **Brandon Kotara** | 11/11/2022, 6:54 PM |
| | yep | |
| U | **U00** | 11/11/2022, 6:57 PM |
| | *Left the conversation* | |
| | <U00> has left the channel | |
| U | **U00** | 11/11/2022, 6:58 PM |
| | *Joined the conversation* | |
| | <U00> has joined the channel | |
| S | **Slackbot** | 11/11/2022, 6:59 PM |
| | *FTX US Derivatives* has removed themselves from this channel. | |
| BK | **Brandon Kotara** | 11/11/2022, 6:59 PM |
| | <!here> I have unconnected this channel - use the other slack | |