UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

SAMUEL BANKMAN-FRIED,

        Defendant.
------------------------------------------x

S6 22-cr-0673 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Any response to the government's August 18, 2023 application regarding the advice of counsel defense shall be filed no later than August 23, 2023 at 10 a.m.

      SO ORDERED.

Dated:    August 21, 2023

                            /s/    Lewis A. Kaplan
                                      Lewis A. Kaplan
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-2023