USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

SAMUEL BANKMAN-FRIED,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

S6 22-cr-0673 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Insofar as the defendant has sought relief for August 22, *see* Dkt 210, the request is granted to the extent that the Marshall shall make the defendant available to meet with his counsel, in the Marshal's cell block attorney room, from approximately 8:30 a.m. until approximately 3 p.m. Counsel may bring one Internet-enabled laptop and one WiFi device into the Courthouse for the purpose of the meeting. The balance of the request for August 22 is denied.

        SO ORDERED.

Dated:    August 21, 2023

                                                /s/    Lewis A. Kaplan
                                                       Lewis A. Kaplan
                                                   United States District Judge