```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-23-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

             -against-　　　　　　　　　　　　　　　　　S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

             Defendant.
------------------------------------------x

## INTERIM ORDER RE DEFENDANT'S ACCESS TO DISCOVERY MATERIALS

LEWIS A. KAPLAN, *District Judge.*

      Pending the Court's resolution of the dispute between the government and the defendant concerning defendant's access to discovery materials in view of his detention[1] and unless otherwise ordered, the government and the USMS shall make available to the defendant, if he elects to avail himself of the government's offer set out in the last three paragraphs of the government's letter of August 18, 2023, the accommodations there set forth commencing August 21, 2023. To whatever extent the defendant elects to meet with counsel in the courthouse cell block, he shall give notice to the government and the USMS at least 48 hours in advance of any requested meeting date.

      SO ORDERED.

Dated:     August 23, 2023

                                          _____
                                              Lewis A. Kaplan
                                           United States District Judge

---

[1] The Court's order of August 21, 2023 did not resolve that dispute. Rather, it was directed solely at the defendant's request for the day of his arraignment, August 22.