UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :   S6 22 Cr. 673 (LAK)
        v.                                                  :
                                                            :
SAMUEL BANKMAN-FRIED,                                       :
                                                            :
                        Defendant.                          :
------------------------------------------------------------x

### DECLARATION OF DAVID F. LISNER IN SUPPORT OF SAMUEL BANKMAN-FRIED'S MOTION TO EXCLUDE TESTIMONY FROM GOVERNMENT EXPERT PETER EASTON

I, David F. Lisner, an attorney duly admitted to practice before this Court hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm Cohen & Gresser LLP, attorneys for Defendant Samuel Bankman-Fried.

2. Attached as Exhibit 1 is a true and correct copy of the Government's expert disclosure for Professor Peter Easton, dated August 16, 2023.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated:  August 28, 2023
        New York, New York

                                                Respectfully submitted,

                                                /s/ David F. Lisner
                                                _____
                                                David F. Lisner
                                                **COHEN & GRESSER LLP**
                                                800 Third Avenue, 21st Floor
                                                New York, NY 10022
                                                (212) 957-7600
                                                dlisner@cohengresser.com

                                                *Attorneys for Samuel Bankman-Fried*