USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-31-2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

-against-                                       S6 22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

              Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    For the reasons stated on the record in open court, the defendant's Motion *in Limine* No. 1 (set forth in Dkt 206) is denied.

    SO ORDERED.

Dated:    August 31, 2023

                                                                    Lewis A. Kaplan
                                                          United States District Judge