UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                           :
UNITED STATES OF AMERICA                   :
                                           :   22 Cr. 673 (LAK)
            v.                             :
                                           :
SAMUEL BANKMAN-FRIED,                      :   **NOTICE OF APPEARANCE**
                                           :
            Defendant.                     :
                                           :
———————————————————————— x

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that she is admitted to practice in this Court.

Dated: New York, New York
       September 1, 2023

                                              **COHEN & GRESSER LLP**

                                              */s/ Sharon Barbour*
                                              Sharon L. Barbour
                                              800 Third Avenue
                                              New York, New York 10022
                                              (212) 957-7600
                                              sbarbour@cohengresser.com

                                              *Attorney for Defendant Samuel Bankman-Fried*