# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of September, two thousand twenty-three.

Before:      Eunice C. Lee,
                    *Circuit Judge,*

United States of America,

       Appellee,

**ORDER**

Docket No. 23-6914

v.

Samuel Bankman-Fried, AKA Sealed Defendant 1,

       Defendant - Appellant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/06/2023

Appellant Samuel Bankman-Fried moves for pretrial release and for his immediate release pending disposition of this appeal. The Government opposes the motion.

IT IS HEREBY ORDERED that the motion for pretrial release is REFERRED to the next available three-judge panel. To the extent Appellant requests his immediate release pending decision by the three-judge panel, that request is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/06/2023