UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

SAMUEL BANKMAN-FRIED,

        Defendant.

---

22 Cr. 673 (LAK)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
       September 7, 2023

**COHEN & GRESSER LLP**

*/s/ Drew S. Dean*
Drew S. Dean
800 Third Avenue
New York, New York 10022
(212) 957-7600
ddean@cohengresser.com

*Attorney for Defendant Samuel Bankman-Fried*