

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2023

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      In connection with the trial in the above-captioned matter, the Government respectfully requests that Your Honor permit the Government to arrange for the provision of (i) secure high-speed wired Internet access and a printer in the courtroom for the Government's use, and (ii) individual audio headsets for the jury.  The secure Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective and efficient presentation of evidence.  In addition, we will be able to reduce the files we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings. While we understand that the courtroom also has WiFi access, which we may use, a high-speed wired connection generally ensures a faster internet connection and can avoid potential connectivity issues.  The printer will further facilitate the effective and efficient presentation of evidence by reducing delays associated with procuring additional hardcopies of documents that may be required.  Finally, the individual headsets will ensure the highest-quality audibility of certain Government audio exhibits.

      Subject to your approval, we will retain Courtroom Connect to provide the high-speed wired Internet access. Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is 100% independent of the Court's internal network. Set up, installation and service fees will be paid for by the Government at no cost to the Court.

      The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance and other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel. Many trials in federal courts have utilized a high-speed connection to the Internet in the courtroom, including *United States v. Gatto*, 17 Cr. 686 (LAK); *United States v. Sylvia Ash*, 19 Cr. 780 (LAK).

Subject to your approval, we will also coordinate with the Court's technology personnel to provide individual audio headsets as needed during trial and to connect a courtroom printer provided by the Government for the duration of the trial proceedings.

If Your Honor is agreeable to these arrangements, the Government respectfully requests that you sign the enclosed order permitting us to proceed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:   /s/
    Nicolas Roos
    Danielle R. Sassoon
    Samuel Raymond
    Thane Rehn
    Danielle Kudla
    Assistant United States Attorneys
    (212) 637-2403

Cc:    Defense Counsel (by ECF)