UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | ORDER |
| - v. - : | S6 22 Cr. 673 (LAK) |
| SAMUEL BANKMAN-FRIED, : <br>     a/k/a "SBF, | |
| : | |
|         Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the *United States v. Samuel Bankman-Fried*, S6 22 Cr. 673 (LAK), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Tuesday, October 3, 2023. Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

    IT IS FURTHER ORDERED THAT the Government may make proper arrangements with the technology personnel of the Court to connect a courtroom printer for the duration of the trial proceedings and to provide individual audio headsets as needed during trial.

Dated: New York, New York
       September __, 2023

                                                              _____
                                                               LEWIS A. KAPLAN
                                                               UNITED STATES DISTRICT JUDGE