UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

SAMUEL BANKMAN-FRIED,

        Defendant.
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-2023

S6 22-cr-0673 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Any response to the defense's September 25, 2023 application regarding temporary release of the defendant pursuant to 18 U.S.C. § 3142(i) shall be filed no later than September 27, 2023 at 5 p.m.

        SO ORDERED.

Dated:      September 26, 2023

                                      Lewis A. Kaplan
                                      United States District Judge