

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

Christian R. Everdell
+1 (212) 957-7600
ceverdell@cohengresser.com

September 26, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Samuel Bankman-Fried*, S5 22 Cr. 673 (LAK)

Dear Judge Kaplan:

  On behalf of our client, Samuel Bankman-Fried, we write to respectfully request that the Court enter an order directing the United States Marshals Service and/or the Bureau of Prisons Metropolitan Detention Center to permit and make appropriate arrangements for our client to wear business attire clothing while he is in Courtroom 26A for the duration of his criminal trial commencing October 3, 2023. We also respectfully request that the Court direct the United States Marshals Service and/or the Bureau of Prisons Metropolitan Detention Center to accept from defense counsel and maintain for our client's use certain articles of business attire clothing. A proposed order is enclosed.

               Respectfully submitted,

                /s/ Christian R. Everdell
               Mark S. Cohen
               Christian R. Everdell
               **COHEN & GRESSER LLP**
               800 Third Avenue, 21st Floor
               New York, New York 10022
               (212) 957-7600
               mcohen@cohengresser.com
               ceverdell@cohengresser.com

cc: All counsel of record (via ECF)