**Appendix A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA                    :
:     S5 22 Cr. 673 (LAK)
v.                                   :
:
SAMUEL BANKMAN-FRIED,                       :     [PROPOSED] ORDER
     a/k/a "SBF,"                           :
:
                    Defendant.              :
:
------------------------------------------------------------x

    WHEREAS, counsel for the defendant request that defendant Samuel Bankman-Fried (Reg. No. 37244-510) be permitted to wear business attire clothing while he is in Courtroom 26A for the duration of his criminal trial commencing October 3, 2023; and

    WHEREAS, counsel for the defendant seek to provide articles of business attire clothing to the United States Marshals Service ("USMS") and/or the Bureau of Prisons Metropolitan Detention Center ("MDC") for the defendant to wear in Courtroom 26A;

    IT IS HEREBY ORDERED that the USMS and/or MDC permit and make appropriate arrangements for the defendant to wear business attire clothing while he is in Courtroom 26A for the duration of his criminal trial commencing October 3, 2023; and

    IT IS FURTHER ORDERED that the USMS and/or MDC accept and maintain on the defendant's behalf the following articles of clothing to be provided by defense counsel: three (3) suits (consisting of slacks and jackets); four (4) dress shirts; three (3) ties; one (1) belt; four (4) pairs of socks; two (2) pairs of shoes; and appropriate undergarments.

SO ORDERED.

Dated:  September ____, 2023
        New York, New York

                                          _____
                                          The Honorable Lewis A. Kaplan
                                          United States District Judge