UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

  -against-
                                22-CR-673-01(LAK)

SAMUEL BANKMAN-FRIED (01),

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Order

        The court having required the jurors to remain at the courthouse beyond the normal end of day for deliberations on November 2, 2023,

        IT IS HEREBY ORDERED, that the Clerk of Court is authorized to pay the invoice submitted by Global Automated Services, no. 24675, dated 11/16/2023 for the jurors' transportation home on 11/2/2023.

        SO ORDERED.

Dated: November 20, 2023

/s/ Lewis A. Kaplan<br>
Lewis A. Kaplan<br>
United States District Judge