

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

January 19, 2024

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      Please find enclosed for the Court's consideration a proposed protective order, which would extend the provisions of the existing protective order to the defendant's new counsel, Marc Mukasey and Torrey Young.

                               Respectfully submitted,

                               DAMIAN WILLIAMS
                               United States Attorney

               by:  /s/     Nicolas Roos
                    Danielle R. Sassoon
                    Samuel Raymond
                    Thane Rehn
                    Danielle Kudla
                    Nicolas Roos
                    Assistant United States Attorneys
                    (212) 637-2421

Cc:    Defense Counsel (by ECF)