UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                      :

UNITED STATES OF AMERICA,           :       S6 22 CR. 00673 (LAK)
                                        :

          – against –               :       **[PROPOSED]**
                                        :   **ORDER GRANTING MOTION TO**
                                        :            **WITHDRAW**

SAMUEL BANKMAN-FRIED,        :

                     Defendant.      :
-------------------------------------------------------------X

        Upon consideration of the Motion to Withdraw, it is **HEREBY ORDERED THAT**

Mark S. Cohen, Christian R. Everdell, S. Gale Dick, David F. Lisner, Sri Kuehnlenz, Sharon L.

Barbour, Alexandra K. Theobald, and Andrew Dean of Cohen & Gresser LLP are granted leave

to withdraw as co-counsel for defendant Samuel Bankman-Fried in the above-captioned matter.


Dated: _____, 2024


                                        _____

                                        Honorable Lewis A. Kaplan
                                        United States District Judge