# EXHIBIT A

| Letters in Support of Samuel Bankman-Fried's Sentencing Submission ||
| --- | --- |
| **Number** | **Name** |
| 1 | David Arfin |
| 2 | Joseph Bankman |
| 3 | Gabriel Bankman-Fried |
| 4 | Michele Barry |
| 5 | Stephen Boyd |
| 6 | Jeremy Brest |
| 7 | Paul Brest |
| 8 | Madeline Chaleff |
| 9 | Daniel Chapsky |
| 10 | Edward Dodds |
| 11 | Louis Dron |
| 12 | Mark Dybul |
| 13 | Jamie Forrest |
| 14 | Barbara Fried |
| 15 | Wayne Hsiung |
| 16 | Dr. George Lerner |
| 17 | Barbara Levitt |
| 18 | Judy Mark |
| 19 | Barbara Miller |
| 20 | Edward Mills |
| 21 | Dr. Hassan Minhas |
| 22 | Matthew Nass |
| 23 | David Pearce |
| 24 | Ross Rheingans-Yoo |
| 25 | Carmine Simpson |
| 26 | Douglas Slemmer |
| 27 | Natalie Tien |
| 28 | Francois Venter |
| 29 | Kat Woods |