February 4, 2024

David Arfin



Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan,

I am writing regarding Sam Bankman Fried.   I am a resident of Palo Alto, California and a Co-Founder of a Brooklyn-based startup that develops clean energy projects in New York City.

My perspective on Sam is that of a parent of a childhood friend of Sam.   I have known Sam for over 20 years.  I first met him when he was about 10 years old and played on a little league team with my son. The boys became good friends and enjoyed each other's company during their middle and high school years.   Both boys were better at baseball statistics than the game itself and took a liking to one another.  They were both gifted in math and had quirky senses of humor.   For several years – their joint passion for math led them to attend a voluntary "Sunday Math" group at Stanford where they would attend a lecture from a faculty member and then work through some math problems together.   It would lead to follow-on "play dates" and likely some nerdy conversations, card games and debates about the key statistics of baseball and why measuring productivity with batting and earned run averages is suboptimal.

I hold fond memories of Sam and his brother coming to Shabbat dinners at our home, birthday parties they attended and sleepovers.  He was a sweet and curious boy with a big smile, big brain, and a desire to do good.   As an introvert, he probably came off as a bit awkward and I think of him as being more comfortable playing poker, online games, or Magic the Gathering than he was talking about materialistic things.

Sam was not a typical teenager that concerned himself with pop music, clothes or popular culture.  He grew up in a household where ideas, knowledge and discussion of ethics were highly valued.    He enjoyed being around adult academics and particularly

**Ex. A-1**

enjoyed conversations about ideas and application of numbers and logic.   I do think he understood his privileged upbringing and was driven to be a positive force in the world.

So my recollection is mostly of Sam ages 10-18 as we didn't keep in direct touch with Sam once the boys went east for college.  The one exception to that is watching Sam support his dear friend after that friend's father passed away unexpectedly.  It was Sam who had to share the tragic news and provided comfort and companionship at this vulnerable time.

I appreciate the chance to share some memories of Sam and wish you well with the proceedings. Please let me know if you have questions or comments.  I can be reached at ▮▮▮▮▮▮▮▮

Sincerely,

David Arfin
David Arfin

Ex. A-1