

**Framework Capital Solutions Pte Ltd**

20A Cluny Park  +65 6622-6600
Singapore 259634
UEN / GST Reg No: 200506960C

5 February 2024

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan

**Sentencing of Sam Bankman-Fried**

My name is Jeremy Brest and I met Sam Bankman-Fried in my capacity as Managing Director of Framework Capital Solutions Pte Ltd, a corporate finance advisory firm.

I contacted Sam in late November 2022 to ask about the possibility of a client company acquiring some parts of the FTX group out of bankruptcy. In my discussions with Sam (which lasted through early December 2022), he was candid and forthright, and his entire focus was on generating value for the creditors and clients of the FTX entities. Based on Sam's detailed description of the situation (which appear to me to be consistent with subsequent public disclosures), I recommended my client attempt to acquire significant portion of the FTX assets, and eventually, they did propose an investment in a process that was unfortunately thwarted by the bankruptcy team.

Particularly in light of the subsequent recovery of value of the FTX bankruptcy estate, I think it would be terribly unfortunate for Sam to be given a lengthy custodial sentence, and urge the court to use its discretion to minimize this. I believe that Sam is and will continue be a valuable and productive member of society.

Please contact me at ▮▮▮▮▮▮▮▮▮ or jeremy.brest@framework.sg if you require any additional information.

Yours very sincerely

*Jeremy Brest*

Jeremy Brest

Ex. A-6