Case 1:22-cr-00673-LAK   Document 407-12   Filed 02/27/24   Page 1 of 1



NCELLULAR.AI
1505 West 2nd venue,
Vancouver, British Columbia,
Canada
604 653 3972

**Hon. Lewis A. Kaplan**
**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl St. New York, NY, 1007-1312**

January 29, 2024
**Subject: Character reference for Mr. Sam Bankman-Fried**

Dear Judge Kaplan:

I write this letter for you during your considerations of sentencing for Mr. Sam Bankman-Fried. My intention is to provide greater context regarding the investments of Sam on their impact on clinical research.

My relationship with Sam was through his investment in life sciences, providing a critical source of funding for groups looking to revolutionize the development of medicines for more equitable global access. Conventional funding in this space has been restricted to large institutional bodies, resulting in inefficient and slow resource utilization. Particularly in the context of the COVID-19 pandemic, and indeed in other global health crises, this model has proven to be inflexible to the needs of the global community.

Through Sam's direct altruism to experts in the field, he demonstrated an earnest desire to see transformational action on health crises globally. He did not self-aggrandize through self-named institutions, nor did he create bureaucratic machinery to benefit himself and friends. Rather, he trusted in the expertise of researchers and groups who were heavily invested in pushing the boundaries of science, and who were able to push the boundaries of scientific advances in a timely manner.

These actions do not speak to a person whose character is self-centered, opportunistic or after fame. Rather, they are reflective of an individual with an earnest desire to fight against major global health challenges through a truly philanthropic mindset. While I am certain that the facts of the case and judicial precedent provide critical guidance on sentencing, I am also aware that the character of the individual is to be considered. In this respect, I hope that my letter provides you with additional information that assists in your decision making.

Respectfully,

Louis Dron MSc

CEO – nCellular AI

WWW.NCELLULAR.AI

Ex. A-11