

Health Research Methods, Evidence & Impact
1280 Main Street West
Hamilton, ON L8S 4L8

+1 778 317 8530
millsej@mcmaster.ca

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY, 1007-1312

February 25, 2024

**Subject: Character reference for Mr. Sam Bankman-Fried**

Dear Judge Kaplan:

I write to you today to provide a character reference for Mr. Sam Bankman-Fried for you to consider as you determine an appropriate sentence for his recent conviction. I am one of the few people that were involved with Sam's philanthropic intentions and have spoken to him at length about his goals in saving lives. I can speak directly to his intentions, where I believe his heart was at, and also to his demeanour around his colleagues.

I first met Sam in December of 2021 in my capacity as a clinical researcher as I was conducting one of the largest clinical trials evaluating therapies for COVID-19 during the pandemic. I was connected to Sam by a colleague because Sam had expressed interest in supporting the trial financially. I would subsequently learn that he intended on investing in start-up companies with solutions to preventing the next pandemic; after COVID-19 had illuminated the many ways we were unprepared and uncoordinated, globally.

I visited Sam at his offices and his condominium in the Bahamas. Sam led a frugal life and quite contrary to what the media portrayed his lifestyle as. Their condominium, while certainly expensive, was not lavish as it was decorated with computer desks and workstations as these young people rarely stopped working. Contrary to how their lifestyle has been reported in the media, these young people did not drink, use illegal drugs, or even eat meat. I had dinner at this home on two occasions where Sam cooked for everyone. He did the grocery shopping and prepared the food for dinner. He was a genuinely caring and humble host and took time to discuss personal issues with whoever his guests were.

I wish to firmly contend that his intentions were noble and his heart was in the right place. Sam has always been motivated by his desire to make the world a better, fairer place. His actions, regardless of the context, have always been underpinned by a spirit of benevolence and positive impact.

In my observance, Sam has tirelessly worked to contribute to various social causes, ensuring his actions bring warmth, hope, and respite to those underprivileged and in need, which reflects his benevolent nature and keen dedication to serving the people who are in dire need of assistance.

1

Ex. A-20



Health Research Methods, Evidence & Impact
1280 Main Street West
Hamilton, ON L8S 4L8

+1 778 317 8530
millsej@mcmaster.ca

Sam's substantial understanding of global issues, his commitment to resource allocation and his innovative approach to problem-solving are qualities that are not just unique, but also exceedingly rare. He possesses a vision that penetrates through the complexity of global issues and an ability to devise insightful strategies, reflecting the values of justice, fairness, and human dignity.

Imposing a harsh sentence has the potential risk of deterring individuals like Sam who strive to effect significant change in the world. As a society, we need more people like him who resonate with the true spirit of generosity, philanthropy and conscientious leadership. Thus, it is my strong belief that a lighter sentence, given the gravity of his actions and intentions, would not only be more proportionate, but also more just.

Thank you for considering my perspective. I have complete faith in your sense of judiciousness and I hope it will steer you to a decision that is fair and just for Mr. Bankman-Fried and for society.

Yours sincerely,

Edward Mills PhD

Professor, Health Research Methods, Evidence & Impact

Faculty of Health Sciences

McMaster University