# EXHIBIT D

Note: all of these are rough values, and could be slightly off; there is also obviously a chance of typos etc.  They also change a bit over time as trades happen

| Liabilities | | Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | -8,859,042,572 | Liquid | | 899,859,124 | 1,012,262,574 | Less liquid | | 5,449,513,085 | 15,415,519,517 | Illiquid | | 3,232,059,943 | 3,223,752,915 |

| Ticker | Liability | Ticker | Deliverable now | Before this week | Ticker | Deliverable | Before this week | Ticker | Deliverable | Before |
|---|---|---|---|---|---|---|---|---|---|---|
| LayerZero | -45,000,000 | HOOD | 472,291,833 | 579,183,374 | FTT | 553,903,773 | 5,905,299,356 | other ventures | 1,475,000,000 | 1,475,000,000 |
| EUR | -114,536,254 | USD in Ledger Prime | 200,000,000 | 200,000,000 | SRM | 2,187,876,172 | 5,430,110,335 | GDA | 1,150,000,000 | 1,150,000,000 |
| Genesis | -200,000,000 | USDB | 73,001,646 | 73,223,641 | SOL | 981,902,267 | 2,245,516,953 | Anthropic | 500,000,000 | 500,000,000 |
| BlockFi | -215,000,000 | DAI | 28,491,686 | 28,464,601 | MAPS | 616,372,827 | 865,376,279 | PYTH | 63,766,000 | 63,766,000 |
| USDT | -796,482,404 | DOT | 28,384,450 | 32,522,098 | Locked USDT | 500,000,000 | 500,000,000 | TWTR | 43,293,943 | 34,986,915 |
| ETH | -671,542,668 | PAXG | 23,767,062 | 23,244,430 | OXY | 54,008,094 | 100,105,976 | TRUMPLOSE | 7,394,877 | 7,394,877 |
| BTC | -1,412,738,406 | JPY | 21,758,186 | 21,979,251 | STG | 45,511,034 | 66,499,913 | | | |
| USD | -5,135,280,129 | TUSD | 15,991,381 | 16,034,265 | ETHE | 53,155,549 | 64,420,529 | | | |
| Other | -268,462,711 | EURT | 12,117,879 | 11,847,808 | FIDA | 36,492,962 | 62,127,831 | | | |
| | | BRZ | 9,049,093 | 8,708,731 | MSOL | 26,558,417 | 60,394,582 | | | |
| | | BRL | 7,017,295 | 6,753,417 | ASD | 33,946,248 | 49,967,401 | | | |
| | | WXRP | 6,987,896 | 9,298,681 | BITW | 26,527,697 | 31,939,957 | | | |
| | | PAX | 1,000,714 | 1,002,277 | Others | 17,860,159 | 29,105,657 | | | |
| | | | | | GBTC | 3,304,945 | 4,387,145 | | | |
| | | | | | APT | 312,092,943 | 267,602 | | | |

Hidden, poorly internally labled "fiat@" account     -8,000,000,000
Withdrawals on Sunday                                5,000,000,000
There were many things I wish I could do differently than I did, but the largest are represented by these two things: the poorly labeled internal bank-related acount, and the size of customer withdrawals during a run on the ba

| | | | | | | Liabilities + liquid | | | | Short term deliverability vs demand | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Liabilities | Liquid | Less Liquid | Illiquid | without fiat@ | Total | Actual leverage | Perceived leverage | Normal | Accute Fear |
| | Today's prices | -8,859,042,572 | 899,859,124 | 5,449,513,085 | 3,232,059,943 | 40,816,552 | 722,389,579 | 12.02x | 0x | 3.60x | 0.20x |
| | October's prices | -8,859,042,572 | 1,012,262,574 | 15,415,519,517 | 3,223,752,915 | 153,220,002 | 10,792,492,434 | 1.73x | 0x | 4.05x | 0.23x |
| Before Sunday | Today's prices | -13,859,042,572 | 5,899,859,124 | 5,449,513,085 | 3,232,059,943 | 40,816,552 | 722,389,579 | 12.02x | 0x | 23.60x | 0.85x |
| $5b of withdrawals | October's prices | -13,859,042,572 | 6,012,262,574 | 15,415,519,517 | 3,223,752,915 | 153,220,002 | 10,792,492,434 | 1.73x | 0x | 24.05x | 0.87x |