# EXHIBIT H

# **Exhibit A**



Case 22-11068-JTD   Doc 2463-1   Filed 09/11/23   Page 2 of 40

In re FTX Trading LTD, et al., Case No. 22-11068 (JTD)

# Stakeholder Update Materials

**Prepared for Creditor Meeting on September 11-12, 2023**

FTX



# Disclaimer

**Limitations of Report**

This report and the information contained herein (the "Report") has been prepared solely for use by FTX Trading Ltd. (d.b.a. FTX.com), and approximately 101 additional affiliated companies (together, the "Company") based on instructions given by the Company to Sullivan & Cromwell ("S&C"), Alvarez & Marsal North America, LLC ("A&M") and Perella Weinberg Partners ("PWP" and together with S&C and A&M, the "Debtors' Advisors").

The limiting conditions, assumptions and disclaimers set forth herein are an integral part of this Report, must be reviewed in conjunction herewith, and may not be modified or distributed separately.

The preliminary Information included herein reflects and/or is based upon financial and other information provided to the Debtors' Advisors by the Company, including management, staff, contract staff and other advisors of the Company, as well as other sources. The Debtors' Advisors have relied upon, and assumed, without independent verification, the accuracy and completeness of such information, and make no representation or warranty as to the accuracy or completeness of, and otherwise assumes no liability with respect to, the Report or upon which the Report is based. The Debtors' Advisors are not responsible to any party, in any way, for any analysis contained in this Report or for the future financial or operational performance of any recipient or any affiliated company.

In the event this Report contains or involves prospective financial or forward-looking information, this information was prepared by the Company's management and our work did not constitute an examination, compilation or agreed-upon procedures in accordance with standards established by the American Institute of Certified Public Accountants, and the Debtors' Advisors express no assurance of any kind on such information. Further, the work involved did not include a detailed review of any transactions, and cannot be expected to identify errors, irregularities or illegal acts, including fraud or defalcations that may exist. Accordingly, the Debtors' Advisors cannot and do not express an opinion or any other form of assurance on, and assumed no responsibility for, the accuracy or correctness of the historical information or the completeness and achievability of the projected financial data, information and assessments upon which the Report is presented.

Further, any references to estimated ranges of collateral values or cash flow recoveries included in this Report are preliminary in nature, subject to material change and not valuations of any kind. Rather, estimates have been necessary to include herein, and are based upon the limited financial information as provided or made available by the Company, available market information and various assumptions and are provided for informational purposes only. References to values of any cryptocurrencies or other digital assets are approximate and subject to material change. It is expected that there will be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material. Accordingly, no representation or warranty is made as to, and the Debtors' Advisors take no responsibility for, the achievability of any estimated recovery results described in this Report. Accordingly, the Debtors' Advisors are not responsible to any party, in any way, for the future financial or operational performance of any recipient of the Report or any affiliated company.

Further, this Report will be subject to further work, revisions and other factors which means that this version may be substantially different from any final report or advice issued.

The Report does not constitute a recommendation as to what action, if any, any person should take with respect to any claims and/or securities, nor does the Report constitute a recommendation regarding the accounting, tax, financial, legal or regulatory aspects of any proposed or possible outcome of the Company's restructuring.



# Disclaimer (cont'd)

**No Third Party Reliance**

This preliminary Report and any related informational updates are provided only in connection with the purpose of a public case update in respect of which the services are being provided. In no event, regardless of whether consent has been provided, shall the Debtors' Advisors assume any responsibility, liability or duty of care to any claimholder, person or entity other than the Company ("Third Party") to which any this preliminary information is disclosed or otherwise made available. This Report does not necessarily take account of those matters or issues which might be of relevance to any Third Parties and any Third Party is responsible for conducting its own investigation with respect to the Report and any related transactions or activities. The Debtors' Advisors make no representations or warranties, express or implied, to any Third Party on which any such party may rely with respect to the Information, including without limitation, as to accuracy or completeness, the inclusion or omission of any facts or information, or as to its suitability, sufficiency or appropriateness for the purposes of any such party.

3

# Day 1 Agenda – Briefings
## September 11, 2023

**FTX**

| Agenda Item | | Page | Schedule |
|---|---|---|---|
| **Unrestricted Briefing** | | | |
| A | Claims Overview | 6 | 9:30AM – 10:30AM |
| | ▪ Non-Customer Claims Overview | | |
| | ▪ Claims Portal Update | | |
| B | Estate Assets Overview | 9 | 10:30AM – 11:30AM |
| C | Preference & Other Avoidance Overview | 18 | 11:30AM – 12:30PM |
| | Break for Lunch | | 12:30PM – 1:30PM |
| D | Digital Assets & Venture Investments | 22 | 1:30PM – 2:30PM |
| E | Other Process & Timeline Updates | 34 | 2:30PM – 3:30PM |
| **Restricted Briefing** | | | |
| | Tax Update | n/a | |
| F | DOJ Restitution Update | n/a | 3:30PM – 4:30PM |
| | Outbound Litigation Update | n/a | |
| G | Preliminary Plan Financial Analysis & Sensitivities | n/a | 4:30PM – 6:00PM |
| H | UCC & Ad Hoc Views on Draft Plan Terms | n/a | 6:00PM – 7:00PM |

4

**FTX**

# Day 2 Agenda – Discussions
## September 12, 2023

| Agenda Item | Schedule |
|---|---|
| **Unrestricted Session** | |
| Stakeholder Feedback on Open Plan Issues | 9:30AM – 12:00PM |
| Break for Lunch | 12:00PM – 1:00PM |
| **Restricted Session** | |
| Other Term Sheet Issues | 1:00PM – 4:30PM |

