UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA           :

   -*v.*-                                            :        S6 22 Cr. 673 (LAK)

SAMUEL BANKMAN-FRIED,              :

                Defendant.           :

------------------------------------------------------------x


**Exhibit A**

**Selected Twitter Messages Sent to Samuel Bankman-Fried's Account**

# Twitter Messages Sent to Samuel Bankman-Fried Between November 7, 2022 and November 11, 2022

(Obtained Pursuant to Search Warrant for Twitter Account @SBF_FTX)

| Twitter Message ID Number | Twitter Sender ID (Redacted) | Date and Time | Message Text |
|---|---|---|---|
| 1589426587291815940 | | 11/7/2022 1:16 | Hey Sam, \n\nI know you guys are trying your best but I have requested a BTC withdrawal 8 hours ago and couple of more withdrawals later without any success all the other wwl for USDC and ETH went through in minutes. \n\nCan you please help me, I am desperate at this point this is all my savings  ticket #1176039. \n\nNo one is answering from support and even in telegram I get no help. |
| 1589486042293456901 | | 11/7/2022 5:12 | I have two Bitcoin withdrawals pending from FTX (Blockfolio) app.  They have been pending for more than 3 hours and I'm worried as this is my life savings.  I'm hoping you can help me.  Thank you so much.   My profile account is jwegehaupt@icloud.com |
| 1589697847489855492 | | 11/7/2022 19:14 | good evening dear SBF, i am a poor person a poor moroccan who has lost everything but i have some ftt left please i trust you don't let the ftt melt please i beg you do something I write to you with tears in my eyes for my two children\nThank you |
| 1590046052161298436 | | 11/8/2022 18:18 | Should I assume this is all lost? My whole family in egypt depends on it! https://t.co/8GWUdpJeZV |
| 1590086586552688644 | | 11/8/2022 20:59 | I followed the events that led to the worst day of my life and effectively, lost most of my savings. I do not care for money and am not saddened for myself, but what kills me from inside is the shame, disappointment and sadness I have to share with my wife. I am ashamed of  myself when I have to look at my kids.<br>Out of all the projects, I cannot believe I chose FTT and I honestly don't know what to do. My life is effectively ruined and it's because I chose to believe in FTT and FTX even though everyone told me to sell.<br>I don't know what to say and you probably won't even read this, but this is what's inside my heart. I wake up with guilt and shame every day.<br>You will move on with your life, just like CZ and everyone else. You will still live a good life. It is me and others like me who have lost everything and I honestly don't know what to do with myself. |
| 1590160562415337476 | | 11/9/2022 1:53 | Why am i not able to withdraw my money. This is my hard earned money. You have no right to pause withdrawal. It's not your money. You have said that pending withdrawals are being cleared. It has been more than 8 hours my withdrawal request has not been processed. What's going on? |
| 1590167848856403973 | | 11/9/2022 2:22 | Hi Sam, I have about $250,000 stuck on FTX at the moment. I had hoped to use that money for my brother, who has a disability and needs my help. I should have been more cautious, but it's too late now. Is there no way that I can withdraw that? Not via any chain, not via any coin? |

