UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -*v.*- | : | S6 22 Cr. 673 (LAK) |
| SAMUEL BANKMAN-FRIED, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

**Exhibit E**

**Twitter Posts from Samuel Bankman-Fried's Twitter Account**

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

← Post

**SBF** ✓ @SBF_FTX · Dec 10, 2020
1) Better is Bigger

💬 62   🔁 329   ♡ 707

**SBF** ✓ @SBF_FTX · Dec 10, 2020
2) NOT INVESTMENT ADVICE

💬 2   🔁 6   ♡ 40

**SBF** ✓ @SBF_FTX · Dec 10, 2020
3) Let's say you were offered a coin flip. 75% it comes up heads, 25% it comes up tails; 1:1 payout. How much would you risk?

💬 6   🔁 16   ♡ 62

**SBF** ✓ @SBF_FTX · Dec 10, 2020
4) There are a number of ways to approach this question, but to start: what do you want, in the first place? What's your utility function?

💬 2   🔁 4   ♡ 49

**SBF** ✓ @SBF_FTX · Dec 10, 2020
5) In other words--how cool would it be to make $10,000? How about $1,000,000--is that 100 times as good?

For most people the answer is 'no, it's more like 10 times as good'. This is because of decreasing marginal utility of money.

💬 2   🔁 6   ♡ 76

**SBF** ✓ @SBF_FTX · Dec 10, 2020
6) For the median US household, making another $10k helps them move to a more comfortable house, buy a newer car, and eat out more--not nearly the utility that you can get for $10k in the developing world, but still something.

💬 2   🔁 1   ♡ 58

**SBF** ✓ @SBF_FTX · Dec 10, 2020
7) But the 100th time you win $10k, it's worth less. You've already bought a new car and moved to a fancier house. You could buy a few more new cars, but honestly who's going to drive them?

There are things you can do with it, but generally it's just worth less.

💬 3   🔁 4   ♡ 83

**SBF** ✓ @SBF_FTX · Dec 10, 2020
8) One reasonable utility function here is U = log(W): approximating your happiness as logarithmic in your wealth. That would mean going from $10k to $100k is worth about as much as going from $100k to $1m, which feels.... reasonable?

(this is what the Kelly Criteria assumes)

💬 3   🔁 16   ♡ 136





