# Exhibit B

# Combined MDL Statements

Estimado y Honorable Juez Kaplan:

Soy una víctima del fraude cometido por Sam Bankman Fried (FTX) a sus clientes, mis abogados me explicaron que podía hacerle llegar una carta explicándole él porque esto no es un crimen sin víctimas como menciono Sam Bankman Fried, esa afirmación fue realmente humillante para mi, por el contrario hay víctimas con daños irreparables como es mi caso y por ello le escribo mi testimonio.

En mi primer lugar debo decirle mi lugar de residencia es Venezuela, un país que vive en una de las mayores crisis humanitaria, con una inflación acumulada en los 2 últimos años de 1767.4% y el salario mínimo es 3.6$ mensuales por lo que la subsistencia es extremadamente difícil. Aunque el dinero perdido no sean millones de dólares esto significa los ahorros familiares de muchos años y representan un impacto tan fuerte que es difícil de explicar.

Mi núcleo familiar está formado por mis 2 hijas y esposa, la mayor tiene 15 años y la menor tiene solo 10 años, la menor de hijas fue diagnosticada con déficit de hormona de crecimiento en Mayo del 2023, por que para su desarrollo sea normal es completamente indispensable recibir dicho tratamiento de HGH, actualmente el gobierno no suministra ni otorga ayuda a este tipo enfermedades por lo que en ausencia del dinero necesario ha sido imposible suministrar el tratamiento, el costo mensual de solo la inyección de hormona tiene un valor mensual de 700$ y su duración debe ser mínimo 3 años sin interrupciones, en una economía como la Venezolana resulta casi imposible comprarla. Mi esposa y yo nos hemos dedicado a vender comida congelada pero los ingresos a duras penas logramos cubrir nuestras más básicas.

Luego de la declaración de quiebra de FTX la vida nos cambió radicalmente ya que no solo había perdido los ahorros familiares sino que me había quedado sin el trabajo que venía desempeñando como inversor y comerciante minorista de FTX durante los últimos 2 años, no puedo explicar el nivel de depresión que sentí al saber que habían robado los sueños y había defraudado a mi familia, apenas podía dormir algunas horas por varias semanas. Las ganancias no eran extraordinarias por mi perfil tan conservador, pero permitía cubrir necesidades y ser optimista con la posibilidad de intentar una nueva vida en otro país cuando fuese posible hacerlo.

Luego de la declaración de quiebra de FTX he estado bajo un nivel de stress extremadamente elevado por intentar solventar los problemas económicos que surgieron en consecuencia.

El 14 de febrero del año 2024 sufrí la obstrucción del 100% de la arteria descendiente anterior lo que ocasionó un infarto cardiaco lo que ocasiono que de manera urgente me hicieran un cateterismo, los médicos no dan ninguna otra explicación de lo sucedido al stress y la falta de sueño ya que he sido una persona sin antecedentes coronarios, sin sobrepeso (70kg/175cm), sin padecer problemas de diabetes, tensión, colesterol, triglicéridos o cualquier otro síntoma que pudiera influir, nuestra alimentación es muy sana en y adicionalmente realizamos actividad física con regularidad alta. En este momento tengo 47 años y tengo más dudas que certezas de porque ocurrió el infarto, sin embargo los médicos lo relacionan con el stress y el no dormir.

Repetidamente, desde FTX aseguraron que nuestro dinero estaba "seguro", incluso más que en un banco. Una mentira que nos costó caro y no solo hablo de dinero.

Desde 2022, trabajo junto a The Moskowitz Law Firm. Mantenemos un contacto vía correo electrónico y teléfono. Estoy muy satisfecho con su trabajo y compromiso en esta lucha.

Lo que se dijo en las mediaciones es confidencial. Sin embargo, puedo decir que algunas duraron todo el día y estoy muy orgulloso de cómo nuestros abogados lucharon por nosotros.

Algunos de los acusados de FTX han expresado remordimiento por sus acciones. Un gesto que no borra el daño causado. No abandonaremos la búsqueda de justicia. Seguiremos adelante hasta recuperar lo que nos arrebataron

Agrego informe médicos del caso de déficit de hormona de crecimiento HGH e informe médico sobre mi infarto y procedimiento medico (Cateterismo).

To the Honorable Court,

My name is Daniel Kochav, and I am a victim of the FTX collapse. As a holder of Bitcoin, I endured a substantial loss of my net worth due to the actions of SBF (Sam Bankman-Fried). The collapse of FTX has inflicted severe emotional and financial distress upon me.

The value of my assets significantly exceeded the petition date value, and thus, the restitution of this amount will not suffice to make me whole. The loss I have suffered extends far beyond monetary value; it has profoundly impacted my sense of security, trust, and well-being.

SBF's actions not only robbed me of my financial security but also shattered my confidence in the integrity of financial systems. Despite the court's consideration of the petition date value, I implore the court to recognize the true value of my assets and to take all possible measures to maximize the restitution.

In seeking justice, I hope that the court recognizes the severity of the harm caused by SBF's actions and takes appropriate measures to hold him accountable. I urge the court to ensure that every effort is made to increase the value returned to victims like myself.

The repercussions of SBF's actions have left a lasting mark on my life, and I trust that the court will consider my statement with the gravity it deserves.

Thank you for allowing me the opportunity to share the impact of the FTX collapse on my life.

Sincerely,

Daniel Kochav

Dear Honorable Members of the Department of Justice,

I am writing to submit my victim impact statement concerning the sentencing of Sam Bankman-Fried (SBF) in 2024, following the FTX bankruptcy. As an impacted customer, I wish to express the significant financial and emotional hardships my family and I have endured due to the collapse of FTX and to address the proposed restitution plan, which falls short of truly making victims whole.

My investments through FTX included a diverse portfolio of cryptocurrencies and stocks, anchored by the belief in the platform's potential. The abrupt bankruptcy of FTX not only liquidated my financial assets but also instilled a deep sense of betrayal and loss. This event has severely impacted our financial stability and emotional wellbeing, leaving us in a precarious position regarding our future security.

The Department of Justice's request for victim impact statements highlights the critical issue with the "100% petition date" restitution plan. This approach does not account for the current or future value of the stolen property, significantly understating the actual losses experienced by victims. The assets lost in the bankruptcy have since appreciated in value, rendering the proposed restitution insufficient and inequitable. This discrepancy exacerbates our sense of injustice, as the restitution plan does not reflect the true extent of our losses or the potential gains that were stripped away from us.

The emotional toll on my family is profound, as we struggle to reconcile with the financial uncertainty and the loss of trust in financial institutions. The proposed restitution plan, by failing to acknowledge the full scope of our losses, feels dismissive of the genuine distress and hardship faced by victims like myself.

Therefore, I implore the court to reconsider the terms of restitution in light of these considerations, to ensure that victims are truly made whole. A restitution plan that accounts for the current value of the stolen assets would represent a more just and fair resolution for those affected.

Thank you for the opportunity to voice the impact of this ordeal on my family and me. I trust that the sentencing of SBF will reflect the severity of the consequences his actions have had on countless individuals and families.

Sincerely,
Daniel Vierbuchen

Dear Judge, Attorneys and Defendants,

The impact of FTX's theft of our money has been profound, affecting not only myself but my entire family.

When I initially invested with FTX, I did so with confidence that it was among the most secure exchanges available. The thought of losing our money to FTX itself never crossed my mind, especially considering the promises surrounding the platform.

The moment we became aware of trouble we transferred our funds to another exchange, relying on the confirmation provided by FTX that the transfer was successful. The funds never arrived at their destination. The realization that our savings instantly vanished resulted in an immeasurable amount of anxiety. The misleading assurance, by FTX, of any transfer, only added to our sense of deceit and dread.

The investments made with FTX were meant to grow over time, serving as a foundation for our family's financial stability. However, instead of growth, we are left with nothing.

What adds to the gravity of this situation is the origin of some of our invested funds. A portion came from my grandfather's will. These were funds intended to secure our children's education and provide for our long-term savings. Knowing that these funds were stolen cuts deep, as it not only impacts our own financial security but strikes at the hard work, generosity and intentions of my grandfather.

The impact of this crime extends beyond monetary losses. It has robbed us of our sense of security and our trust in a promising financial institution.

In the end, I find some comfort knowing that the criminals and their enablers are being held accountable and I am grateful to those advocating for those hit hardest by their losses to FTX.

Thank you for hearing my statement as you seek justice for all the victims.

Sincerely,
Danya Geller


Sent from my iPhone

**Hello,**

**Your Honor, I would like to write about my case with the FTX exchange as a creditor. I became a victim of the FTX exchange and I lost all my life savings in form of my crypto investments on my FTX exchange account. Until 6/11/2022, I was convinced that my money are safe on my FTX exchange account, where millions of other users have their funds also stored. But when the FTX exchange went bankrupt, my life was completely destroyed. It took a heavy toll on my health and till this time I am often thinking about suicide, because I did lost everything I had. I haven't been working since August 2023, I have continuous mental problems, and nothing seems to be going well. I have serious health issues, Lyme disease, Gout, attempted heart attacks, swelling, problem with my hands, Nerves problems and problems with my teeth and I can't take care of my health, because all my money were stolen by the FTX exchange. The saddest thing is, my mother is fighting cancer and I can't event help her to get better medical care. Hereby I would like to ask for justice, please, help me get my money back, and not in the value of the petition at the time of bankruptcy, but in the value the crypto I lost have when it's returned to me. I would finally like to get over with all of this, so I can give my family and myself a better life and the help I could have given them if I hadn't been robbed.**

**Thank you very much.**

*My name is David Dufek*
*Account ID :* ▇▇▇▇
*Unique customer code :* ▇▇▇▇▇▇
*email :* ▇▇▇▇▇▇
*platform : Ftx com*

*Petition value : 44744 $*
*Today´s value : 378589 $*

Dear Sir/Madam,

I am compelled to share the profound impact that the collapse of FTX has had on my life, an event that has fundamentally altered my future plans and emotional well-being.

Prior to the unexpected downfall of FTX, I had allocated a significant portion of my earnings from the cryptocurrency market into the platform, viewing it as a strategic move to safeguard my assets against the anticipated bear market. My intentions were not merely financial; they were deeply intertwined with personal goals. I had envisioned purchasing a home and starting a new chapter in life alongside my girlfriend, a dream that was obliterated in the wake of FTX's collapse.

