UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

SAMUEL BANKMAN-FRIED,

        Defendant.
------------------------------------------------------------x

S5 22-cr-0673 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The defendant and government each cite to a hearing transcript in *In re FTX Trading Ltd. et al.*, 22-bk-11068 (JTD) (Bankr. D. Del. Jan. 31, 2024) (ECF No. 6908). The parties shall provide an electronic copy of the transcript to the Court.

        SO ORDERED.

Dated:    March 19, 2024

                                          Lewis A. Kaplan
                                       United States District Judge