# EXHIBIT B

# Exhibit A



**small group chat**

10:32 AM

Thu, Nov 10

To keep this group informed, SullCrom and Fenwick are coordinating on contingency planning based on what they know, for FTX.com. They are very much open to discussing with Sam and  and team what you're working on and achieving the best possible outcome.

 and myself will continue to make sure the contingency preparation is done appropriately.

 called me with all sorts of ideas, and I would encourage folks not to talk with him. He resigned several days ago from all his roles.

There is a natural path where the work  and I are preparing for and what Sam is working on (which I understand to be attempts to support customer assets) align. In parallel the US and global regulatory pressure is increasingly intense.

Encourage Sam and his counsel to volunteer to join a call with the SullCrom and Fenwick teams, when practical, to discuss appropriate alignment.                    11:36 AM

Witness-1

# Witness-1    

> idk what yours is; I guess as I see it, it's:
>
> #1 safeguard existing assets
> #2 making sure that Alameda is permanently disabled and disallowed from using FTX
> #3 trying to build value for the platform because that might help at least make customers more whole; by (a) radically increasing transparency, (b) improving the product, (c) re-starting, and (d) searching for financing

> obviously it's more up to what the liquidators think/want than what I do! But very interested in your thoughts.
>
> 7:26 PM

> This will be a wind down. And a goal of identifying assets to sell. The code base might very well be one – but it's worthless without 100% commitment of Nishad and Gary and you to working with the global bankruptcy advisors. Everyone is employees now. The court and John Ray decide how to best generate value from current assets. John would love to hear your thoughts and talk to you / consult with you.
>
> 7:28 PM

> I would love to talk to him!

> he hasn't reached out yet -- tell him I'm totally happy to; he can talk to me here, email, phone, etc.
>
> 7:30 PM

# Exhibit B

| | |
|---|---|
| **From:** | Sam Bankman-Fried |
| **Sent:** | Mon 12/12/2022 11:43:47 AM (UTC) |
| **Cc:** | John Ray, David Mills |
| **Subject:** | Re: Connecting John Ray and Sam Bankman Fried |

Hi Mr. Ray,

I have potentially pertinent information concerning future opportunities and financing for FTX and its creditors. I also believe that I have relevant financial information about FTX US, and further that I have potentially relevant regulatory information concerning FTX. I would love to talk to you, whether it's via email or phone, and to work constructively with you and the Chapter 11 team to do what's best for customers.

As always, I'm at ▉▉▉, and +▉▉▉.

Sam

On Mon, Dec 5, 2022 at 5:12 PM Sam Bankman-Fried ▉▉▉ wrote:

> Mr. Ray,
> I would still love to talk. As [Witness-1] said, I think there's meaningful value if I can be a resource for you. I'm at ▉▉▉, or this email address. You can also reach out to David Mills, my attorney, cc'ed, if you'd like, to coordinate.
>
> Sam
>
> On Tue, Nov 15, 2022 at 12:50 AM Sam Bankman-Fried ▉▉▉ wrote:
>
>> Hey!
>>
>> I appreciate that, but I'd actually love to talk to you John, and don't need my counsel to talk first--I'm ready/prepared to talk, and think it would be very constructive and helpful for coordination between offices and entities for us to have a productive communicative relationship--or at least to explore having one.
>>
>> ---
>>
>> Sam Bankman-Fried
>> .
>>
>>> On November 13, 2022 at 11:12 PM EST [Witness-1]@ftx.us wrote:
>>>
>>> Hi all   I am copying Paul Weiss, Sam's counsel
>>> I understand SullCrom will reach out to Sam's counsel to discuss next steps.
>>>
>>> Best,
>>> [Witness-1]

On Nov 13, 2022, at 10:47 PM, Sam Bankman-Fried <███████> wrote:

Hey John,

I'd be super happy to chat -- here, phone, etc.!

Sam

—

Sam Bankman-Fried

> On November 13, 2022 at 10:34 PM EST [Witness-1]@ftx.us wrote:
>
> John,
> Sam's personal email is cc'd. He is eager to speak with you.
>
> His cell phone is [███████] or you can email him here.
>
> Sam also copying some of the other advisors. I think meaningful upside for preserving value for the companies if you can be a resource for this group (and others). Thanks again.
>
> Best,
> Witness-1
>
> --
>
> Witness-1
>
> General Counsel
> FTX US
> [Witness-1]@ftx.us
> [███████]
>
>
> Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--
Sam Bankman-Fried


--
Sam Bankman-Fried

# Exhibit C





SDNY_03_00565459

**From:** Sam Bankman-Fried <███████████████>
**Date:** Sunday, Jan 15, 2023 at 6:51 AM
**To:** Dietderich, Andrew G. <███████@sullcrom.com>
**Subject:** [EXTERNAL] Reconnecting (from SBF)

Hey Andy--

I'm really sorry that things seem to have ended up on the wrong foot in our interactions.

I'd love to have a call to chat, and try to find a way to work constructively together--or at least give it a good faith effort.

Sam

--
Sam Bankman-Fried

**This is an external message from: ███████████████ **

1