

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2024

**BY ECF**
The Honorable Lewis A. Kaplan.
United States District Court Judge
Southern District of New York
United States District Court
500 Pearl Street, Room 2240
New York, New York 10007

    Re:   *United States v. Samuel Bankman-Fried,* 22 Cr. 673 (LAK)

Dear Judge Kaplan,

    Accompanying this letter, the Government has attached additional victim impact statements that the Government received today from counsel who represent plaintiffs in the multi-district litigation *In re FTX Cryptocurrency Exchange Collapse Litigation*, 23 MDL 3076 (S.D. Fla.). These victim impact statements contain limited redactions pertaining to personal identifying information.

                                   Very truly yours,

                                   DAMIAN WILLIAMS
                                   United States Attorney

                    By:    /s/*Thane Rehn*
                          Nicholas Roos
                          Danielle R. Sassoon
                          Samuel Raymond
                          Thane Rehn
                          Danielle Kudla
                          Assistant United States Attorneys
                          (212) 637-2354