UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Case No. S1 22-cr-673 (LAK)<br>)<br>SAMUEL BANKMAN-FRIED, )<br>)<br>Defendant. )<br>) | |

**[PROPOSED] ORDER**

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendant Samuel Bankman-Fried remain confined at the Metropolitan Detention Center in Brooklyn, New York, until his appeal has been fully briefed to facilitate access to appellate counsel.  A copy of this Order shall be forwarded to the Bureau of Prisons.

SO ORDERED

_____        _____
HONORABLE LEWIS A. KAPLAN             DATE
UNITED STATES DISTRICT JUDGE