Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

**United States**

v.

**Samuel Bankman-Fried**

Docket No. **1:22-cr-00673-LAK**

**Lewis A. Kaplan**
(District Court Judge)

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/11/2024

Notice is hereby given that **Samuel Bankman-Fried** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓ , other ☐ _____
(specify)

entered in this action on **April 1, 2024**
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐   trial ✓   N/A ☐

Offense occurred after November 1, 1987?   Yes ✓   No ☐   N/A ☐

Date of sentence: **March 28, 2024**   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓   No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Alexandra A.E. Shapiro |
| Counsel's Address: | Shapiro Arato Bach LLP |
| | 1140 Avenue of the Americas, 17th Floor, New York, NY 10036 |
| Counsel's Phone: | (212) 257-4881 |
| Assistant U.S. Attorney: | Nicolas Roos |
| AUSA's Address: | United States Attorney's Office, SDNY |
| | One Saint Andrew's Plaza, New York, New York 10007 |
| AUSA's Phone: | (212) 637-2421 |

_____
Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Apr 11, 2024 1:41PM

ALEXANDRA A.E. SHAPIRO

| Rcpt. No: 28286 | | Trans. Date: Apr 11, 2024 1:41PM | | | Cashier ID: #SS |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 22CR00673 LAK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.