```
                                                   ┌─────────────────────────────┐
                                                   │ USDC SDNY                   │
          UNITED STATES DISTRICT COURT             │ DOCUMENT                    │
          SOUTHERN DISTRICT OF NEW YORK            │ ELECTRONICALLY FILED        │
                                                   │ DOC #: _____ │
                                                   │ DATE FILED: 5/22/24         │
                                                   └─────────────────────────────┘
```

UNITED STATES OF AMERICA                  )
                                          )
          v.                              )
                                          )       Case No. S1 22-cr-673 (LAK)
                                          )
SAMUEL BANKMAN-FRIED,                      )
                                          )
                     Defendant.           )
                                          )

## [PROPOSED] ORDER

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to

the Bureau of Prisons that defendant Samuel Bankman-Fried remain confined at the Metropolitan

Detention Center in Brooklyn, New York, until his appeal has been fully briefed to facilitate access

to appellate counsel.  A copy of this Order shall be forwarded to the Bureau of Prisons.


SO ORDERED

_____          nunc pro tunc to 4/9/24
HONORABLE LEWIS A. KAPLAN                 _____
UNITED STATES DISTRICT JUDGE              DATE   5/22/24