

**BLANKROME**

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Direct Dial:   (212) 885-5327
Facsimile:   (212) 885-5001
Email:   Rick.Antonoff@blankrome.com

MEMO ENDORSED June 14, 2024

**Via Hand Delivery**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   United States of America v. Samuel Bankman-Fried a/k/a "SBF",
Case No. 22-cr-673

Judge Kaplan:

Blank Rome LLP represents Fulcrum Distressed Partners Limited ("Fulcrum") which is not yet a party in the above criminal proceeding but has an interest in two petitions that were filed by the Joint Liquidators of Emergent Fidelity Technologies Ltd. (Doc. #477) and by Emergent Fidelity Technologies Ltd. (Doc. #446).

We would like to file a joinder to the petitions and are advised by your clerk that to do so we need to send you a letter requesting an endorsed order directing the clerk of the Court to add Fulcrum as an interested party for this case and permitting us to file the joinder. A copy of the joinder we propose to file is enclosed and briefly sets forth Fulcrum's interest in the case and the petitions.

We respectfully submit this letter as our request to add Fulcrum as an interested party in this case and permit us to file a joinder on behalf of Fulcrum.

Thank you.

Very truly yours,

*Rick Antonoff*

Rick Antonoff
Senior Counsel

Enclosure
cc:   All Counsel of Record (Via E-Mail)

SO ORDERED

LEWIS A. KAPLAN, USDJ
6/17/24

155277.01020/135878673v.1