```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-
                                                    22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Before the Court are four third-party petitions (Dkts 446, 447, 450, 454) for proceedings to adjudicate petitioners' claims to property subject to the Court's March 2024 preliminary order of forfeiture / money judgment (Dkt 423). The government shall respond by July 2, 2024.

        SO ORDERED.

Dated:      June 18, 2024

                                                                        Lewis A. Kaplan
                                                              United States District Judge