# A. Claims Overview



## A. Claims Overview

# Non-Customer Claims Overview

Since the passage of the non-customer bar date on June 30, 2023, **over 2,300 non-customer claims have been filed for over $379B**. Removal of **$313B** of duplicates[1] results in **$65B** of remaining non-customer claims, including:[2]



**FDM**
$9.2 Billion
Assumed to be invalid / redundant

**IRS**
$43.5 Billion
Assumed to be subordinated

**Genesis**
$4.1 Billion
Litigation & Preference Claims

**Celsius**
$2.0 Billion
Litigation Claims

**Misc. Fraud Claims**
$2.4 Billion

**Contracts / 503(b)(9)**
$1.4 Billion

**Loans Payable**
$1.1 Billion

**VOYAGER**
$0.6 Billion (1%)
Contract Claim

**Equity Claims**
$0.4 Billion (1%)

**All Other**
$0.3 Billion (0.4%)

67%
14%
6%
3%
4%
2%
2%

1. Current adjustments reflect a preliminary analysis to remove what appear on their face to be duplicative claims, claims that are amended and superseded by later filed claims and certain adjustments to selected unliquidated claims. This analysis is preliminary, incomplete and further efforts, including a formal claims process, are expected to lead to material adjustment.
2. Excludes $1.7B of claims that have been formally withdrawn by Green Healthy House

7

**A. Claims Overview**

# Customer Claims Filed to Date

As of August 24, approximately **36,075 customer claims** have been filed for a total of **$16 billion**[1]

- Across **FTX.com** and **FTX US**, the Debtors have scheduled **$10.9B** of customer claims to date
  - **Holders of ~$7.9B** (72%) in claims have yet to agree with or dispute their scheduled claims
  - **Holders of ~$1.2B** (10%) in claims have agreed with their scheduled claims
  - **Holders of ~$1.9B** (18%) in claims have disputed their scheduled claim amount. Reconciliation of disputed claims is underway
- Customers have until September 29, 2023 (the Customer Claims Bar Date) to file a proof of claim if they dispute their scheduled claim



**FTX US**

USD in Billions

Legend: Disputed Claims (red), Agreed Claims (green), Yet to Be Filed (gray)

Scheduled: $0.3 (gray), $0.1 (green), $0.3 (gray)

Scheduled + Disputed: $1.4, $1.1 (red), $0.1 (green), $0.3 (gray)

**FTX.com**

USD in Billions

Legend: Disputed Claims (red), Agreed Claims (green), Yet to Be Filed (gray)

Scheduled: $10.6, $1.9 (red), $1.1 (green), $7.6 (gray)

Scheduled + Disputed: $23.6, $15.0 (red), $1.1 (green), $7.6 (gray)

1. Excludes 193 customer claims facially frivolous or errant of ~$9.2 quintillion

8

# B. Estate Assets Overview



# Executive Summary

**The analysis herein details Debtor assets marshalled to date at latest available pricing, values per the ongoing reconciliation of the Debtors' books and records, and based on ongoing marketing efforts:**

**$0.8B** — **Government Recovered Assets**
Asset seizures by SDNY including cash and public equity investments

**$0.5B** — **Brokerage Assets**
Venture brokerage assets secured and managed by the Debtors

**$3.4B** — **Crypto Assets**
Category A crypto assets secured and managed by the Debtors

**$1.5B** — **Postpetition Cash Identified and Secured**
Cash assets identified, secured and managed by the Debtors

**$1.1B** — **Cash at Petition Date**
Cash balances identified at Petition Date, secured and managed by the Debtors

**TBD** — **Potential Incremental Estate Value**
Includes venture investments, digital assets B, tokens receivable, counterclaims recoveries, potential avoidance / preference actions, FTX 2.0, and investments in subsidiaries

**Recovery Initiatives**

~$7 Billion Total Assets Marshalled

B. Estate Assets Overview          Case 22-11068-JTD      Doc 2463-1   Filed 09/11/23     Page 11 of 40

10



# Estate Assets Overview

**The below summarizes current asset values by Plan pool, both Debtor and Non-Debtor assets, bifurcated by marshalled assets and potential incremental value:**

| USD in Millions | Pg. | US Pool | Dotcom Pool | General Pool | Total |
|---|---|---|---|---|---|
| Digital Assets A | 12 | $ 538 | $ 148 | $ 2,748 | $ 3,434 |
| Cash[1] | 13 | n/a | n/a | 2,421 | 2,421 |
| FBO Account Balances | 13 | 32 | 103 | n/a | 135 |
| Brokerage Investments | 14 | n/a | n/a | 529 | 529 |
| Venture Investments[2] | 15 | n/a | n/a | TBD | TBD |
| Digital Assets B[3] | n/a | n/a | n/a | n/a | n/a |
| Token Investments | 17 | n/a | n/a | TBD | TBD |
| FTX Bahamas Properties[4] | 18 | n/a | 199 | n/a | 199 |
| Investments in Subsidiaries[5] | n/a | n/a | n/a | 21 | 21 |
| FTX 2.0 | n/a | TBD | TBD | TBD | TBD |
| Preference / Potential Avoidance | n/a | TBD | TBD | TBD | TBD |
| **Total** | | **TBD** | **TBD** | **TBD** | **TBD** |

1. Includes Debtor and Non-Debtor cash as of August 31, 2023 (see p. 13)
2. Venture and token investments have a total cost basis of $4,538M (inclusive of exits to date, see p. 26, excludes Non-Debtor assets, see p. 32); should not serve as a proxy for recoverable value
3. Digital Assets B valuation to be determined following retention and analysis of a valuation expert
4. FTX Bahamas values based on appraisal provided by the FTX Digital Markets JPLs via PwC with a sale range of between $185M and $214M
5. Reflects projected residual value from two investments in Subsidiaries in the process of winding down and liquidating

**B. Estate Assets Overview**

## Digital Asset A Holdings

**$3.4 billion of Digital Assets A marshalled to date at August 31 pricing**

The below includes all FTX.com, FTX.US, and Alameda Digital Assets A. Top 10 holdings currently represent ~72% of Digital Asset market value[1].