| | | | |
|---|---|---|---|
| 1590168334389202953 | | 11/9/2022 2:24 | My entire life savings… If I can't withdraw my $ from FTX… my entire life savings is gone. I lose everything. \n\nI wasn't a degen… I've been working hard to slowly build my account up for years. \n\nI have nothing now. Trusting you and FTX ruined an entire life's worth of hard work. I'm not some kid in my 20's… I can't just start over. Beyond devastated. |
| 1590168560701214726 | | 11/9/2022 2:25 | You were the exchange, the house, making money so long as people traded....\n\nThe fund I work for now has investor funds locked on your platform, we're likely belly up because you HAD to be greedy and lever up client funds and FTT... Really!?!? |
| 1590170096936386564 | | 11/9/2022 2:31 | Now I will likely be out of a job and have to start from scratch again, had about 500k of friends money invested in our fund as well... You we're a billionaire, why in the world did you feel the need to lever up |
| 1590178194144968708 | | 11/9/2022 3:03 | Please help me. I've lost my life savings. I had most of my money on Solano. I'm a single mom struggling and can't take this anymore. Please help 🙏 |
| 1590212517308948484 | | 11/9/2022 5:19 | i dont usually message anyone on twitter (i will be treated as a bot anyway) but i think i have to. I trusted FTX. i had open positions that i held all the way through the bear market, with almost all of my savings. its not a small amount, but it would be insignificant to you. it was money that could have brought my family a better life. and it is money that now i cant remove. \ni have realised my losses in my positions, i have converted the remaining to coins. i am trying to get those coins out, but I am not able to. I PLEAD of you, to help all the retailers like us. whom had all the chances to remove from FTX, but never, because we believed in FTX. i personally believed in you, and what you represented for. |
| 1590212701506002948 | | 11/9/2022 5:20 | if i can just get my tokens out, for my family's sake. i plead to you again to help that happen. |
| 1590267306613022724 | | 11/9/2022 8:57 | hi, my withdrawals are stuck since yesterday ? all my money is on ftx. could you provide an update on withdrawals ?  please enable the withdrawals or else i would loose everything. |
| 1590274718912897036 | | 11/9/2022 9:26 | I opened my account on your platform and transferred my funds as it was stated that you don't use your customers funds. Now I'm pretty desperate as it seems everything is blocked and probably lost. What do you plan to do to help us ? |
| 1590359408965349380 | | 11/9/2022 15:03 | i trust and use ftx for many years i left all my assets there and now i cannot withdraw my assets.  my family and my kids need that money please help me |
| 1590372727961133061 | | 11/9/2022 15:56 | Sam, I only had a small amount on FTX but it was big to me and my family. I've written it off now, stuck forever in withdrawal. I'll accept the harsh lesson, but I hope you always remember what happened to us retail plebs this week. |

2

| | | | |
|---|---|---|---|
| 1590387836611698692 | ▇▇▇ | 11/9/2022 16:56 | SBF PLEASE RELEASE OUR WITHDRAWALS FROM YOUR EXCHANGE. I HAVE MANAGED TO ACCUMULATE 3 BTC AND SOME USDT. THIS IS MY FAMILY SAVINGS MAN, WE ARE NOT ELITES LIKE YOU. YOU HAVE EFFECTIVELY CUT A 60 YEAR OLD OFF BY DENYING THE WITHDRAWALS TO BE PROCESSED. IT IS NOT RIGHT SIR, NOT RIGHT TO DEFRAUD US. I DON'T LIVE IN THE US OR EUROPE, I LIVE IN AFRICA. EVERY SINGLE PENNY CONVERTED TO US$ ON YOUR EXCHANGE HAS BEEN HARD EARNED TO BREAK THE GENERATIONAL POVERTY.  3x BTC!!! I know it's nothing for you, but for me it has been from absolutely zero. I saved up 250k usdt, waiting to reenter the market when conditions improve. AND NOW YOU HAVE SWOOPED IN AND STOLEN ALL THIS. Do you hear me SBF? You have single-handedly broken a self made opportunity for whatever your reasons are.  You are of good stock, you should really know better than this. You ruin the precious life of so many people, and your own, for WHAT???  Great start, terrible end man. You can change this terrible ending by using your money to settle as many small investors as you can. The bigger ones will sue you, we can't.  Please release our withdrawals. Please. Before you take your own life in despair, have some integrity to not bring everyone down with you, especially those like me who do not have privilege to fall back on like you do... if you choose to live after all this. Please release our withdrawals |
| 1590402556018262024 | ▇▇▇ | 11/9/2022 17:54 | I'm a FTX customer from Argentina. I trusted your company with 100k which are now frozen in my FTX account. This is a big part of my family savings! I have a son with autism disorder. Life is not easy to us. Please allow withdrawals ! User:13030556 |
| 1590404158628184068 | ▇▇▇ | 11/9/2022 18:01 | Just really upsetting Sam, I had USDT on there for my XMAS presents (wasn't trading) just holding. I hope you find some peace In what you have done to the industry as a whole, but also peoples lively hoods. So have a great thanks giving with all of your money while a guy like me with a 4 figure account tells his children they can't have Christmas presents this year. I hope you think about this at the dinner table. |
| 1590427907448619012 | ▇▇▇ | 11/9/2022 19:35 | I've lost all my life savings because of this. Please open up withdrawals. I had faith in your exchange and like a fool I listened to SBK |
| 1590453414374346757 | ▇▇▇ | 11/9/2022 21:16 | Good evening Sam, I would like to get my money back. I put my life savings on FTX and can't get it back. Please help me. |
| 1590478418336006150 | ▇▇▇ | 11/9/2022 22:56 | You destroyed my whole savings. How could you do such a thing man. Many people probably taking their lifes because of you. |
| 1590535556303564804 | ▇▇▇ | 11/10/2022 2:43 | Hey Sam, my wife wants to know if we will get our life savings back. What should I tell her? |
| 1590542046120628228 | ▇▇▇ | 11/10/2022 3:09 | You stole more than 90% of my net worth which is still pending withdraws simply in just usdc. I initiated withdrawals less than a couple of hours before you shut them off. So you're telling me that I literally changed the course of my family's life by 2 hours!??? I trusted you and preached about you. You betrayed me and ruined my life sam… my family will never be financially secure again |