The aftermath of this event has been devastating. The financial plans I had meticulously crafted over years vanished, leaving me to confront a future drastically different from what I had planned. The tail end of 2022 marked the beginning of an arduous period for me, characterized by relentless efforts to recuperate my lost savings. This pursuit, however, came at a great personal cost. My relationship with my girlfriend, along with connections to friends, suffered irreparable damage as I became ensnared in a cycle of endless work. The ensuing isolation propelled me into a state of depression, a battle I have only recently begun to emerge from in mid-2023.

It is my belief that valuing our assets based on their worth at the time of the petition does not accurately reflect the true extent of the losses and hardships endured by individuals like myself. Such a methodology fails to account for the emotional toll and life-altering consequences stemming from this ordeal.

I sincerely thank you for considering my testimony. It is my hope that by sharing my experience, it will shed light on the broader implications of FTX's downfall on the lives of many individuals, beyond mere financial loss.

Sincerely, DEHEZ Mathis

The Honorable Judge Lewis A. Kaplan

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

FTX Collapse — Victim Impact Statement

Dear Judge Kaplan:

Hello. My name is Diane Gallant and I live in Edmonton Alberta  Canada  , and I lost money from the FTX fraud. My lawyers told me I could send you this letter telling you why I believe that the FTX disaster was not a "victimless crime," as I heard from Sam Bankman-Fried. That statement really upset me. My husband Gary Gallant and I really suffered through the pandemic.  I had to close my hair salon for 16 weeks and lay off 7 staff members.  Furthermore I had to eventually sell my salon because I was unable to hold it any longer.  I had my salon for 17 years. I had developed high blood pressure and on the verge of a stroke due to the level of stress it had caused. My husband opened an auto detailing business March of 2022.  We had to generate income to support ourselves and our family.  We also had to sell our recreational property in order to survive.  We had used the funds from the sale of our property and invested in FTX.  We invested $ 100 000 CDN dollars into FTX with such confidence.  This was our only way out as we were on the point of despair. We were so confident because we seen FTX everywhere! On buildings, commercials and even the celebrities that I admire were raving about FTX.  This breakdown spiked my blood pressure once again jeopardizing my health and well being.

Before that, we were told over and over again by many people with FTX that our money was "safe," even safer than a bank.  I have been working with my lawyers at The Moskowitz Law Firm since 2022. We talk almost every month,  email, and phone. I am really glad they are working to help us. As you can imagine, the FTX fraud wiped out our savings, so we are very upset. We have also been very glad to help our lawyers by preparing for and attending mediations with some of the famous FTX defendants. While these meetings have taken a great deal of our time, they have kept us very updated and involved. I was told that what occurred during those mediation meetings is confidential, but I can say that some lasted all day, and I am very proud how our lawyers fought for us. It was also good to hear some of these other FTX  defendants say they were sorry for what they have done to us.   Working with these lawyers was our only hope.

Thank you for reading my letter,  and I plan to continue our fight. I hope you can consider my story .  I really appreciate it.

Diane Gallant.

Canada. T8N 4H1/                    @gmail.com

DIANE GALLANT

GARY GALLANT

I am writing to you not just as a number among the many affected by the collapse of FTX but as an individual who has experienced significant personal and financial turmoil as a direct result of this unprecedented event.

Over the course of my investment journey with FTX, I have adhered to a disciplined Dollar-Cost Averaging (DCA) strategy, focusing primarily on what were considered stable and reputable cryptocurrencies like BTC and ETH. This approach was not just a speculative endeavor but a measured decision to build a secure financial future for myself and my girlfriend. Together, we entrusted FTX with our hard-earned savings, believing in the integrity of the platform and the digital assets it facilitated.

However, the abrupt downfall of FTX has not only resulted in a substantial financial loss of over $19,000 at current prices but has also shaken the very foundation of our trust in the digital asset space. This loss represents a significant portion of our economy, savings that were meant to support future plans, security, and stability for both myself and my loved one.

The repercussions of this event extend beyond mere numbers. They have instilled a deep sense of betrayal and uncertainty, making us question the safety and reliability of what we believed to be a prudent investment approach. The emotional and psychological toll has been equally devastating, impacting our relationship and future planning.

It is paramount to express our strong preference for the recovery of our original crypto assets as whole entities, rather than accepting a fiat currency reimbursement based on the depreciated value of these assets during the time of the FTX collapse. Our investment in digital currencies like BTC and ETH was made with a long-term perspective, recognizing the potential for growth and stabilization over time that these assets historically exhibit.

Receiving our investments back in the form of the original cryptocurrencies would not only serve as a more equitable form of restitution but also allow us to remain engaged in the digital asset space as intended, with the potential to recover and possibly exceed our initial financial goals. This approach respects our investment decisions and the risks we accepted, acknowledging the possibility that these assets may regain or surpass their former value under more stable market conditions.

Therefore, we urge the relevant parties and decision-makers to consider the significance of restoring our investments in their original form. Such a measure would not only address the immediate financial injustice but also reinstate a sense of agency and choice in how we choose to navigate our recovery within the cryptocurrency markets.

As a plaintiff in the FTX case, I seek not only restitution for the financial loss incurred but also recognition of the broader impact this event has had on my life and that of my girlfriend's. We were cautious investors who believed in the promise of digital assets as a means to a secure future.

Instead, we have been left to navigate the fallout of decisions made by entities in whom we placed our trust and investment.

I urge the court to consider not only the financial restitution but also the profound personal impact this case has had on the lives of the individuals involved. We seek justice not just in the form of financial compensation but in the assurance that measures will be taken to prevent such a devastating event from reoccurring

Sincerely,

I am writing to you not just as a number among the many affected by the collapse of FTX but as an individual who has experienced significant personal and financial turmoil as a direct result of this unprecedented event.

Over the course of my investment journey with FTX, I have adhered to a disciplined Dollar-Cost Averaging (DCA) strategy, focusing primarily on what were considered stable and reputable cryptocurrencies like BTC and ETH. This approach was not just a speculative endeavor but a measured decision to build a secure financial future for myself and my girlfriend. Together, we entrusted FTX with our hard-earned savings, believing in the integrity of the platform and the digital assets it facilitated.

However, the abrupt downfall of FTX has not only resulted in a substantial financial loss of over $19,000 at current prices but has also shaken the very foundation of our trust in the digital asset space. This loss represents a significant portion of our economy, savings that were meant to support future plans, security, and stability for both myself and my loved one.

The repercussions of this event extend beyond mere numbers. They have instilled a deep sense of betrayal and uncertainty, making us question the safety and reliability of what we believed to be a prudent investment approach. The emotional and psychological toll has been equally devastating, impacting our relationship and future planning.

It is paramount to express our strong preference for the recovery of our original crypto assets as whole entities, rather than accepting a fiat currency reimbursement based on the depreciated value of these assets during the time of the FTX collapse. Our investment in digital currencies like BTC and ETH was made with a long-term perspective, recognizing the potential for growth and stabilization over time that these assets historically exhibit.

Receiving our investments back in the form of the original cryptocurrencies would not only serve as a more equitable form of restitution but also allow us to remain engaged in the digital asset space as intended, with the potential to recover and possibly exceed our initial financial goals. This approach respects our investment decisions and the risks we accepted, acknowledging the possibility that these assets may regain or surpass their former value under more stable market conditions.

Therefore, we urge the relevant parties and decision-makers to consider the significance of restoring our investments in their original form. Such a measure would not only address the immediate financial injustice but also reinstate a sense of agency and choice in how we choose to navigate our recovery within the cryptocurrency markets.

As a plaintiff in the FTX case, I seek not only restitution for the financial loss incurred but also recognition of the broader impact this event has had on my life and that of my girlfriend's. We were cautious investors who believed in the promise of digital assets as a means to a secure future. Instead, we have been left to navigate the fallout of decisions made by entities in whom we placed our trust and investment.

I urge the court to consider not only the financial restitution but also the profound personal impact this case has had on the lives of the individuals involved. We seek justice not just in the form of financial compensation but in the assurance that measures will be taken to prevent such a devastating event from reoccurring

Sincerely,

To Whom It May Concern,

I am writing this victim impact statement to express the profound distress and financial hardship I have endured as a result of the actions of Sam Bankman-Fried (SBF) and the subsequent fallout of the FTX collapse. As an investor and victim in this case, I have been closely following the legal proceedings and the proposed plans by the FTX debtors to address the claims of individuals like myself who have suffered significant losses.

I understand that the current proposal on the table considers repaying victims based on the "100% petition date" value of their investments. While this approach may seem equitable at first glance, it fails to account for the true extent of the harm inflicted upon investors due to the appreciating value of the stolen property. In my case, the value of my claim as of the petition date was $330,733.42. However, as of today, 11 March 2024, the true value of my stolen assets has escalated to $1,349,933.42. This stark disparity highlights the inadequacy of the proposed repayment plan and underscores the need for a reassessment that accurately reflects the current worth of the assets in question.

It is important to emphasize that the actions leading to this financial debacle were not merely the result of market fluctuations or unforeseen circumstances but were a direct consequence of fraudulent and deceptive practices. The proposed "value destructive plan" not only undermines the gravity of the misconduct but also further victimizes those of us who have already endured substantial financial and emotional turmoil.

The restitution of stolen assets should not be based on their historical value at the time of the theft but should reflect their current and true value. Anything less than this not only fails to make the victims whole but also sets a concerning precedent for future cases of financial fraud. It is imperative that the Department of Justice and the involved legal entities consider the full scope of the impact on victims and ensure that any restitution plan adequately compensates for the current value of the stolen assets.

I urge you to reconsider the proposed repayment plan and to adopt a more equitable approach that truly reflects the losses experienced by the victims of this egregious breach of trust and financial malfeasance.

Sincerely,

Dr. Clemen Chiang

Victim Impact Statement

To the Honorable Judge,

My name is Dzulqarnaine Abu Bakar, and I am writing to you not just as an investor, but as a father and provider for a family deeply impacted by the collapse of FTX. My engagement with FTX was fueled by the hope of securing a stable and prosperous future for my family, particularly for the wellbeing of my two sons. All our savings and financial planning for the future were entrusted to FTX, in the form of cryptocurrency investments, primarily Bitcoin (BTC).

At the time of FTX's collapse, my account held a value of $146,436, a sum that represented not just monetary value but years of sacrifice, planning, and dreams for my family's future. As of today, the value of those lost assets would be approximately $622,820, reflecting the significant appreciation in the value of cryptocurrencies since the collapse. The offer to make victims whole based on the "100% petition date" fails to acknowledge the real and tangible losses suffered by my family and me. Such compensation does not account for the substantial appreciation in value of the assets lost, nor does it address our preference and rightful claim to have our actual assets, specifically the Bitcoin, returned to us.