Top 10 Digital Asset Holdings

| Asset | Value |
|-------|-------|
| SOL | $1,162 |
| BTC | $560 |
| ETH | $192 |
| APT | $137 |
| USDT | $120 |
| XRP | $119 |
| BIT | $49 |
| STG | $46 |
| WBTC | $41 |
| WETH | $37 |

1.  Remaining 28% composed of over 400 additional tokens

12

**B. Estate Assets Overview**

**FTX**

# Estate Cash

## $2.6 billion of Debtor & Non-Debtor cash confirmed to date

**The Debtors have navigated the Chapter 11 process, within a postpetition cash management system.**

- The Debtors navigated the Q1 2023 financial banking turmoil and secured fiat from over 30 separate banking institutions globally

- Cash has been located and pooled within a Master account for purposes of safeguarding estate assets. Unrestricted cash has increased primarily due to venture investment monetization and stablecoin conversions

| USD in Millions | US[1] | Dotcom | Alameda / Ventures | Total |
|---|---|---|---|---|
| Unrestricted Cash | $475 | $333 | $1,606 | $2,413 |
| Custodial Cash | 32 | 103 | - | 135 |
| Other Restricted Cash | 0 | - | - | 0 |
| **Total Debtor Cash** | **$507** | **$436** | **$1,606** | **$2,549** |
| Non-Debtor Cash | 4 | 5 | - | 8 |
| **Total Cash** | **$511** | **$440** | **$1,606** | **$2,557** |

1. US cash includes master pooling account balances

13





**B. Estate Assets Overview**

# Venture Portfolio Summary

**As of the Petition Date, the Venture Portfolio included 438 investments, totaling approximately $4.5B in funded assets:**

| Type | Key Investments | Count[1] | Funded[2] | % of Total |
|---|---|---|---|---|
| Equity Investments | | 213 | $2,930 | 65% |
| Limited Partnerships / Funds | | 40 | $732 | 16% |
| Tokens | | 174 | $507 | 11% |
| Loans | | 11 | $368 | 8% |
| Total Venture Portfolio | Over $4.5 billion in funded investments[3] | 438 | $4,538 | 100% |

Status as of Petition Date

1. Number of investments based on individual investment type (equity, fund, token, loan)
2. Funded capital includes cash, crypto and other transferred assets. Investment totals exclude non-debtor investments
3. Includes funded values for investments exited to date (see p. 26); excludes $782M of non-debtor assets (see p. 32), including Mt. Olympus ($400M funded), K5 Global ($300M funded); value of funded investment not indicative of potential recoverable value

15



## B. Estate Assets Overview

# Token Investments

## $506 million in funded amounts in remaining token investments

**The Debtors are contractual counterparties in agreements in which tokens have been or are being delivered on a vesting schedule**

- Post-ICO tokens are vesting and are deemed less risky and, when received, become assets in the Debtors' Digital Asset portfolio

- Pre-ICO tokens are early-stage tokens that are deemed riskier as they have not been minted and therefore their value is uncertain



16



**B. Estate Assets Overview**

# Real Estate in The Bahamas

## 38 properties in the Bahamas with $222 million book value appraised at $199 million

FTX Bahamas properties appraised by the FTX Digital Markets JPLs via PwC at a range of $185M to $214M

USD in Millions

**A** $151 Million[1]
15 Properties

Honeycomb – Condo Units
Charles – Condo Unit
Gemini – Condo Unit
Orchid Penthouse & Units
Tetris – Condo Units
Cube – Condo Unit
Coral – Condo Unit

**Albany Marina Residences**

**B** $7 Million[1]
7 Properties
Goldwynn

**C** $25 Million[1]
6 Properties
Veridian Corporate Centre

**D** $5 Million[1]
4 Properties
ONE Cable Beach

**+** $34 million[1] across 5 additional properties

Nassau

The Bahamas

1. All values listed are book value and are not indicative of potential recoveries

17

# C. Preference & Other Avoidance Overview



# Preliminary Customer Preference Analysis

**The following materials summarize potential customer preference claims (excl. related parties and internal accounts) during various periods (15 days, 30 days, 60 days, and 90 days) prior to the Petition Date under the subsequent advance approach:**

**Preference Exposure:** Computation of each customer preference exposure using the main account ID taking into consideration a new value defense using a subsequent advance methodology for two periods: (a) the Preference Period; and (b) 15 days prior to the Petition Date (which captures when CoinDesk broke the news on potential insolvency on November 2, 2022 and the Binance LOI announcement on November 8, 2022) as follows:

- Deposits (i.e., new value) and withdrawals (i.e., possible preference exposure) are **reviewed chronologically**

- Under this approach, subsequent deposits made by the customer are available to offset previous withdrawals (**"New Value Defense"**). To the extent deposits exceed the value of earlier withdrawals, the **preference balance goes to zero** (i.e., the excess is not applied against subsequent withdrawals) and the analysis begins again until the Petition Date to determine whether preference exposure remains (**"Subsequent Advance Methodology"**)

  - **Interexchange deposits/withdrawals** between the FTX.US and FTX.COM exchanges **are excluded** from the analysis

- Deposits are priced using transaction time pricing; withdrawals are priced using current pricing (8/31/2023 used for the analysis in this report)