| ID | | Timestamp | Message |
|---|---|---|---|
| 1590571174949523460 | ██████████████ | 11/10/2022 5:04 | I'm crying. What I'm going to face is that I have no nanny, no carer and no money to hire them. I can only take care of my old father by myself, but I have no savings and no time to work. The old man can't take care of himself and I have no time to trade, for God's sake. |
| 1590612341129121798 | ████ | 11/10/2022 7:48 | Sam, after everything that happened and all that's been said about you, I still believe you have a good heart. I hope you are ok. You said customer assets are protected, can you pls make a way for me to withdraw even just some of my funds? I am praying for you. |
| 1590761437118472196 | ████ | 11/10/2022 17:40 | I had all my family money in FTX. Now is down to $28k\nWe'll lose everything if I can't take this money out. Please I implore you, my livelihood depends on that money. |
| 1590762412092817413 | ██████ | 11/10/2022 17:44 | Hi!\n\nI left Ukraine during the war, my 10 years old daughter and I lived in the basement for 14 days, then our house was destroyed by a bomb. We lost everything in Ukraine and I sent my savings to FTX. If there is such a chance, I ask you to push my withdrawals.\n\n…. |
| 1590768015842447371 | █████ | 11/10/2022 18:07 | SAM PLZ READ:\n\nI have a huge chunk of my family's savings stuck on FTX, and only have $2k limits. Please help me get this money off or at least remove my limits for when things are possibly freed up. PLEASE PLEASE, I'm begging you man. The $200k I have stuck represents everything I was hoping to invest for my 2 young kids and their future. Please Sam |
| 1590769987253407771 | ████ | 11/10/2022 18:14 | Hi Sam, first of all I am very sorry for the situation of FTX.  As someone who has been in crypto since 2013, I have been using FTX since day one.  Currently, I lost all my life savings in FTX. Is it possible to help me with withdrawal? Thank you 🙏\n\nUserID: 1906164\n\nhttps://t.co/tZOEo0S2mh\n.... |
| 1590773205349806084 | █████ | 11/10/2022 18:27 | Sir I am about to get married. I wont be able to survive, those were my life's earnings 100%. I got nothing left. I know you're very generous Please Sir 🙏🙏 |
| 1590777793389989894 | ██████ | 11/10/2022 18:45 | can you please help me with my FTX withdrawals?  it was all my money that was sitting there for withdrawal and I don't know how to tell my family that I lost everything.  please please help me?  I'm begging |
| 1590784864495669252 | █████ | 11/10/2022 19:14 | hi sam, I beg you to let me withdraw some of my funds please.. its my family's life saving and I'm having a kid next year i really need that money back.. I'm hopeless right now and I can't end my life because my wife and my unborn still needs me.. |
| 1590792773115969540 | ██████ | 11/10/2022 19:45 | Dear Sir, please help me. I have received a "withdrawal request" mail yesterday but the withdrawal was not sent, yet.. I am a customer from Europe I had almost all the money I owned in ftx. If it's gone I can't go on with my life. I am so desperate, please help me. Simon |
| 1590794207060496396 | ████ | 11/10/2022 19:51 | Sam we are a fund based out of Australia... Our clients are wanting to know when they will be getting their AUD back? The team locally has said the money is there and ASIC are starting to ask us questions. Any help much appreciated. |
| 1590796641195462691 | ██████ | 11/10/2022 20:00 | Hi Sam. I know you're going through a tough time too and so am I. I've been using FTX international for few years and I've recently became a USA resident. I uploaded |