The financial impact of this loss has been devastating. It has not only erased years of financial planning and investment but has also severely compromised our ability to provide for our family's present needs and future security. Our plans for my children's education, our family's healthcare, and our retirement are now in jeopardy. The uncertainty and stress have placed an unbearable strain on our day-to-day lives, affecting our ability to pay bills and meet basic living expenses.

Beyond the financial ruin, the emotional and psychological toll has been profound. The betrayal of trust and the loss of our financial security have left us in a state of constant worry and stress. The impact on our family's wellbeing and the stress on our relationships cannot be overstated. The future we had envisioned for our sons, filled with opportunities and devoid of financial hardship, seems more like a distant dream now.

In light of these facts, I respectfully urge the court to consider the full scope of the impact that Sam Bankman-Fried's actions and the collapse of FTX have had on my family and me. Justice, in this case, should not only involve penalizing the wrongdoer but also ensuring that the victims are genuinely compensated for their losses. Being made whole should encompass the recovery of our assets at their current value, not just the value at the time of loss. Moreover, the return of our actual cryptocurrencies, rather than a monetary equivalent, is essential to truly restoring what was taken from us.
We entrusted our financial future to FTX, and that trust was broken, leaving us in a precarious situation with a long road to recovery ahead. I implore the court to recognize the depth of our loss and the need for a sentence that reflects the gravity of the harm caused.

Thank you for considering my statement.

Sincerely,

Dzulqarnaine Abu Bakar

Hi DOJ Team,

I am writing the victim impact statement for FTX SBF sentencing 2024:

My FTX claim code: ███████
My FTX Email account: ███████████ @gmail.com

To the Honorable Judge,

I am writing this victim impact statement to express the profound impact that the crime committed by SBF has had on me and other affected individuals. As a customer impacted by this crime, I want to emphasize that the concept of "100% petition date" does not adequately address the extensive harm caused by the theft.

The stolen property, which is now worth significantly more, has resulted in substantial financial loss and emotional distress for me and others involved. The value of the stolen property surpasses the initial assessment, and the notion of restitution based solely on the "100% petition date" does not reflect the true extent of the damage incurred.

Beyond the monetary loss, this crime has shattered our sense of security and trust in the systems meant to protect us. The impact on our lives extends far beyond the material possessions stolen, affecting our daily routines, mental well-being, and overall quality of life.

It is my sincere hope that the court takes into consideration the full scope of the harm inflicted upon the victims and considers appropriate restitution that reflects the true value of the stolen property. Justice must be served not only for the sake of those directly impacted but also to uphold the principles of fairness and accountability within our society.

Thank you for considering my statement and the voices of all affected individuals during the sentencing proceedings.

Sincerely,
Erwin

Dear Judge,

My name is Hattori Yuta. I am one of the victims who suffered financial losses due to the misconduct of FTX and Sullivan and Cromwell.

I would like to take this opportunity to inform you about my ordeal. As a result of Sullivan and Cromwell's actions, I have experienced financial losses and emotional distress. This has significantly impacted my life.

I seek justice and fair judgment in this matter. As a judge, I urge you to carefully consider my case and take appropriate action.

Thank you for taking the time to read this email and for listening to my concerns.

Sincerely,

Hattori Yuta
My customer code : ███████

Hello, my name is Hyunmo Yeon and I would like to briefly state the impact the FTX bankruptcy has had on me, as part of my membership of the FTX Customer Ad-Hoc Committee.

Over 50% of my personal savings were held on FTX exchange and after the shutdown, I have been unable to access those funds while the crypto market has rebounded. This opportunity cost has compounded the stress I have received during this ordeal.

I sincerely ask the relevant authorities to hold SBF and other FTX executives responsible for their fraudulent actions. FTX users are fighting for justice, in addition to the receipt of our funds valued at their present-day worth, and not at the time the exchange went down.

Thank you for your time.
Hyunmo Yeon

## VICTIM IMPACT STATEMENT LETTER

Hi, my name is **Alessandro Rapparini**, I'm from Zola Predosa (Bologna) Italy and I'm an FTX creditor with Unique **Customer Code** ▮▮▮▮▮

Unfortunately I put all my life savings into FTX and when the collapse happened I almost collapsed too.

I spent 2 weeks crying, I was really desperate and didn't know what to do. Unfortunately I was unable to withdraw my funds in time also because I was sure that FTX would be acquired by Binance as it had been announced. I went through very difficult times because I was left with very little money in my normal bank account. All the sacrifices made and the savings of over 20 years of work were inside FTX. Moving forward was really hard.

For days I didn't know how to tell my whife (she had also given me money to put on FTX!!!) what had happened (we have a 6 years old child) and to this day my father still doesn't know anything because he couldn't bear something like that (he also had given me money to put on FTX!!!).

Luckily all my assets appear correctly in the claim procedure which has been activated in the meantime, but their value is ridiculous compared to what I put in (unfortunately I entered when the market was already high). So if by chance they were to give me 100% of usd back at the value on the petition date, I would still be half off what I had put in!!!!!!!!!

Moreover, 100% petition date is in fact not being made whole when the stolen property is now worth much more.

**<u>I DEMAND that my assets be returned to me, I don't want dollars!!!</u>**

Please give me my crypto assets back!

I would like also to tell you that **I am Italian** (have been resident in Italy since birth), and I should be included in the European FTX group (FTX EU), not the international.


Cordially.

Dr. Alessandro Rapparini

I started investing in crypto in 2017. I used a lot of different exchanges to buy my crypto. I started to buy SOLANA (SOL) in 2021. I bought SOL with an average price of 150 USD/ 1 SOL, so I strictly do not agree with the dollarization of my digital assets in SOL at the exchange rate of November 11, 2022, when the whole market was down due to the criminal activities of FTX managers. On November 8, 2022 at 8:15 PM, when no service outage was announced and SBF on Twitter claimed that everything was fine, I tried to transfer my digital assets to my crypto wallet, but with no success. Withdrawals were suspended without any warning. My digital assets in SOL remained stuck in the failed exchange until today.

Therefore, I strongly request to return my digital property to SOL as I requested to pay it out on November 8, 2022 at 8:15 PM. I am attaching evidence for my claims - screenshots from the application and from the email confirmation of the requested SOL transaction (withdrawal).

The money in my digital property SOL was an investment. I trusted this project. Now, due to SBF criminal activity is my investment frozen and I have no guarantee to see my invested money any more. I trusted to FTX due to massive advertisements and FTX Earn program. If I lose the money I've invested in my SOL property I will be pushed into the next loan from a bank. This will have a very negative impact on me and my family. So please, return my digital property - SOLANA.

Best Regards,
Ing. Martin Hornak

My name is Ismael Lemhadri and I am a former customer of FTX based in the US.

I was lured into keeping my investments on the FTX platform by their promises of guaranteed yield returns of up to 8% "risk-free".

My claim amount as of the petition date is 141,000 USD. Using today's prices and due to the general appreciation in cryptocurrency assets, the claim amount is larger than 1M USD. Therefore, I am coming out of my FTX investment with a **net loss** greater than 900k USD.

It would be delusional to claim that the bankruptcy recovery will make me whole. In addition to the emotional and economic hardships I endured for the last two years as a result of losing access to my **life savings**, I am now being deprived of recovering my crypto assets in-kind.

Sincerely,
Ismael Lemhadri

Victim Impact Statement

My name is Jack Huckerby, and I am submitting this victim impact statement in relation to the financial losses I have suffered as a result of the actions of FTX Trading Ltd., et al. The impact of this crime has been significant and has affected not only my financial stability but also my emotional and psychological well-being.

I deposited, held, received, and acquired various digital assets, including Bitcoin (BTC), Ethereum Name Service (ENS), Ethereum (ETH), Polygon (MATIC), US Dollar (USD), EthereumPoW (ETHW), and Tether (USDT), on the FTX.com platform. The total sum of these assets amounted to $12,389.97. However, due to the actions of FTX Trading Ltd., et al., I have incurred a substantial financial loss equivalent to the value of these digital assets as of the petition date. It is important to note that being reimbursed at 100% of petition date value does not equate to being made whole, especially considering that the value of the stolen property has appreciated significantly since the petition date.

The financial loss I have experienced has had a profound impact on my health and personal well-being. The stress and anxiety caused by the uncertainty of recovering my assets have taken a toll on my mental health. I have experienced sleep disturbances, loss of appetite, and heightened levels of anxiety, which have significantly impacted my ability to function on a daily basis. Furthermore, the financial strain resulting from this loss has caused significant personal problems, including difficulty in meeting financial obligations, strained relationships, and a sense of hopelessness about the future.

The loss of my hard-earned assets has caused immense emotional distress and psychological trauma. I feel violated and betrayed by the actions of FTX Trading Ltd., et al., who were entrusted with safeguarding my assets. The uncertainty surrounding the recovery of my assets has led to feelings of helplessness and frustration. Additionally, the financial setback has shattered my sense of security and stability, leaving me feeling vulnerable and uncertain about my future financial prospects.

I urge you to consider the full extent of the financial, emotional, and psychological impact that this crime has had on me and other victims. I request restitution for the financial losses I have incurred as a result of the actions of FTX Trading Ltd., et al. It is essential for the court to recognize the devastating consequences of this crime and take appropriate action to provide restitution to the victims, ensuring that we are not only reimbursed at 100% of petition date value but also compensated for the appreciation of the stolen property since that time.

In conclusion, the financial losses I have suffered as a result of the actions of FTX Trading Ltd., et al. have had a profound and devastating impact on my life. I urge the court to consider my victim impact statement when determining restitution. Thank you for considering my statement.


Sincerely,

Jack Huckerby

Victim Impact Statement FTX Banckruptcy

The financial loss experienced in the FTX bankruptcy case for my family translates into the following:

Thirty years of preplanned retirement income...gone
Personal home...gone
Ability to purchase retirement home...gone
Real Estate investments...gone
Passing down of significant family wealth...gone
Two personal vehicles...gone

Respecfully submitted,

*Jason Hansen*

Jason Hansen, DDS, AEGD, BSc
Trustee Hansen Family Trust

 Our family's contribution to society:  https://en.wikipedia.org/wiki/Alvin_Hansen

Signed: March 10, 2024

*J H*

March 8 2024.