**C. Preference & Other Avoidance Overview**



# Preference Exposure – Subsequent Advance

**The table below outlines customer[1] Preference Exposure for various look-back periods considering the New Value Defense using the Subsequent Advance methodology**

USD in Millions
*August 31 Pricing (Withdrawals) and Transaction Time Pricing (Deposits)*

### 15 Day Look-Back

| Preference Threshold | FTX.COM Users | USD | FTX.US Users | USD |
|---|---|---|---|---|
| $0 - $1 | 1,941 | $ 0 | 228 | $ 0 |
| $1 - $1,000 | 77,810 | 17 | 19,937 | 6 |
| $1,000 - $50,000 | 60,189 | 567 | 22,311 | 194 |
| $50,000 - $250,000 | 8,568 | 932 | 2,412 | 259 |
| $250,000 - $500,000 | 1,756 | 618 | 419 | 144 |
| $500,000+ | 2,451 | 9,097 | 565 | 1,635 |
| **Total** | **152,715** | **$ 11,230** | **45,872** | **$ 2,238** |

### 30 Day Look-Back

| Preference Threshold | FTX.COM Users | USD | FTX.US Users | USD |
|---|---|---|---|---|
| $0 - $1 | 2,518 | $ 0 | 261 | $ 0 |
| $1 - $1,000 | 108,186 | 24 | 22,268 | 6 |
| $1,000 - $50,000 | 74,146 | 676 | 24,139 | 210 |
| $50,000 - $250,000 | 9,951 | 1,084 | 2,580 | 276 |
| $250,000 - $500,000 | 2,039 | 717 | 457 | 156 |
| $500,000+ | 2,884 | 11,223 | 620 | 1,871 |
| **Total** | **199,724** | **$ 13,725** | **50,325** | **$ 2,519** |

### 60 Day Look-Back

| Preference Threshold | FTX.COM Users | USD | FTX.US Users | USD |
|---|---|---|---|---|
| $0 - $1 | 2,993 | $ 0 | 307 | $ 0 |
| $1 - $1,000 | 144,283 | 32 | 26,236 | 7 |
| $1,000 - $50,000 | 94,575 | 842 | 27,081 | 234 |
| $50,000 - $250,000 | 11,896 | 1,294 | 2,862 | 307 |
| $250,000 - $500,000 | 2,362 | 829 | 500 | 171 |
| $500,000+ | 3,614 | 15,438 | 690 | 2,358 |
| **Total** | **259,723** | **$ 18,435** | **57,676** | **$ 3,078** |

### 90 Day Look-Back

| Preference Threshold | FTX.COM Users | USD | FTX.US Users | USD |
|---|---|---|---|---|
| $0 - $1 | 3,430 | $ 0 | 354 | $ 0 |
| $1 - $1,000 | 172,050 | 38 | 30,541 | 8 |
| $1,000 - $50,000 | 110,229 | 986 | 29,735 | 256 |
| $50,000 - $250,000 | 13,335 | 1,451 | 3,094 | 332 |
| $250,000 - $500,000 | 2,665 | 935 | 551 | 188 |
| $500,000+ | 4,059 | 17,987 | 746 | 2,830 |
| **Total** | **305,768** | **$ 21,397** | **65,021** | **$ 3,614** |

1. Excludes related parties and internal accounts

**C. Preference & Other Avoidance Overview**



# Non-Customer Avoidance Action Summary

## $588 million monetized and $16.6 billion potential avoidance actions identified

### Potential Identified Avoidances
USD in Billions

- $16.6B
- $5.3B
- $3.2B
- $2.2B[3]
- $5.0B
- **$0.6B Monetized to Date**

**Investments: 430+ potential actions**
$588M[1] monetized and additional investments being investigated approximating $5.3B[2] (partially reflected in venture investment analysis)

**Non-Debtor Affiliates: 7+ potential actions**
$3.2B was received by FTX Digital Markets Ltd and six additional Non-Debtor affiliates

**Insiders: 50+ potential actions**
$2.2B[3] in cash, crypto, equity and real estate value was received by Samuel Bankman-Fried, Nishad Singh, Zixiao ("Gary") Wang, and Caroline Ellison among 46 others

**Lenders: 37+ potential actions**
BlockFi, Genesis, and Voyager Digital received or settled amounts of $5.0B; the Debtors are assessing claims related to other lenders. A portion of this amount is reflected within the preference analysis on page 20

**Political and Charitable Donations**
$86.6M in donations were paid to third parties (SOFA 9)

**Vendors: 884+ potential actions**
Vendors received a total of $190.3M during the preference period

1. Investments representative of cash proceeds received to date for exited investments and excludes non-cash consideration (see p. 26)
2. Includes $782M of non-debtor assets, including Mt. Olympus ($400M funded), K5 Global ($300M funded) and other investments (see p. 32)
3. Excludes certain transfers made on behalf of Insiders reported as Investments, as well as other transfers reported on SOFA 4 for the same value, recipient, and date of transfer on Alameda Research Ltd., FTX Trading Ltd., and West Realm Shires Inc. These transfers were reported on SOFA 4 to disclose both sides of the transfer with the transfer of cash for the benefit of the Insider, and the transfer of SAFE Notes / Equity / Options

21

# D. Digital Assets & Venture Investments

**D. Digital Assets & Venture Investments**



# BTC + ETH

**As part of the ongoing asset tracing and recovery process, the Debtors have identified ~$833M[1] in BTC and ETH assets. The chart below includes:**

- Token Values as of August 31, 2023
- Native (i.e. BTC, ETH) and wrapped[2,3] (i.e. wBTC, wETH, etc.) versions of Bitcoin and Ethereum
- Assets shown above are subject to change based on ongoing recovery efforts