| | | | |
|---|---|---|---|
| | | | the document to the website. Please help to process my withdrawals. That is all my life-savings. I beg of you. |
| 1590858558165471240 | | 11/11/2022 0:06 | My partner has had the roughest 24 hours of his life as I imagine you have also. We see withdrawals happening elsewhere and to see this is the most horrific thing when his money is not allowed to be withdrawn. I beg withdraw his funds from his account, this is life changing amount of money (1M) that he has worked SO hard for and doesn't deserve to be put through this. This is the worst thing to ever happen to us. |
| 1590867283840323589 | | 11/11/2022 0:41 | I'm literally ruined because of this crash. I'm an working man on a average salary and was doing so well. You big guys in crypto always win and the smaller guys lose everything. Please learn from this. |
| 1590904623979585540 | | 11/11/2022 3:09 | Lost my life savings. Don't know how I'm going to pay for my family anymore. Was hoping to save and take my grandma on vacation before she gets too old to travel. Pay her home off later. A dream and future destroyed. I'm ace Sam so this was what I wanted to do with my life. This is heartbreaking for me |
| 1590918965689131013 | | 11/11/2022 4:06 | In fact, I really don't want you to do this, because my family's $156,000 of money to buy a house is all trapped in ftx, but we can wait, and most importantly, \n\nI hope you don't give up on us, we are your most loyal customers\n\n  more people will wish you well, otherwise ftt will be wiped out... and everyone will be gone。 |
| 1590939221065433092 | | 11/11/2022 5:27 | Dude...i am not a rich guy...but lost so much in this debacle..i was a firm believer..my savings from a number of years wort about nothing..lost 9k...is there any way you can make mw whole again..PLEASE...ive got 3 kids in this 3d world country...cmon man..you got really wealthy on all of this...i really loved you..what you were doing etc..believed int his..of course I am slightly angry..please show some mercy on us peeps |
| 1590964013214887940 | | 11/11/2022 7:05 | Hi Sam, could you please allow me to withdraw my funds, it's the only saving I have and it all in FTX , please I'm really stressed and worried 🙏🙏, my account is under my email… |
| 1590969694084771844 | | 11/11/2022 7:28 | Sam I really need your help. Not sure whether you will see this message. But I was the one that brought my brother into crypto. We both left big amount of coins on the exchange. The money might not be big for you but it is something to us. Please let us withdraw 🙏. Please help us Sam. |
| 1590984306335227908 | | 11/11/2022 8:26 | Please help me. Look at my twitter account. I've lost a huge portion of my family's savings. I'm totally heartbroken and don't know what to do. I had $95k USD in FTX |
| 1591040333789413385 | | 11/11/2022 12:09 | I know you'll never read this and probably don't give a shit but you've ruined my family. My childrens future is forever changed. We trusted in you and your site and we were robbed. Maybe the rich and your investors will get their money back but as a Canadian little guy we are left for dead. Disappointed to say the least. |
| 1591095281763991556 | | 11/11/2022 15:47 | Please Sam, I have almost $6k in ftx and it represent 90% of my funds. I trusted you and your company so I was sending my saving there in usdt waiting to buy. It took me a lot of time to save that money and I can't believe it's gone. I am begging you to give |