**The Honorable Judge Lewis A. Kaplan**

**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl St.**
**New York, NY 10007-1312**

**FTX Collapse — Victim Impact Statement**

Dear and Honorable Judge Kaplan.
I am writing this letter because I would like my voice heard while at the same time searching for some kind of justice. I can not believe that people say that "white Collar Crime is Victim Less"
FTX took all my funds that I was saving for my sons to pay off their school loans and I hoped to have some left over for my own future when I retire but now all those dreams are gone.

Originally I contacted my local police in the city of La Habra, California to file a theft report but told me my money is good as gone and they would not be able to help because they did not have the resources. I had to force the office to at least give me a filing report so I could record that I filed something.
I contacted the Los Angeles; California Secret Service office and I spoke to an officer he took my information and said he would call me back, but I still have not received any return call.

I Contacted the Los Angeles, California Federal Bureau of investigations and they took my information down but did not help me at all instead they referred me to file a complaint online in their website and someone would get back to me, yet I am still waiting.
I contacted the Washington D C District attorney's office and again I was asked to go online and fill out a form and they would back to me but I am also waiting for them to contact me.

When I first found out my funds had been stolen from me all I worried was that I just wanted back enough money to pay off my sons school loans and maybe provide them with money for savings because everyone keeps saying that I will be lucky if the thieves are punished at all because the FTX guy had spent so much money on politicians, and celebrities that it will be impossible for me to get anything back.
Now I am so miserable that no justice department has offered any help or just contacted me back.

It has stressed me out so much that my health is just horrible. I realize that the fact that I am 63 years old has lots to say about my health but it is so disheartening and stressful to find out that the criminals have been caught and yet there is still no way that we can tell if we will get justice or not.
My Immune system has weakened so much due to this stress, I suffer from headaches, I get pneumonia and Bronchiectasis episodes because of these depression and stress I also have issues with blood pressure and diabetes.
The most horrible thing is that this issue has impacted my relationship with my sons and ex-wife somehow this got twisted around and now I am the bad guy. I am the victim yet I am the one being punished.
I had to move out of my house to keep the peace between my sons and my ex-wife I currently live in a rented room that is about 12 feet by 14 feet I feel that I am being punished for being honest.
**I did not do anything wrong I should not be living this way I need to see that justice will catch up to this criminals and see that they get** punishment.
Maybe I am out of line with my next comment but I feel that criminals have an incredible ability to keep filing delays and motions just to buy time so they can get the right president in office and get a pardon in exchange for huge donation, I am sorry but that is how I feel right now.

Thank you for your time, I hope that justice will be served and that his crime will be seen as a theft of funds not as an investment gone bad, I gave no permission to anyone to access my funds at all but somehow, they ended up in FTX.

Jose Gamez

**JOSEGAMEZ**   3/8/24

Dear Judge Kaplan

My name is Joshua Lee and I reside in Phuket Thailand.

I am a victim of the FTX bankruptcy and lost a great deal of money from my personal account when it went under.

I want to express my thanks for law firms like Moskowitz who seem to be acting in very good faith to assist me with some kind of recovery from those that were recklessly promoting personal FTX wallets.

This loss has caused me and my young family significant distress as we were very excited by the hope of this new asset class only to have suddenly it taken away from us and our app deleted.

Watching the aftermath of the collapse only made things worse as we could see our honestly earnt money was spent on investments for Alameda research and we never actually owned any assets.

Its my hope you will side favorably with the honest team at Moskowitz and help others like me regain their funds and move on from this regrettable situation.

Your kind consideration to this important matter would be deeply appreciated.

Sincerely yours, Joshua Lee

Your Honor,

I would like to express the impact the theft of funds by FTX has had on me. It has caused significant financial and emotional distress on my family and me. FTX statement that i am being made whole is completely inaccurate and a lie as they are not giving me my assets that i was made to believe I held there. As you can see below they are planning to refund me petition value fo US$ 28,779 instead of my assets which is currently worth US$ 102,534.



The funds stolen from me were my hard earned savings over many years. The loss caused mental and emotional pain and stress in my family.

As you can see in above table, the reality is i am not being made whole and i request you to help me and others who held their coins with FTX to be returned the coins.

I believe in the US judicial system and i thank you for hearing me out.

Best Regards,
Ken Job

Dear sirs,

My name is Leonardo Soares Bazani, I am a client of FTX exchange, ID 111875373, I am Brazilian and resident in Brazil, I would like to clarify that five serious financial and psychological damages, caused by theft and misuse of clients' assets, by Sam Banman Fried's and its employees.

Just like me, many clients suffered damages, but not due to the broker's bankruptcy, but rather due to a serious crime committed by Sam Banman Fried's and its employees.

I come through this email to ask for a review of Sam Banman Fried's sentence for a severe and fair penalty, and for the payment of the assets that are listed in the brokerage, in this case payment in cryptocurrencies, as it does not make moral and material sense to pay in dollars in the bankruptcy/petition data quote, since due the appreciation of the asset, the financial and psychological damage to the customer would be greater and greater than it already is.

In my case specifically, I kindly ask you to review the sentence for payment in cryptocurrency, remembering that I made a withdrawal on 09/11/2022 at 23:04:16, before the date of the petition (11/11/2022), unsuccessful.

Thanks,
Leonardo Soares Bazani

Dear Honourable Judge Kaplan,

I am a conceptual, socially engaged artist and I don't earn anything with my practice:

I believe that every human being is in this world for a reason and artists has the mission to shape culture and society. This is the reason I am so naïve and I don't care so much if I don't earn money enough through my work.

The money I had on the FTX.com platform was the money I received as compensation for a car crash that left me disfigured when I was 19 years old. I kept this money 'untouched' for 30 years because I thought they could be the only way to give me an old age with dignity.

In 2022 I chose to take control of my money and invest it by myself, because the company that was managing it refused to give me clear explanations on the environmental and human ethics of their investments. I chose the FTX platform following in-depth research about their stated policy and ethics.

Not only did Sam Bankman-Fried stole my money with the help of his friends, but in doing so he took away from me any hope and meaning about life, human beings and institutions. I went through such a devastating period that I put in discussion also my creative practice that I always considered a sort of life mission.

I suffer from complex PTSD due to violence suffered at the hands of my family when I was a child. One of the many bad things that my family has done to me was to involve me in a fraud as soon as I was 18 years old obliging me to try to sue my father when I was in my 30's. To again be a victim of injustice triggered a crisis of PTSD  that lasted about 10 months, making me very depressed, coping with suicidal thoughts and obliging my partner to a life beyond miserable.

In a few days I will be 50 years old and I am left with no money not because of the fluctuations and the volatility of the market. I am not a trader, but I was informed and ready for this possibility, but I lost my money because Sam Bankman-Fried  and his clique of friends where trying to play Gods and become the new gate keepers of a new world and a new economy.  To do so they stole the money, the hopes and the dreams of hundreds of thousands human beings from over the world.

And it is a lie that the new administration is planning to pay us back 100% of our money!  Paying me back in dollars with the value of the 11 November 2022, will give me back just a third of the fiat I deposited on FTX.com. I don't think this is fair considering that  FTX's Terms of Service stated that the titles to digital assets belonged with customers and not the exchange.

The biggest assets of FTX apparently were their customers and most of us lost more than we can afford as it was literally stolen from us for the convenience of already wealthy people. They were just greedy...

I am really hoping that this trial will show that our institutions care about justice for ordinary people, the masses, and not just about the privileged elite.

Honourable Judge Kaplan, 'we', more than 1 million customers in the world, depend/rely on you seeing justice done, because Sam Bankman-Fried has to think for the rest of his life of the multitude of lives he destroyed with his selfishness and superficiality. I really hope that justice will teach him the difference between life and video games...

Many thanks for your precious time and attention.

All the best

*Lidia*

Lidia (Favario)

SPAIN March 2024

Your Honor,

As I present myself before this court, my aim is to articulate not only the tangible losses I have suffered due to the mismanagement and bankruptcy of ExtendChain and its subsequent effects on FTX but also the profound emotional distress and the significant loss of opportunity resulting from these events.

Beyond the immediate financial impact, this case encompasses a deeper, more disturbing issue related to the loss of potential and opportunity. At the core of my financial strategy was an investment in Bitcoin, a currency in which I believed not just for its current value but for its potential to shape a new financial future. However, due to the bankruptcy of ExtendChain and the actions of FTX, I find myself in a situation where any chance of recovery will be severely limited.

The dilemma I face is even more disheartening due to the nature of my investment. While my debt is denominated in Bitcoin, any anticipated compensation will be made in U.S. dollars. This mismatch not only diminishes my ability to recover financially in terms of the current value of my investment but also excludes me from participating in the future growth of the cryptocurrency market. The crypto market has experienced significant growth, a potential in which I had placed my trust and hopes, but now see evaporating.

This discrepancy between the currency of my debt and the currency of my compensation underscores a significant impact not just on my current financial situation but also on my future economic potential. I am deprived not only of my present assets but also of the opportunity to capitalize on the future growth of the market, a prospect I had considered essential for my financial security and personal growth.

Therefore, I request this court to consider not just the immediate financial loss I have suffered but also the loss of future opportunities and the emotional impact this has had on my life. I seek compensation that reflects not just the value lost but also the growth potential from which I am now unjustly excluded.

I appreciate this court's time and attention to this matter, which is of critical importance to me.

Sincerely,

Marc Serra
NIF: ▮▮▮▮▮▮▮

This is my victim impact statement.

I am a father of 2 kids, hoping to get a third one.
I receive the news about almost my entire capital being stolen by Sam and his crew.

At first I got positive, believing in american justice. But with time, I got anxiety problems, mood disorder, my plans to get a third child are hopeless and gone, because all my profit has been stolen.

Its hard because my efforts during crypto winter were positive.

All my assets by now would be huge and solve a lot of problems: a safer car for my family, a better life for my kids.

Even my health care got compromissed, because this process consumes a lot of my time and I am paid by hour.

Wish you the best.
-----

Marcelo Ferreira Rocha.

**Customer code**

███████

March 12, 2024

**To:** The Honorable Judge Lewis A. Kaplan
**From:** Marcus Douglas

███████████████████

**FTX Collapse — Victim Impact Statement**

Dear Judge Kaplan,

I am writing to you from Texas, a victim of the FTX fraud that stole approximately $10,000 from me. This wasn't just bad luck; it was a deliberate scheme designed to steal my money, and the money of countless others. My lawyers informed me of the opportunity to share my experience with you.