——— Debtor BTC & ETH Holdings ———

USD in Millions

- Ethereum
- Bitcoin

$700
$600
$500
$400
$300
$200
$100
$-

General Pool — $644
Dotcom Pool — $112
US Pool — $78

**$487 million of BTC/ETH denominated securities excluded from the above values**

1. Token values based off pricing as of August 31
2. Additional wrapped tokens may continue be identified as part of the ongoing asset recovery and reporting process
3. Wrapped tokens will be unwrapped and converted to the underlying native token to the extent possible

23

Case 22-11068-JTD   Doc 2463-1   Filed 09/11/23   Page 25 of 40

**D. Digital Assets & Venture Investments**



# Category B Tokens

**FTX**

The Debtors' crypto holdings include certain tokens that fail to meet liquidity thresholds and/or are largely controlled by the estate. These tokens are considered Category B for reporting purposes.

USD in Millions
August 31 Pricing

## Top Category B Tokens

| No. | Logo | Token | Quantity | Price | USD in MMs | | No. | Logo | Token | Quantity | Price | USD in MMs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SRM | 9,949,668,390 | $0.036 | $ 362 | | 11 | | MPLX | 72,596,740 | $0.076 | $ 5 |
| 2 | | MAPS | 10,076,921,934 | $0.031 | 309 | | 12 | | MNGO | 269,124,069 | $0.018 | 5 |
| 3 | | OXY | 9,991,127,106 | $0.016 | 164 | | 13 | | ALEPH | 60,838,437 | $0.076 | 5 |
| 4 | | MEDIA | 9,986,433 | $7.160 | 72 | | 14 | | KIN | 394,005,883,223 | $0.000 | 4 |
| 5 | | FIDA | 351,581,237 | $0.146 | 51 | | 15 | | SLND | 6,151,970 | $0.558 | 3 |
| 6 | | BRZ | 139,019,894 | $0.200 | 28 | | 16 | | PRT | 743,088,933 | $0.005 | 3 |
| 7 | | HXRO | 104,392,733 | $0.146 | 15 | | 17 | | AGI | 75,000,000 | $0.041 | 3 |
| 8 | | GT | 3,165,328 | $3.871 | 12 | | 18 | | BLUR | 14,460,455 | $0.206 | 3 |
| 9 | | ALM | 2,433,093,847 | $0.003 | 8 | | 19 | | POLIS | 25,875,120 | $0.109 | 3 |
| 10 | | RON | 10,182,498 | $0.541 | 6 | | 20 | | AURY | 5,387,732 | $0.510 | 3 |

**Over 1,300 additional Category B tokens**

**D. Digital Assets & Venture Investments**



# Venture Portfolio Summary

**As of the Petition Date, the Venture Portfolio included 438 investments, totaling approximately $4.5B in funded assets:**

### Status as of Petition Date

| Type | Highlights | Count[1] | Funded[2] | % of Total |
|---|---|---|---|---|
| Equity Investments | Top 10 positions comprise $2.3B (78% of equity investments) | 213 | $2,930 | 65% |
| Limited Partnerships / Funds | Top 10 positions comprise $691M (94% of limited partnerships / fund investments) | 40 | $732 | 16% |
| Tokens | Top 10 positions comprise $410M (81% of token investments) | 174 | $507 | 11% |
| Loans | Top 3 positions comprise $229M (62% of loan investments) | 11 | $368 | 8% |
| Total Venture Portfolio | Over $4.5 billion in funded investments | 438 | $4,538[4] | 100% |

### Action Events Since Petition Date

| Type | Highlights | Count[1] | Funded[2] | % of Total |
|---|---|---|---|---|
| Exited Investments[3] | Sale processes and settlements since Petition Date have resulted in 87% recovery to date of funded amount | 22 | $673 | |
| Other Changes | Includes non-cash settlements and return of capital from fund positions net of post-petition capital fundings | - | $79 | |
| Total Exits | | 22 | $752 | |
| Remaining Portfolio | | 416 | $3,787[4] | |

1.  Number of investments based on individual investment type (equity, fund, token, loan)
2.  Funded capital includes cash, crypto and other transferred assets. Investment totals exclude non-debtor investments
3.  Includes investment settlements, sales, dissolutions and mergers as of August 31, 2023
4.  Excludes various non-debtor assets (see p. 32), including Mt. Olympus ($400M funded), K5 Global ($300M funded), and Greyscale trusts ($246M market value as of petition date)



FTX

# Venture Portfolio

1. Number of investments based on individual investment type (equity, fund, token, loan)
2. Includes return of capital, capital call funding, and non-cash settlement with IEX representative of reduction in shares based on original cost-base funding

**D. Digital Assets & Venture Investments**



# Debtor Venture Portfolio Remaining

**Top 10 investments represent 66% of remaining funded token, equity, fund, and loan investments**



Funded Amounts as of August 31, 2023

| Investment Size | Count | Value | Percent of Value |
|---|---|---|---|
| <$1M | 55% | $74M | 2% |
| $1M – $10M | 33% | $406M | 11% |
| $10M+ | 12% | $3,307M | 87% |

USD in Millions

| | Genesis Digital Assets | Anthropic | Voyager | Solana | Toss | Dave | Near | Aptos | Chipper Cash | Hide | All Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Value | $1,152 | $500 | $185 | $137 | $126 | $115 | $80 | $78 | $75 | $68 | $1,271 |