5

| | | | |
|---|---|---|---|
| | | | it back. Please I really need it. Someone told me to convert it to eth in case I can get it back in 5-7 years but I really need it. \nMy user ID is: 86062090 |
| 1591302394322862086 | | 11/12/2022 5:30 | SBF,\n\nI had my last savings at FTX. I have lost all of that and now I dont know what I should do, how should I pay my mortgage.\nI will be homeless soon and my 4 children left without home or food.\nYou ruined a lot of innocent peoples lives, do you realize that normal people like me had saving at FTX and you just ruined?\n\nWill wait for your response. |
| 1591601431592964102 | | 11/13/2022 1:18 | Sam I have posted a lot of angry posts over the last 48 hours and I've taken a moment to pause and reflect. I'm going to give you the benefit of the doubt here. I trusted you when you said my funds were safe in ftx us despite the issues with ftx int. This is how I care for my medically disable grandma and my self, this is ten years of my blood sweat and tears. Losing these funds mean multiple ruined lives. I had pending withdrawals when you shut down the site. Please process my withdrawals. |
| 1591693009170882575 | | 11/13/2022 7:22 | sir sam, i beg you, please help me in my predicament...i have lost money to support my family.. I have invested all my money in your coin and now it's all gone.. help me sir may god will help you also from difficulties if you help me.. give me money so that I can recover sir... in total I invested my money of 50,000 dollars. help me sir... i beg you help me.. |
| 1591929789182795781 | | 11/13/2022 23:03 | Sam, I think it's safe for me to assume that few if anyone was more adversely and devastatingly crushed by this news than was I. All of the money that I had to my name $1600 was in FTX . I was storing it on the exchange because I felt it was secure. It's to easy to have cash stolen when your homeless like I am. I thought it would be more secure on FTX. I thought wrong it appears. This money was to help me get off the streets and secure a job and a house. Now with no way to buy clothes and no way to rent a room to clean up I will miss my interview tomorrow. I am stuck living in a car with no gas, no food, no jacket and not a dime to my name. Thats where this has left me. I am now at the point that I see no reason to continue trying to survive as this was the final straw. I am a 58 Year old U.S. military veteran and this is the thanks I get for the sacrifice I gave. I am giving up Sir. If I don't have my money back before morning I am going to enter the self check out line, that's all that's left for me to do. I will not spend another winter living in a car. $OUTLAWNSTEEL. JIMM@EMAIL.COM I forgive you Sam and wish you the best. I hope it all works out for you. But as for me I am just not able to absorb or tolerate a set back like this. I am too old and too tired. Good luck sir. |
| 1592233983970103300 | | 11/14/2022 19:12 | I have a baby due in 8 days, and I have lost 99% of my crypto because of this. You have stolen a life from me, I hope you at some point feel sorry. |
| 1592436445205209092 | | 11/15/2022 8:36 | Hi Sam, this is Arno from the Netherlands. I can imagine that the last week must of been crazy for you. The same is true for me. I sadly lost all of my crypto funds on FTX. As a last resort I'm asking you to send my 2700 USDC to my adress: 0xa76d2562e218f444a1f8cca2c6bae335ec1b6463 I know this will probably not seem |