Sam Bankman-Fried claims the FTX disaster was "victimless," but that's a slap in the face to everyone who lost money they were trying to build a better future for. While my losses may not be the biggest, this money was crucial for my family. I was saving it to invest the profits and create a secure nest egg for my two children. FTX snatched those dreams away. Before this ordeal, I was repeatedly assured by FTX that my funds were safe, even safer than a bank. Now, it seems those assurances were a cruel lie.

The most infuriating aspect of this fraud is how FTX manipulated the system. Many of my trades were profitable, only to take a sudden, inexplicable downturn overnight, resulting in complete liquidation. This wasn't random. I spent a considerable amount of time watching the order books on 1-minute to 5-minute timeframes. The activity there painted a clear picture: the entire platform seemed rigged against users like me. The algorithm itself felt like a deliberate mechanism designed to ensure you lost money. This fraudulent manipulation is what keeps me up at night.

Since 2022, I've been working tirelessly with my lawyers at The Moskowitz Law Firm. We've communicated extensively – hundreds of times via Zoom, email, and phone calls. I am incredibly grateful for their unwavering support in this fight. The FTX fraud completely wiped out my savings, leaving our family in a difficult financial situation.

Judge Kaplan, I implore you to see this for what it is – a deliberate scheme to steal from investors. Thank you for considering my case. I intend to fight relentlessly to recover every penny FTX stole from me. They took money meant for my children's future, and I demand it all back.

Thank you for time and attention to this matter.

Respectfully submitted,

_____

The Honorable Judge Lewis A Kaplan

FTX Fraud Victim Impact Statement

Thank you for the opportunity to share my experience as a victim of the FTX fraud. It has been a difficult 18 months.  The feeling of failing and letting down your family is gut wrenching. The whole reason I invested in Solana was to give my wife and daughter a better life instead their future is in jeopardy. Many aspects of this experience are painful to talk about so I will use this letter to best describe the events.

First my assets were safe on coinbase until I followed along with Tom Brady and switched to FTX.  I believed that Tom Brady was a winner and wanted to be involved with him.  My home is 15 minutes from where Brady displayed professionalism for 20 years.  Tom Brady made me feel like the investment was safe.

Next, after the bankruptcy while in the process of filing a claim with the new controllers of FTX the site was hacked and peoples personal information was compromised.  Currently I have no idea which communication from FTX is genuine or a phishing scams.  It is an ongoing torment to not know what is going on and not know if I'm about to be victimized again.

In addition to not having access to my funds, not knowing if my personal data is safe, there is now a plan that would completely take advantage of the FTX victims.  This plan is that in which the FTX victims would be given just a fraction of what was our property.   Fortunately Attorney Moskowitz is representing us and hopefully there will be justice.

Thank you

Michael G Boland

Dear team,

I am a 36 years old UK based investor who started investing in crypto assets in 2017. I was originally concerned with the incorporation of crypto platforms with the perception that they could be less sophisticated or hacked. I originally held balances in Binance and subsequently in 2019, Revolut - a UK and European based company started offering crypto currencies. I began investing in Revolut through 2018 and early 19, again with the intention of avoiding Binance where possible.

I work in the financial services and regularly watch Bloomberg, CNBC and other financial media. It was difficult to ignore the rising popularity of FTX in the US, and its endorsement by investment leaders such as Kevin O'Leary and politicians. Forbes magazine, regular interviews, huge public media campaigns made me trust that the company was sound coupled with being founded in the US, it made be trust FTX.

One of my concerns holding crypto assets was that an exchange could be hacked and I would lose my assets. There is an image (or atleast I have a perception) that the US markets are safer and more secure than European or UK. I am aware of the brain drain effect of the best talent going to (or home grown in) the US. So my perception was that  a US exchange would be more secure than European. Coupled with concerns around China and Chinese security I was unsure of continuing to hold assets in Binance. Weighing this up, I consolidated all my assets and moved them into FTX.  I continued to build my portfolio and invest regularly into my FTX account. I typically receive an annual bonus from my company and invested this into crypto assets. At its peak I grew my account to **over $350,000.**

Late 2022, I was deeply shocked and confused when hearing about customer funds being used by FTX. I attempted to withdraw my funds, however, many of them remain in "pending" status. I attempted to sell some of my assets and convert to fiat currencies (as the market was dropping significantly I would have sold for a depreciated value) my hope was that I might be able to withdraw fiat assets rather than crypto assets. Again this was not successful, and I have some fiat balances in "pending" withdrawal status. Over the next couple of months / year I have been trying to understand where this would leave investors and how I might be able to recover my assets. I always believed that so long as FTX could locate the assets I will be able to eventually withdraw my crypto assets, perhaps certain coins may no longer exist or be located and those would be converted to a cash amount, however I cannot believe there is a date for which the assets will be valued and that where the market was at its lowest.

The impact of this has been detrimental to my work and personal mental health. I have many years of my bonus, savings and retirement planning locked up in FTX. I have not been able to tell friends and family where my savings have gone. I feel a huge sense of stress when hearing senators or institutions debate the creation of new ETF's or assets around crypto. I feel robbed, that I found assets prior to Blackrock, yet they will reap all the rewards rather than me. This was my opportunity to invest in early stage assets before the large institutions or mainstream. And yes the asset may drop in value, but I did not believe the asset would be stolen not by a hacker but the company itself (and that too an American company!).

Today (11th March 2024) my account would be worth almost $250,000. However, my claim is currently being presented to me at less than $40,000.

I am a significant holder of Solana (444.01 coins), Avalanche (400 coins), Ethereum (16.01 coins) and BTC (1.0714). Which are some of the assets which have been priced with the largest difference in valuation price vs current market levels. I was convinced that these were good projects and I should hold for the long term. My focus was on the assets and believed that investing in a US company I would be safe from the custody and management of the platform perspective. I can see news of FTX holding large Solana balances, why are these not being returned back to holders, similarly if assets are found why are they not being returned to asset holders. I feel like this is the second injustice occurring to me.

To add insult to injury the platforms that I thought would be less secure than a US company (Binance - Chinese, Revolut - European) are still operating and continue to support their customers. This has made me question US companies integrity, including the environment around the companies who should be trying to help investors maintain confidence in American companies. I wish that my assets are returned to me in full, or the current value of my assets.

Kind regards
Mohammed Kashif Rafiq

Dear Madam,

I am writing to submit my victim impact statement regarding the case involving BANKMAN-FRIED. As a victim of the crime committed by BANKMAN-FRIED, I want to express how the incident has profoundly affected me and my family.

My name is Mustapha, a 23-year-old male from Morocco. I come from a family of five members, and we are facing severe financial difficulties. My father suffers from both mental and physical health problems, leaving him unable to work, and as the oldest son, the responsibility of supporting my family falls heavily on my shoulders.

I have been working part-time while studying to fund my education and provide for my family. All my hard-earned life savings were invested in bitcoin on the FTX platform, hoping to secure a better future for my family and myself. However, the actions of SBF and FTX have shattered those hopes. The scam has caused immense emotional distress, leading to constant thoughts of suicide. Additionally, my academic performance has suffered as I struggle to cope with the betrayal and loss inflicted by the scam.

Furthermore, witnessing FTX's lawyers attempting to compensate us based on petition date value rather than returning the stolen bitcoin has further deepened our financial despair. This blatant disregard for our losses only adds insult to injury.

Despite these challenges, I maintain my faith in the justice system of the great country of the USA. I implore the court to consider the devastating impact this crime has had on me and my family. We seek not only financial restitution but also closure and justice. I earnestly hope that the court will ensure a 100% recovery for us based on today's values.

Please feel free to reach out if you require any additional information.

Sincerely,
Mustapha

March 8, 2024

The Honorable Judge Lewis A. Kaplan

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

FTX Collapse-----Victim Impact Statement

Dear Judge Kaplan:

I live in Los Angeles California and due to the fraud committed by Sam Bankman-Fried and the people who run FTX I have been deprived of many personal and family projects, dreams and goals, which include the purchase or construction of a home in Guatemala for my family. This has brought me problems within my family that I am still dealing with to this day. This money is probably not a million dollars, but it was the money that my family and I counted on for our projects and for our future. I have learned the hard way that money misused and placed in the hands of corrupt people causes a lot of damage to the families we trust in them.

The influence of the advertising of several famous people who were hired by FTX, ensuring hundreds of times that buying, selling and trading crypto was "safe" with FTX, helped many of us make the decision to make transactions on FTX.

The price of cryptocurrencies has increased today to levels never seen before, and we have been deprived of this benefit by the fraud and unscrupulous actions of these individuals who have enriched themselves with our savings.

We are only encouraged by the fact that our attorneys The Moskowitz Law Firm are doing everything possible for the benefit of all victims of this fraud. The work of my lawyers is amazing and the attention to every detail speaks for itself about the quality of their services. We are totally grateful to them and continue to trust that the Law will do its part to heal this evil in our society.

I appreciate your attention to this letter where I can express what I feel and think, but I also have my trust, my belief and my faith in the law of this wonderful country that has welcomed me.



Mynor Berluis Contreras Sosa

 CamScanner

In addition to all my savings over 9 years (2013-2022), my wife and I borrowed $220,000 in personal loans to buy Bitcoin on the FTX platform. Due to the fact that we have three children to support, it was hard to convince my wife, but ultimately she trusted me.

She trusted me because I am a computer science professor at the university. Additionally, I teach a course on blockchain technology. She knew I had a knowledge of the subject area. Upon Bitcoin reaching $100,000, I would have been in a very good situation. I could pay off my loans and we could both choose to stop working if we wanted to. That was the dream I sold to my wife.

If the current market is anything to go by, it's odds-on that my judgment is going to be proven to have been entirely accurate. What I hadn't accounted for was the appalling fraud that was to take place at FTX. Sam Bankman-Fried and his colleagues destroyed our family's plans.

I have a further eight years in which I have to carry the burden of these personal loans. That has meant that I've had to tighten my personal budget considerably, in order to deal with this additional                                                financial                                                overhead.

I had promised my wife that the matter would be settled by the time the next digital asset bull market came round, which I had estimated to take place by the end of 2025. Just another couple of years of struggling.

Can you even begin to imagine the tension in my household once the FTX bankruptcy unfolded!? For my part, depression set in. It has left me in a scenario where I no longer have trust in myself relative to my dealings with my wife, my family and my close friends. Basically, it's left me feeling that      it's      all      my      fault.      And      here's      everyone's      response:

"It          was          bound          to          happen          with          crypto."