27

**D. Digital Assets & Venture Investments**

# Equity Investments Overview

**Equity investments make up 73% of remaining funded venture investments comprising 202 investments**

**USD in Millions**

| Investment[1] | | Industry | Country | Description | Funded($M)[2] |
|---|---|---|---|---|---|
| 1. Genesis Digital |  | Bitcoin Mining | US | ▪ **GDA** operates as one of the largest Bitcoin mining companies worldwide with sites in the US, Sweden and Kazakhstan | $1,152 |
| 2. Anthropic | | Tech | US | ▪ **Anthropic** is an AI safety and research company focused on developing interpretable and steerable AI systems including Claude, an AI assistant that can perform a wide variety of conversational and text processing tasks | 500 |
| 3. Voyager Digital | | Brokerage | US | ▪ **Voyager Digital Ltd.** provides crypto-currency brokerage services. The Company offers an access to assets and commission-free trading. | 110 |
| 4. Aptos | | Crypto | US | ▪ **Aptos** is a developer of a blockchain network intended to provide universal and centralized access to decentralized assets for developers | 78 |
| 5. Chipper Cash | | FinTech | US | ▪ **Chipper Cash** offers a no-fee peer-to-peer cross-border payment service in Africa via its app | 75 |
| 6. Toss | | FinTech | Korea | ▪ **Toss** is a South Korea-based mobile financial service platform operated by fintech startup Viva Republica | 71 |
| 7. Tripledot | | Gaming | UK | ▪ **Tripledot** is a gaming studio that develops casual mobile games for android and iOS devices | 50 |
| 8. Yuga Labs | | Crypto | US | ▪ **Yuga Labs** operates as a web3 platform and developer of NFT collections | 50 |
| 9. Exodus | | Crypto | US | ▪ **Exodus** gives blockchain asset investors a platform to secure, exchange and manage wealth inside one application | 50 |
| 10. Brinc Drones | | Tech | US | ▪ **Brinc Drones** is company developing tech in the service of public safety known for the LEMUR 2 indoor tactical drone | 40 |
| All Other Equity Positions (192) | | | | | $570[3] |
| **Total Equity Investment (202)** | | | | | **$2,746** |
| | | | | % of Venture Portfolio | 73% |
| | | | | Average Equity Investment Size | $14M |

1. Number of investments based on individual investment type (equity, fund, token, loan)
2. Remaining funded amount as of August 31, 2023
3. Exclude Greyscale investments reflected on p. 14 under brokerage assets

28

**D. Digital Assets & Venture Investments**



# LP / Fund Investments Overview

**The Debtors have sold certain limited partnerships and reduced unfunded capital by $137M. Sales in process will result in another ~$8M of unfunded capital related liability released. Remaining LP positions, excluding sold positions, amount to $167M or 4% of the venture portfolio**

USD in Millions

| Investment[1] | Industry | Country | Description | Committed ($M) | Funded ($M)[2] |
|---|---|---|---|---|---|
| 1. SkyBridge Capital | Crypto | US | **SkyBridge Capital** invests in the common stocks and American Depositary Receipts ("ADRs") of Crypto Industry Companies and Digital Economy Companies | $45 | $45 |
| 2. Liquid Value Fund (Sino Global) | Blockchain | China | **Liquid Value Fund** invests in DeFi and NFT infrastructure projects, as well as projects within the Solana and Ethereum ecosystems | 60 | 27 |
| 3. Paradigm One | Crypto | US | **Paradigm One Fund** invests in crypto companies at all stages, particularly investments aimed at transforming finance and tech | 35 | 24 |
| 4. Toy Ventures | FinTech | UK | **Toy Ventures** is an operator-led early-stage venture fund that seeks investments in seed and early-stage companies | 25 | 18 |
| 5. SkyBridge Coin Fund | Crypto | N/A | **SkyBridge Coin Fund** is a diversified and actively managed portfolio of liquid tokens across the digital currency platform | 10 | 10 |
| 6. Multicoin Venture Fund | Crypto | US | **Multicoin Venture Fund II** targets early investments in the cryptocurrency and blockchain sectors. | 5 | 5 |
| 7. 6529 Capital | NFT | US | **6529 Capital** venture fund focused on targeting diversified set of NFTs across the PFP, generative art, 1of1 and photography categories | 5 | 5 |
| 8. ROK Capital | Crypto | South Korea | **ROK Capital** is a multi-strategy hedge fund and accelerator aiming to grow the Korean crypto ecosystem | 5 | 5 |
| 9. Kraken Ventures | Crypto | US | **Kraken Ventures** is an early stage investment firm focused on businesses and projects at the nexus of both FinTech and Blockchain / Crypto | 5 | 3 |
| 10. IOSG Venture | Crypto | Hong Kong | **IOSG venture** is an early-stage fund for decentralized protocols and companies and early-stage algorithm-based ventures | 3 | 3 |
| Sales in Process | | | | 15 | 13 |
| All Other Fund Positions (22) | | | | 13 | 9 |
| **Total Fund Investment (32)** | | | | **$225** | **$167**[3] |

% of Venture Portfolio    4%

Average Fund Investment Size    $5M

1. Number of investments based on individual investment type (equity, fund, token, loan)
2. Remaining funded amount as of August 31, 2023
3. Excludes K5 partnership interests shown on p. 32 under Non-Debtor assets, subject to pending litigation

29

**D. Digital Assets & Venture Investments**



# Token Investments Overview

**Token investments make up 13% of remaining funded venture investments comprising 171 investments with an average investment size of $3M**