6

| | | | |
|---|---|---|---|
| | | | a large amount of money, but for my family it is quite a lot. Anyway, i hope u can find it in your heart to return my funds to me personally. I hope u stay safe. Best regards, Arno |
| 1592561552984612870 | | 11/15/2022 16:53 | Please give me back my $20,000. I have a new baby now 4 months old and all my money was there now I am not working and my money was already in loss at least he should not go please give me my money back I know you are a good person |
| 1592740730681716740 | | 11/16/2022 4:45 | Sam, I still believe in you. I'm wishing you the best of luck. But honestly maybe it's just because I want my money back. So all I can do it put my faith in you and wish you the best. Please sir, pull this off. We're counting on you to right your wrong 🙏 |
| 1592917296917483524 | | 11/16/2022 16:27 | Had my entire crypto holdings on FTX thinking it was safe.. Sad to see everything is gone now. I truly hope you are doing what you can to refund customers. Most people even the ones that were close to you have lost their faith in you but I still have hope that you aren't what they say you are. Time will tell. 🙏🤞 |
| 1592949696066162692 | | 11/16/2022 18:36 | Dear SBF,\nI am sure you gonna get 1000s of messages like that, but I still want to try:\n\nAs I really trusted in you and FTX I put half of my money on your platform. In total 33000 USD. I wanted to use this money to finish my university. To be honest, now I have no idea how I should manage that.\n\nI can imagine that many people ask you that, but is there any possibility that you Transfer me my money back?\n\nFor you its probably nothing. For me its my future.\n\nI really appreciate it if you could take this request serious.\n\nMany thanks in advance |
| 1592981358069964804 | | 11/16/2022 20:42 | Hi Sam, I lost lot of my savings by trusting FTX and your team. I hope you achieve your goal of doing right by your customers and help return our money back as soon as possible. Please do the right thing. Lot of lives are impacted by this and people are counting on you. |
| 1593048717200068613 | | 11/17/2022 1:09 | I am a father, a husband, a firefighter. I have lost everything. Over 6 figures of life savings, my families life will never be the same.  I have learned a painful lesson. Your actions as mine have real life consequences.  Dreams, hopes, unbound potential gone. I hope the universe shows you more compassion at your reckoning, then you have shown us. https://t.co/Huh6WpOaoy |
| 1593276965162729476 | | 11/17/2022 16:16 | Pelease sam i'm just a waiter, i put all my asset on ftx because I believed in you, in what you were saying and what you wanted to build. But unfortunately I lost everything, EVERYTHING, more the 10k. That's means 16 years of hard work as a waiter. Please, help to take my money back, I'm destroyed, don't leave me alone |
| 1593293228891148293 | | 11/17/2022 17:21 | Hi Sam, I haven't been able to sleep for days because I lost all my money on FtX.  I worked hard and saved for 6 years.  I do not know what to do.  I can no longer pay my bills.  I am devastated.  you've lost all consideration in the company, as I understand it.  I don't know if you did it all consciously.  I lost a 6 digit range, all my savings.  Can you help me please.  i don't know what to do with my family we can't go on living like this.  please help me.  I can send you all the proofs.  greetings your hikko |

| | | | |
|---|---|---|---|
| 1593330537275719684 | ███ | 11/17/2022 19:49 | Mate, my account of $41,000 has completely disappeared, and I have no savings. No nothing left, am about to find myself on the streets because of this implosion, my life is effectively ruined. |
| 1593443725757120516 | ███ | 11/18/2022 3:19 | My son and I are ruined.  Why did you do chapter 11 so quickly - $15K US is a lot of money for us as a single parent.  Lost my job last week due to budget cuts at the same time you declared\n\nSuch a sad period for you and your talent.  $8B isn't coming to save us 😞 |
| 1593554945957105669 | ███ | 11/18/2022 10:41 | Sam, I have lost my life savings due to FTX.  I had over 150k which is now all gone. Anything you can do to help me get my life back? 0x8fEb36F733eb1471b5791A0B4AFD8d08ba823d07 |