Imagine my inner anger spilling over in hearing this? Why? Because crypto had nothing to do with it. Sam Bankman-Fried and his cronies had orchestrated a garden variety fraud, albeit on a grand scale. From this perspective, it was no different to the Madoff situation or the fraud that Kenneth Lay perpetrated at Enron. Crypto has nothing to do with that.

Since then, I've been living my life like a robot: I work, I take care of the kids, I sleep, etc. There's no joy in anything anymore.

As the FTX bankruptcy process has drawn on, it's offered up some glimmers of hope. I learned that maybe FTX's accounts weren't so bad after all. I clung to the notion that there might be a workable repayment plan. I listened to a lawyer for the FTX Debtor, Andy Dietderich of Sullivan & Cromwell declare in a recent Delaware bankruptcy court hearing that it expects to be on track to make creditors whole. En-masse the media picked up on Dietderich's comments.

My hopes were lifted only to discover that this too is a con! While I held Bitcoin on an FTX platform who's terms of service (ToS) explicitly outlined that my Bitcoin remained my property at all times, Mr. Dietderichs aspires to maybe giving me back 25% of the value of that Bitcoin eventually.

If they reimburse me the so-called 100% on the date of bankruptcy, I won't even be able to repay my loan ( around 60%). Through Mr. Dietderichs plans, I'm being defrauded not once but twice. As an expert witness in the criminal trial of Sam Bankman-Fried revealed, a tracing process confirmed that a whole host of assets held within the FTX bankruptcy estate were paid for directly with creditors deposited property. The very funds and customer property that the FTX platform held                   on                   behalf                   of                   customers.

These FTX lawyers, the very same firm who worked for FTX and Sam Bankman-Fried while he was defrauding customers pre-bankruptcy, intend to reimburse priority and non-priority creditors with customer-creditor's property/funds. It's entirely scandalous. It's preposterous. It's like if a post office were bankrupt and selling the contents of customers' packages to pay off its debts.

To me, it's theft — plain and simple. What I demand is that we clients be considered as priority customers (to be categorized as secured creditors and not unsecured creditors) and that the right to ownership of our assets be respected. And so, if the money in the coffers is not enough to repay the clients, they should try to reimburse them on a prioritized best efforts basis, ahead of all other creditors.

Olivier
Olixcom

To,
The Honorable Judge

Dear Honorable Mr Justice Kaplan,

I am writing to you as a concerned mother and investor affected by the Chapter 11 case of FTX Crypto exchange. My name is P VIjayakumar, and I am a mother of two boys who invested our family's hard-earned savings in Bitcoin through FTX Crypto exchange, placing our trust in both the platform and its CEO, Sam Bankman-Fried, who was often portrayed as the next Warren Buffett or JP Morgan of our time in major magazines like Forbes, NYTimes, BBC etc.

The impact of FTX's Chapter 11 filing has been devastating for my family. We invested in crypto currencies not merely as a speculative venture but as a means to secure our financial future. We believed in the promise of digital assets and the potential for growth that FTX offered. However, the sudden turn of events has left us reeling with stress and uncertainty.

The loss of our lifelong savings has had profound effects on our family. The stress and anxiety have permeated every aspect of our lives, impacting our relationships, our ability to provide for our children, and even our mental well-being. We have had to seek counseling sessions with therapists to cope with the emotional toll of this situation.

What exacerbates our distress further is the proposed Chapter 11 plan that FTX intends to implement. Instead of returning digital assets to customers as per FTX's own Terms of Service, the plan seeks to reimburse customers in dollar terms. This approach not only disregards the fundamental principles of cryptocurrency ownership but also fails to provide fair restitution to customers.

As a mother striving to secure a stable future for my children, I implore you to consider the human cost of this bankruptcy proceeding. The proposed Chapter 11 plan does not adequately address the needs and rights of customers like myself who trusted FTX with their investments. It is unjust and ineffective, offering little consolation to those who have suffered significant financial losses.

Your Honor, I urge you to weigh the impact of this case not only in legal terms but also in terms of its human consequences. My family's story is just one among many, and the decisions made in this courtroom will ripple through the lives of countless individuals and families. I humbly request that you ensure a fair and equitable resolution that upholds the rights and interests of FTX's customers.

Thank you for considering my perspective and the plight of investors like myself. I trust in your wisdom and integrity to adjudicate this matter with compassion and fairness.

Sincerely,

P Vijayakumar

Hi, I'm writing to show you how important it is for me to recover my cyptos, stolen by ftx, I heard that we will probably be reimbursed the value of the account in usdt on the date of bankruptcy... practically a pittance compared to what the actual value is of my cryptocurrencies today and I find it unfair...which in addition to the frustration I feel at not being able to see them now that I need them financially, causing psychological damage to myself, I am desperately looking for a way to recover my cryptocurrencies and not the value at the date of the bankruptcy , after all the sacrifices made with my family to accumulate little by little, I find myself not being able to use my money, wait and also settle for crumbs and I don't find it right.

I hope this situation will be resolved as soon as possible, and I will finally be able to get my crypto back.

Thank you.

Raffale Spiconardo

To whom it may concern,

I am a Singapore citizen and have been a cryptos investor since 2021. I had opened various exchanges like Binance, FTX, Kraken, Gemini, Celsius, Nexo and BlockFi to trade and hold my cryptos.

I intentionally chose the above exchanges as some of them have ties or business registrations in the United States of America. I have confidence with the strong regulatory and oversight in the USA. Sam Bankman-Fried (SBF) was a MIT graduate with ties to people in the government. So, I trusted his management of FTX and with Temasek (Singapore sovereign fund manager) being one of the FTX investors, that gave me further assurance that FTX was the right exchange to choose from.

I had held significant amount of my cryptos portfolio on FTX International and FTX Blockfolio compared to the other exchanges. My customer codes are 01415550 and 01709299 respectively.

I was devastated to hear that FTX filed for bankruptcy in November 2022 despite SBF telling all clients that they were doing fine on the days leading to the bankruptcy. I did not have the chance to withdraw all my assets in time. My heart was broken and I couldn't sleep well for the next few weeks.

Adding further insult to my past injuries and as of 11th of March, my current portfolio on both FTX accounts is valued at about $177,310 compared to a meagre claim value of $39,810.

I hope that I can see a much more justifiable and higher amount to claim for after seeing reports that there could be excess value to be recovered from the FTX bankruptcy.

Sincerely,

Reza Bin Ali

Hi,

I've been talking to Sunil and he suggested reaching out to you about a victim statement from the impact of the FTX collapse.
Here is what I would like to submit as a matter of record on the impact that FTX has had on me and my family.

*The collapse of FTX has resulted in major impacts on my mental health, my ability to move forward with my life as a significant proportion of my savings were kept on the exchange. I was using the exchange as a savings vehicle so I can hopefully save enough to put a deposit onto my first home. The subsequent collapse has resulted in a loss of stability in my life and halted any form of progress to starting a family. In a period of my life where I should be looking forward to these basic human joys I have now been left spending a significant period of time trying to rebuild.*

*I am sure there are countless stories of other individuals being impacted in this way and hope the courts don't simply look at the financial loss, but consider the great impact of people's emotional well-being and sense of security. We have already suffered from the opportunity cost of not having access to our assets. But to not be made whole on our claims when there is a means to do so just compounds the impact even more.*

*If the courts really want to do right by their people, then please consider doing right by the people with the recovery of our assets. We have suffered enough from the mental stress already, please don't compound that with the financial stress as well.*

Please let me know if you require any further information.

Regards,

Robert.

Dear Department of Justice,

I trust this email finds you well. I am writing to provide my victim statement regarding the FTX situation.

The day following my 33rd birthday, FTX.com declared bankruptcy, significantly impacting my life. At the time, I served as a portfolio manager at a digital-asset hedge fund.

The consequences of this event extend beyond financial loss:
- I lost my job due to the actions of SBF, severely hindering my career prospects. The stigma attached to my decisions to deposit and store assets to trade them on FTX has made securing new employment mostly impossible. Even now, almost 18 months later, I remain unemployed.
- Personally, I incurred a loss of over $500,000 USD on the platform, which has since ballooned to approximately $1.2 million USD. The proposed repayment of $500,000 USD does not reflect the true value of my claim, given the current market rates for cryptocurrencies. I am getting offered a deal to lose an additional $700k from the bankruptcy plan.
- A significant portion of my investment capital was affected, forcing me to reevaluate my financial priorities and cease personal trading and investing activities. I lost a job, a present, and a future of opportunities because of SBF crime. Nobody is paying anything for that, except me.
- The emotional toll has been immense, leading to months of depression and ongoing insecurities about my professional future and personal relationships.

If I were a judge or a member of the grand jury, I would consider several factors:
- The severity of the damage inflicted, despite the absence of physical violence, cannot be overlooked.
- The magnitude of the fraud and its implications for corporate governance demands careful consideration in terms of "signaling". A lenient sentence could set a dangerous precedent for future financial crimes. Imagine defrauding $15b and receiving a 5 years sentence. That's the equivalent of 1 year in jail for a $3b fraud. Many people would consider such a deal.

**FTX.com is not "just an other bankruptcy", <u>FTX is one of the biggest frauds in History</u>. The justice is the first of the social virtues, because it ensures to everyone what belongs to them**. Honestly, how can justice actually work if that very own justice fails to measure what is due to each one?
Justice should be "giving" to each what belongs to them; it is the balance, right? When justice fails to do so, whether due to systemic issues, fraud, or other factors, it undermines the integrity of the legal system and erodes trust.

My family is still suffering from the aftermath of SBF's crime and a $500k USD repayment is not going to ensure a 100% recovery despite the headlines. Who is helping me to pay or recover for a job, for a depression and mental insecurities, for $700k of straight opportunity cost at current prices, for an indirect opportunity for losing my financial capacity to invest in the markets, and for making my future so unsecured?

It sounds like the US system **has forgotten about the fraud we are victims of.** We are treated as normal creditors in a bankruptcy, not as victims of a fraud that led to bankruptcy.

I urge the Department of Justice to carefully review my statement and consider the broader implications of the FTX case.

Thank you for your attention to this matter.

Sincerely,

████████████████

*PS1/ My customer code is* ███████

*PS2/ To make use of this email, please redact my name, email address, and customer code. Thank you.*

Dear Sir/Mdm,

I am writing to provide further context to the profound impact that the actions of FTX and Sam Bankman-Fried have had on me as a victim of financial fraud. Beyond the immediate loss of my funds, it is essential to highlight the egregious nature of the injustice I have endured.