USD in Millions

| | Investment[1,2] | Industry | Country | Description | Funded($M)[3] |
|---|---|---|---|---|---|
| 1. | Solana | Crypto | US | **Solana** builds products, tools, and reference implementations to further expand the Solana ecosystem | $137 |
| 2. | Near | Crypto | Switzerland | The **NEAR** protocol is a sharded, proof-of-stake, layer-one blockchain that is simple to use, secure and scalable | 80 |
| 3. | Hole | Crypto | Cayman Islands | **Wormhole** allows developers to easily build decentralized applications that span the entire blockchain ecosystem | 68 |
| 4. | Polygon | Crypto | India | **Polygon** is a blockchain platform which aims to create a multi-chain blockchain system compatible with Ethereum | 50 |
| 5. | Mina | Crypto | South Africa | **Mina** builds the privacy and security layer for web3 with zero knowledge proofs | 20 |
| 6. | Fuel | Crypto | BVI | **Fuel** is the fastest execution layer for the modular blockchain stack that delivers maximum security and the highest flexible throughput | 15 |
| 7. | Port Finance | Crypto | US | **Port Finance** is a Defi protocol that aims to provide an entire suite of Defi products including borrowing & lending, swap aggregator, and Portfolio tracking | 13 |
| 8. | 1Inch | Crypto | US | **1Inch** analyzes thousands of quotes and fees instantly across multiple DEXes to provide users with the best rates | 10 |
| 9. | Enigma | Crypto | US | **Secret Network** is the main net blockchain with privacy-preserving smart contracts | 10 |
| 10. | OTOY Int'l | Crypto | US | **OTOY** is a cloud rendering company delivering real-time cinematic quality 3D graphics through the browser | 7 |
| | All Other Token Positions (161) | | | | $96 |
| | **Total Token Investment (171)** | | | | **$506** |

| | |
|---|---|
| % of Venture Portfolio | 13% |
| Average Token Investment Size | $3M |

1. Number of investments based on individual investment type (equity, fund, token, loan)
2. Includes SAFT investments and funded amount of token warrants
3. Remaining funded amount as of August 31, 2023

**D. Digital Assets & Venture Investments**



# Loan Investments Overview

**Loan investments make up 10% of remaining funded venture investments comprising 11 investments with an average investment size of $33M**

USD in Millions

| | Investment[1] | Industry | Country | Description | Funded($M)[3] |
|---|---|---|---|---|---|
| 1. | Dave | FinTech | US | **Dave** operates a banking app that offers a suite of financial services and products<br>Key offerings include debit card, spending account, cash advances and financial management tools | $100 |
| 2. | Voyager Digital | Brokerage | US | **Voyager Digital Ltd.** provides crypto-currency brokerage services. The Company offers an access to assets and commission-free trading. | 75 |
| 3. | Toss (Pionic)[2] | FinTech | South Korea | **Toss** is a South Korea-based mobile financial service platform operated by fintech startup Viva Republica | 54 |
| 4. | BTC Africa (AZA Finance) | FinTech | UK | **AZA Finance** empowers companies from 115+ countries to accelerate their operations in frontier markets through better foreign exchange, treasury services, payments, and last-mile settlement | 46 |
| 5. | PlayUp | Gaming | Australia | **PlayUp** is an entertainment and technology group | 35 |
| 6. | Red Sea Research | Media | US | **Red Sea Research** is associated with Michael J. McCaffrey, former CEO of the Block | 16 |
| 7. | Lonely Road Capital | Media | US | **Lonely Road Capital** is associated with Michael J. McCaffrey, former CEO of the Block | 15 |
| 8. | MJMcCaffrey Holdings | Media | US | **MJMcCaffrey Holdings** is associated with Michael J. McCaffrey, former CEO of the Block | 12 |
| 9. | Helix Nanotechnology | Healthcare | US | **HelixNano** is building an advanced mRNA platform to enable applications across human and nonhuman biology | 10 |
| 10. | Genesis Block | FinTech | US | **Genesis Block** is a developer of a Blockchain-powered online banking application to provide a full-service banking experience | 4 |
| 11. | Consensys | Crypto | US | **Consensys** is a developer of a blockchain technology-based platform designed to assist enterprises to launch more powerful financial infrastructure | 1 |
| | **Total Loan Investment (11)** | | | | **$368** |

| | |
|---|---|
| % of Venture Portfolio | 10% |
| Average Loan Investment Size | $33M |

1. Number of investments based on individual investment type (equity, fund, token, loan)
2. Represents a loan to an affiliate of Toss
3. Remaining funded amount as of August 31, 2023

31

**D. Digital Assets & Venture Investments**

**FTX**

# Non-Debtor Overview

**Non-Debtor investments amounts to $782M in funding, comprising 9 investments with an average investment size of $87M**

USD in Millions

| | Investment[1] | Industry | Type | Description | Funded ($M)[2] |
|---|---|---|---|---|---|
| 1. | Mount Olympus Capital | Consumer Goods / Services | Fund | **Mount Olympus** fund is an early-stage venture capital fund managed by Zeus Venture Capital. The fund targets consumer products and services (B2C), business products and services (B2B) sectors | $400 |
| 2. | K5 Global Holdings | N/A | Fund | **K5 Global** is a venture capital firm and incubator that provides capital and guidance to startups across all sectors | 300 |
| 3. | Latona Biosciences | Bioscience | Loan | **Latona Biosciences** is the debtor's former philanthropic arm, used for disputed charitable donations to bioscience related firms | 68 |
| 4. | Semafor | Media | Equity | **Semafor** is a news website founded in 2022 by Ben Smith, a former editor-in-chief of BuzzFeed News and media columnist at The New York Times, and Justin B. Smith, the former CEO of Bloomberg Media Group | 10 |
| 5. | Nifty Island | Gaming | Equity | **Nifty Island** is an open social gaming platform and virtual world being developed by Nyft Studios | 2 |
| 6. | Browder Capital | N/A | Fund | **Browder Capital** is a venture capital investment firm based in San Francisco, California. The firm prefers to invest in early-stage companies | 2 |
| 7. | Sifchain | Crypto | Token | **Sifchain** is the omni-chain decentralized exchange (DEX), unlocking liquidity in various chains to free people from egregious fees and inefficient trades | 0.2 |
| 8. | Cryowar | Gaming | Token | **Cryowar** is a real-time multiplayer PVP arena NFT game developed in Unreal Engine and on the Solana network | 0.2 |
| 9. | QFlow | FinTech | Token | **QFlow** delivers powerful workflows for finance teams to turn operational data into insights (normalized) at 1/5 the cost of the alternative | 0.2 |
| | **Total Non-Debtor Investment (9)** | | | | **$782** |
| | | | | Average Non-Debtor Investment Size | $87M |