FTX and Sam Bankman-Fried's fraudulent activities not only involved misappropriating customer funds but also arrogantly treating them as their own, demonstrating a blatant disregard for the trust and financial well-being of their clients. This betrayal of trust reached its climax with the collapse of FTX and subsequent Chapter 11 bankruptcy filing. Now, as they attempt to navigate the fallout from their misdeeds, their repayment plan is based on valuations from the petition date, completely disregarding the substantial increase in asset values since then. This manipulation further compounds the injury inflicted upon me and other victims, as it effectively robs us of the full value of our assets while allowing FTX and Sam Bankman-Fried to escape accountability for their actions.

This predatory act can only be likened to robbery of the highest order. It is akin to having one's gold bars stolen in 2022, only for the thief to sell them when the value has surged in 2024, and then being returned a paltry sum based on the outdated valuation from 2022. The magnitude of this injustice cannot be overstated.

The impact of this manipulation extends far beyond the immediate financial loss. The funds that were unlawfully taken from me could have been utilized to provide for my family's needs and secure their future over the course of 2022 until now. It is not merely a matter of lost profits but a deprivation of opportunities to improve the quality of life for myself and my loved ones.

Furthermore, the callous disregard for the well-being of victims displayed by FTX and Sam Bankman-Fried exacerbates the emotional toll of this ordeal. To have one's trust violated in such a flagrant manner by entities entrusted with safeguarding assets is a betrayal that cuts deep and leaves scars that may never fully heal.

In light of these revelations, I urge the DOJ to consider the full extent of the harm inflicted upon me and other victims by FTX and Sam Bankman-Fried's actions. Justice demands accountability and restitution that reflects the true value of the assets unlawfully taken. Anything less would be an affront to the principles of fairness and equity upon which the US legal system is founded.

Please do not hesitate to reach out if you need further information. I'll be more than willing to furnish.

Sincerely,
Shawn Jyun Wei, Lau

Hello my name is Simon Eduardo Ale Inostroza i am from Chile and actually living in France, i am a single Parent of a lovely 5 year old girl, i been working hard all my life to give my daughter a better life, since she was born in 2018 i been saving as much money as i can for her future. Until late 2022 I saved around $30,000 usd dollars which I had on my FTX for investments.
 The same week the FTX collapsed my mother was diagnosed with Cancer, it was a very hard time for me and my family... I had to travel constantly to be with her and support her. Leaving my work behind to prioritize family.

I feel like all this time  I was not able to be there 100% for her since I was stressing so much financially. Raising a kid, taking care of my sick mother while struggling financially due to being scammed is something I don't wish on anyone. I lost almost all my hair and my health physically and mentally it's been in a very bad place...

My mom died 2 months ago, my heart is flooded with sadness and everything is even harder now, now i can only focus on my daughter and wake up everyday and doing everything for her, i just now hope that justice can be served and i can recover part of my hard earn money so i can give me daughter a better life. That's the only thing that matters to me.

They day of the FTX crash i saw an announcement from FTX letting people withdraw their funds if they purchase the $TRX token, so i took my $30,000 USDT and purchased the $TRX token even tho theres was a 500%+ disparity price due to the demand on FTX compared to other Exchanges, i was willing to pay it if i was able to get my money immediately because this was all the money i had... I purchased $30,000 for 79,251.11 $TRX tokens paying a price of $0,35 per token when the market was $0,055.

After this my withdrawal didn't go through and their site got blocked.... now they want to pay me these 79,251.11 $TRX tokens on the price of OTHER exchanges that same date and not FTX... that would be less than $4,500.... The closing price that day was $0,44 per token. I should get even more money but I don't want more, I just want what's fair and get my initial deposit money back that was  $30,000.

All these transactions and price action can be seen in the attached files.

Thanks for your time hope justice can be served

Yours Truly

SIMON EDUARDO ALE INOSTROZA
Customer Code: # █████
Claim Number: # █████
████████
BAYONNE, FRANCE, 6400
████████@gmail.com

Your Honor,

I am writing to you not just as a victim of financial fraud, but as a human being whose life has been profoundly disrupted and whose dreams have been put on hold due to the collapse of FTX and the actions of Samuel Bankman-Fried. This statement is a testament to the emotional and financial turmoil that I, along with countless others, have endured as a consequence of trusting an institution that was supposed to safeguard our futures.

My trust in FTX, led by Sam Bankman-Fried, was not just a casual investment decision; it was a leap of faith in a system that promised stability and growth.

Among my investments was 0.21 BTC, acquired at a significantly higher price than what was valued at the petition date. This was not merely a financial transaction but a critical component of my life plan, earmarked for a milestone as significant as my marriage.

The collapse of FTX and the subsequent revelations of mismanagement and alleged criminal activities have not only resulted in a substantial financial loss but also inflicted deep psychological scars. The notion presented by the Department of Justice that victims like myself could be considered "made whole" by a restitution based on the value of assets at the petition date is painfully inadequate. It fails to acknowledge the true extent of our losses, not just in monetary terms, but in what those funds represented for our futures.

The investment in 0.21 BTC was more than a number; it was a symbol of hope and a means to build a life with my partner. The delay in our marriage, caused by the financial instability that followed the collapse of FTX, is a stark reminder of how far-reaching the consequences of this ordeal are. It's a delay in not just planning and celebration but in starting a new chapter in life that we had eagerly anticipated.

Your Honor, as you consider the appropriate sentence for Sam Bankman-Fried, I implore you to weigh not only the financial discrepancies but the human cost of his actions. We, the victims, are not abstract entities represented by figures in a bankruptcy filing; we are individuals whose lives have been irrevocably altered. The restitution process must reflect not only the financial value of what was lost but the emotional and life-altering impact that these losses have caused.

I urge the court to implement a restitution plan that truly compensates the victims for the full scope of their losses, taking into account the increased value of assets like Bitcoin and the profound personal impacts. Only through such a comprehensive approach can justice begin to be served for those of us who have suffered at the hands of Sam Bankman-Fried's actions.

Sincerely,

FTX ACCOUNT HOLDER █████
Suhayb Kharabsheh

Victim Impact Statement

Case Number: 22 Cr. 673

Court: Southern District of New York by Federal District Court Judge Lewis Kaplan

Date: March 13, 2024

Victim: Taner Solak

Crime: FTX Bankruptcy

Your Honor,

I am writing this Victim Impact Statement to express the profound impact that the FTX bankruptcy has had on my life. As a customer of FTX, I placed my trust in this financial institution to safeguard my hard-earned money and to provide reliable services. However, the events leading to and following the bankruptcy have left me devastated and struggling to recover.

When news of FTX's financial troubles first emerged, I was filled with disbelief and fear. I had invested a significant portion of my savings with FTX, relying on their promises of secure investments and responsible management. The sudden collapse of the company has shattered my sense of financial security and stability.

The financial losses I have incurred are substantial. Not only have I lost the funds I entrusted to FTX, but I am now faced with the daunting task of rebuilding my financial future from scratch. The impact of this loss extends beyond the numbers in my bank account; it has caused immense stress, anxiety, and uncertainty about how I will provide for myself and my family.

Furthermore, the emotional toll of this ordeal has been overwhelming. The betrayal of trust by FTX's management and the realization that my financial well-being was put at risk by their actions has left me feeling violated and powerless. Sleepless nights, constant worry, and the sense of injustice weigh heavily on my mind every day.The aftermath of the FTX bankruptcy has not only affected me financially and emotionally but has also strained my relationships. The stress and anxiety have made it difficult for me to be fully present with my loved ones. I find myself consumed by thoughts of what could have been done differently and how I can recover from this devastating loss.

Your Honor, I implore the court to consider the full extent of the harm caused by the FTX bankruptcy. It is not just about the financial losses but also the shattered trust, emotional distress, and upheaval it has brought into my life. I hope that those responsible for this situation are held accountable for their actions and that measures are taken to prevent such injustices from happening to others.

Additionally, I want to address the false information spread by Sam Bankman-Fried, claiming that debtors are being made whole with the "100% petition date." This statement is misleading and fails to acknowledge that being made whole is not equivalent to the value of the stolen property at the time of the petition. The stolen property, now worth much more, should rightfully be returned in its current value to truly make the victims whole.

In conclusion, I ask for the court's understanding and support as I navigate the difficult road ahead. I hope for justice to be served, not just for myself but for all the victims who have been impacted by the FTX bankruptcy.

Thank you for allowing me to share my thoughts with the court.

Sincerely,

Taner Solak

██████████████████████████████████████████

Izmir, Aliaga, 35800

████████ @gmail.com

+90 ██████████

Dear Sir/Ma'am,

I'm a victim of the crimes committed by SBF, which has cost me significant lost in my hard earned money that was meant for my retirement purposes.

Total claimable amount from FTX that rightfully belongs to me in my FTX account are as follows :

| Asset | Qty |
|-------|-----|
| BNB | 120.07 |
| HNT | 121.0673 |
| REN | 2894.4210 |
| BUSD | 2750.719 |
| USD | 9.18 |

While these assets were already worth about USD 49K in late November 2022, but in today's value they are worth more at about USD 68.8K. If these assets would continue to be in my custody, I foresee it will be worth more than 100K in the coming years.

It may seem like little money to most people, but it has a huge impact to my emotional, financial and psychological state.

In my opinion, SBF has given a bad name to the blockchain world. My misplaced of trust in SBF and FTX has caused me much shame, and ridicule by my family members.  SBF has to return all assets that rightfully belongs to me and be critically sentenced to prevent future repeat of the same ordeal on new victims.

Devastated victim,
Tania

To Whom It May Concern,

I am writing this distressed email and victim impact statement to express the profound distress and financial hardship I have endured as a result of the actions of Sam Bankman-Fried (SBF) and the subsequent fallout of the FTX collapse. As an investor and victim in this case, I have been closely following the legal proceedings and the proposed plans by the FTX debtors to address the claims of individuals like myself who have suffered significant losses.

I understand that the current proposal on the table considers repaying victims based on the "100% petition date" value of their investments. While this approach may seem equitable at first glance, it fails to account for the true extent of the harm inflicted upon investors due to the appreciating value of the stolen property. In my case, the value of my claim as of the petition date was **$25,656.36.** However, as of today, 12 March 2024, the true value of my stolen assets has escalated to **$69,817.00**. This stark disparity highlights the inadequacy of the proposed repayment plan and underscores the need for a reassessment that accurately reflects the current worth of the assets in question. To a humble, hardworking individual that had invested a significant amount of my painstakingly earned money, **this loss of over $44,000** is very hard to bear.