1. Number of investments based on individual investment type (equity, fund, token, loan)
2. Remaining funded amount as of August 31, 2023

32

Case 1:22-11068-JTD   Doc 2463-1   Filed 09/11/23   Page 34 of 40

**D. Digital Assets & Venture Investments**

# Selected Top Investments for Discussion

*Non-Digital Asset Equity and Debt Investments over $10M[1]*

**FTX**

($ in millions, unless otherwise stated)

| # | Name | Investment Amount ($M) / Type | Date of Investment | Sector | Country | Dialogue with Company | Unsolicited External Interest |
|---|------|-------------------------------|--------------------|--------|---------|-----------------------|-------------------------------|
| 1 | Genesis Digital Assets | $1,152.1 Equity | August 2021 | Cryptocurrency | US | High | Low |
| 2 | Anthropic | $500.0 Equity | September 2021 | Artificial Intelligence | US | High | High |
| 3 | Toss | $71.3 Equity / $54.5 Founder Loan[2] | October 2021 | Personal Finance | Korea | Medium | Low |
| 4 | Dave | $100.0 Convertible Note / $15.0 Common Equity | August 2021 | Digital Banking | US | High | Medium |
| 5 | IEX | $112.6 Equity | April 2021 | Exchange | US | Medium | High |
| 6 | Chipper Cash | $75.0 Equity | October 2021 | Payments | US | High | Medium |
| 7 | TripleDot | $50.0 Equity | June 2022 | Gaming | UK | High | High |
| 8 | AZA Finance (BTC Africa) | $46.0 Loan | December 2021 | Payments | UK | Medium | Low |
| 9 | Brinc Drones | $40.0 Equity | December 2021 | Drone Manufacturing | US | High | Medium |
| 10 | PlayUp | $35.0 CLN | January 2022 | Online Sports Betting | Australia | Medium | Medium |
| 11 | 80 Acres | $35.0 Equity | March 2022 | Vertical Farming | US | High | High |
| 12 | StockTwits | $20.0 Equity | May 2021 | Finance Social Media | US | High | Low |
| 13 | Mobile Premier League | $15.0 Equity | September 2021 | Gaming | Singapore | Low | Medium |
| 14 | DriveWealth | $15.0 Equity | August 2021 | Brokerage Technology | US | High | Medium |
| 15 | HelixNano | $10.0 Loan | January 2022 | Healthcare | US | Low | Medium |
| 16 | Protego Trust | $10.0 Equity | May 2022 | Banking | US | Low | Low |
| 17 | Wave Mobile Money | $10.0 Equity | March 2022 | Personal Finance | US | Low | Low |
| 18 | Fanatics | $10.0 Equity | April 2022 | Sports | US | Medium | Low |

Legend: High (green) · Medium (amber) · Low (red)

1. Includes Genesis Digital Assets for discussion purposes
2. Loan made to founder, Seung Gun Lee, and secured by shares in Toss

33

# E. Other Process & Timeline Updates

**E. Other Process & Timeline Updates**

# JPL Discussions

**FTX**

**9/8:** Debtor proposal back to JPL

**9/15:** Debtor / JPL negotiations via Zoom (without Judge Fitzgerald)

**9/18:** Joint call with Judge Fitzgerald to brief on progress

**9/22:** JPL proposal back to Debtors

**9/29:** Debtor proposal back to JPL

**10/2-10/3:** In person mediation with Judge Fitzgerald in NYC, if necessary

**September 2023**

**October 2023**

35

**E. Other Process & Timeline Updates**



# FTX 2.0 Process Update

**The Debtors began a marketing process for the FTX.com and FTX US exchanges in May 2023**

- The process is designed to consider varying potential structures, including an acquisition, merger, recapitalization or other transaction to relaunch the FTX.com and/or FTX US exchanges

- The Debtors are also considering the provision of management and operating services

## Outreach



**75+** potential bidders contacted

**Bidders include:**
- Existing exchanges
- Strategic Buyers
- Financial buyers

## Feedback

Several parties that submitted Round 1 bids were admitted into a **Round 2 process**

Extensive bidder diligence & bi-lateral info sharing ongoing

## Next Steps

Proposals are being evaluated in consultation with the UCC & AHC

Focus areas include review of executability, bidders' expertise, and economics and consideration

**Transaction timing will depend on nature of transaction, readiness of bidder and other considerations**

36



Case 22-11068-JTD   Doc 2463-1   Filed 09/11/23   Page 38 of 40



**E. Other Process & Timeline Updates**



# Stakeholder Feedback on Open Plan Issues

**The draft Plan does not purport to resolve certain open questions under discussion:**



Expected size of classes of claims, recovery pools & estimates of creditor recoveries



Amount of property to be given to exchange shortfall claims against general pool of assets



Decision & manner in which FTX.com exchange is sold or reorganized



Post Plan effective date claims transfer process (recovery rights token or digital assets)



Corporate governance & future stewardship of post-confirmation entities

Any amendments to the Plan required to confirm that are in the best interests of all creditors

39