It is important to emphasize that the actions leading to this financial debacle were not merely the result of market fluctuations or unforeseen circumstances but were a direct consequence of fraudulent and deceptive practices. The proposed "value destructive plan" not only undermines the gravity of the misconduct but also further victimizes those of us who have already endured substantial financial and emotional turmoil.

The restitution of stolen assets should not be based on their historical value at the time of the theft but should reflect their current and true value. Anything less than this not only fails to make the victims whole but also sets a concerning precedent for future cases of financial fraud. It is imperative that the Department of Justice and the involved legal entities consider the full scope of the impact on victims and ensure that any restitution plan adequately compensates for the current value of the stolen assets.

I urge you to reconsider the proposed repayment plan and to adopt a more equitable approach that truly reflects the losses experienced by the victims of this egregious breach of trust and financial malfeasance.

Thank you so much and I look forward to justice being delivered through all of you

Most sincerely,

Taru Jain

========

Dear Moskowitz representatives,

I am writing to you as a victim of the FTX fraud. I would like to share my statement with you so you can represent better represent me and countless others.

In the beginning of November 2022 I held exactly 1 BTC in my FTX account. When I tried to withdraw it, however, I could not. I realized something was going wrong, and from Twitter I found out that the exchange is insolvent - unable to pay out all of its customers due to a lack of funds.

Then a strange thing happened. Justin Sun, the founder of Tron cryptocurrency (TRX), made a statement that he reached a deal with FTX to help people withdraw their crypto if that crypto was TRX. It might have sounded like a scam, but the FTX official website started displaying at the top of the page a sentence that went something along these lines: 'Only TRX and other Justin Sun affiliated cryptocurrency holders are able to withdraw their funds'.

This caused the price of TRX in FTX to spike. Naturally, I converted my whole BTC to TRX, but to no avail - the withdrawal of TRX was still stuck at pending. Later I also realized, that for some reason not all of my BTC was converted to TRX, some of it stayed in USD.

All I felt was that I was double scammed. And now with the way the FTX bankruptcy process is being handled, I can't help but feel that I am being triple scammed.

I would like to thank you and Sunil for going extra lengths to help make us, customers of FTX, whole.

Kind regards,
Teodoras Grigaliunas

Honorable Judge,

I am writing this statement to express the devastating impact that the collapse of FTX has had on my life, both financially and emotionally.

I had worked for more than a decade to accumulate my cryptocurrency holdings, which were intended to provide a safety net for a "black day." However, with the collapse of FTX, my funds were locked, and I was left in a stressful and uncertain situation. The loss of my life savings has been devastating, and it has left me feeling anxious and uncertain about my financial future.

The current FTX manager has demonstrated a lack of experience and knowledge in the crypto industry, and their proposed solution to compensate me for my losses is inadequate. The value of my two bitcoins now is around $140,000, but their proposed compensation of $32,000 per coin is a mere fraction of that amount. As the cryptocurrency prices continue to rise, it appears that the manager is more interested in paying themselves unjustified fees than in helping me recover my assets as property. In the end my 2 bitcoins is a property, it's not $140000 or $32000, it's 2 bitcoins.

This experience has also shaken my faith in the US legal system. It is disheartening to see that the very system that is supposed to protect me and ensure justice is not able to effectively address the issues at hand.

In conclusion, the collapse of FTX and the subsequent handling of the situation have had a profound and lasting impact on my life. I have suffered significant financial losses and emotional distress, and my trust in the legal system has been eroded. I hope that this statement will help the court understand the extent of the harm that has been done and that justice will be served.


Valeriy Mukhtarulin
Customer code ███████

To Whom It May Concern,

I am writing this victim impact statement to express the profound distress and financial hardship I have endured as a result of the actions of Sam Bankman-Fried (SBF) and the subsequent fallout of the FTX collapse. As an investor and victim in this case, I have been closely following the legal proceedings and the proposed plans by the FTX debtors to address the claims of individuals like myself who have suffered significant losses.

I understand that the current proposal on the table considers repaying victims based on the "100% petition date" value of their investments. While this approach may seem equitable at first glance, it fails to account for the true extent of the harm inflicted upon investors due to the appreciating value of the stolen property. In my case, the value of my claim as of the petition date was $85,012.66. However, as of today, 11 March 2024, the true value of my stolen assets has escalated to $355,063. This stark disparity highlights the inadequacy of the proposed repayment plan and underscores the need for a reassessment that accurately reflects the current worth of the assets in question.

It is important to emphasize that the actions leading to this financial debacle were not merely the result of market fluctuations or unforeseen circumstances but were a direct consequence of fraudulent and deceptive practices. The proposed "value destructive plan" not only undermines the gravity of the misconduct but also further victimizes those of us who have already endured substantial financial and emotional turmoil.

The restitution of stolen assets should not be based on their historical value at the time of the theft but should reflect their current and true value. Anything less than this not only fails to make the victims whole but also sets a concerning precedent for future cases of financial fraud. It is imperative that the Department of Justice and the involved legal entities consider the full scope of the impact on victims and ensure that any restitution plan adequately compensates for the current value of the stolen assets.

I urge you to reconsider the proposed repayment plan and to adopt a more equitable approach that truly reflects the losses experienced by the victims of this egregious breach of trust and financial malfeasance.

--
Sincerely,

Xavier ROLLIN - ███████@gmail.com
Mobile FR : (+33) ███████

March 10, 2024

The Honorable Judge Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. New York,
NY 10007-1312

FTX Collapse — Victim Impact Statement

Dear Judge Kaplan:

I have my funds stuck on my account in FTX. The FTX was widely advertised as one of the safest and fast-growing crypto exchanges of the world. In fact it appears that Sam Bankman-Fried without permission of customers, used customer money for his own purposes. The most outraging was the scale of this fraud – he pick-pocket from clients, from people who trusted him, billions of dollars, in order to be just a richest young man in the world. This absolute absence of morality should have a punishment.

I have recently heard that lawyers of Sam Bankman-Fried say there was no harm caused to clients.

This is a lie. I experienced psychological issues when the fraud revealed in Nov 22, couldn't sleep and was on the verge of heart attack. The funds which are in the FTX platform represented a good part of my retire money, years of savings.

And what is happening now – the estate is going to return my BTC at Nov 22 prices, which is only a fraction (1/4) of current price. Isn't it a harm?  It's like to hijack a car, crash it, return remnants and state that the car is returned, there is no harm.

I signed contact with lawyers at The Moskowitz Law Firm in Feb 2023 to represent me on the case, and I hope they will bring the case to the fair resolution.

Thank you for reading my letter, hope your decision be fair.

Yauhen Fiadzenia,

Please redact the address information if it is public

███████████████

███████████████████

I got wrecked by buying a shitcoin($BOBA), which I highly suspect SBF(who clearly has connections in Stanford) is in cahoot with the team of BOBA token (CEO of enya labs who launched BOBA tokens are from stanford university, and many of the team's members are from Stanford) to pump and dump on the token which goes to $7.49 dollar to less than $0.12. The token is now trading around $0.5~$0.6. This amount of fall is clearly manipulated,in hindsight this is obviously price manipulation to extract money from retail.

I lost $50k usd from their shenanigans.

This money was supposed to be used for my further education. Now I have to start from the bottom again and I feel strongly that I should be compensated for the fraud and manipulation they pulled on retail users like me.

I hope Justice prevails and laws should be used to uphold the integrity, stability and trust of society.Some white collar crimes are obvious, others are very good at hiding their maneuvers,lie with no conscience and covered their tracks carefully not to be caught, both types of criminals should belong in jail and kept away from the public or common people in general.

Your Honor,

I present this written statement to the court as my victim impact statement, to articulate the significant losses and personal hardship I have endured as a former customer of FTX.com (hereinafter "FTX", currently under Chapter 11 bankruptcy, Case No. 22-11068) and a victim of its collapse.

Before the collapse of FTX, I had invested an amount equivalent to half of my yearly salary income, nearing $13,000, on the platform. This sum represented not only years of my hard work and savings but also a crucial component of my financial security. When FTX halted any form of withdrawal, the distress was immense, leaving me in a state of helplessness and panic as all my assets were inaccessible on FTX. Subsequently, with FTX's bankruptcy declaration, I lost liquidity in these assets, and my personal financial situation suffered an unprecedented blow. The funds, which were earmarked for family expenses, emergencies, and future investments, were suddenly and unjustly put out of my reach.

This is not just a matter of numerical loss; it is a breach of my trust, a sense of security, and my plans for the future. I have to tighten my living expenses and cancel non-essential plans to avoid potential financial crises.

I understand and accept the inherent volatility risks of the cryptocurrency market, but in the FTX Terms of Service ("ToS")[1], Section 8.2.6, explicitly assured that all digital assets held in my account are the property of the user, quoted as follows:

*"Title to your Digital Assets shall at all times remain with you and shall not transfer to FTX Trading."*

*"None of the Digital Assets in your Account are the property of, or shall or may be loaned to, FTX Trading; FTX Trading does not represent or treat Digital Assets in User's Accounts as belonging to FTX Trading."*

The assurances in the ToS and FTX's market position as one of the top 3 cryptocurrency exchanges around the world led me to believe my assets were secure, which was why I store my assets with FTX. I never imagined they would blatantly violate their ToS and unauthorizedly divert users' assets for investments, a gross betrayal of my trust. FTX and SBF's actions broke the law and violated basic moral and commercial ethics.

According to the bankruptcy proceedings, my loss will be calculated based on the value on the day of the bankruptcy. This means that even though the value of the FTX estate has now recovered, I am unable to receive any compensation exceeding the value of November 11, 2022. However, even without considering any interest, given the current market value, my assets, now valued at over $21,000, reflect a loss of **over 40%**. This is not just a near-halving in value but also a colossal waste of my time and opportunity cost, and it is expected to persist for years.

As the court considers the sentencing of Mr. Samuel Bankman-Fried, I implore that consideration is given to the fact that the losses we victims have experienced are not merely financial but encompass life and emotional distress. Our trust has been violated, our lives have been affected long-term, and our mental state has suffered. I hope my statement provides a valuable personal perspective for Your Honor when adjudicating.

I sincerely appreciate your time and consideration of my personal circumstances in this matter.

Respectfully,
Yuyang Tian

March 9, 2024

[1] Note: As the FTX website is no longer accessible, the full text of the ToS can be referred to in the Internet Archive: https://web.archive.org/web/20221108192005/https://help.ftx.com/hc/article_attachments/9719619779348/FTX_Terms_of_Service.pdf