

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 3, 2024

**By ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Samuel Bankman-Fried,* **S6 22 Cr. 673 (LAK)**

Dear Judge Kaplan:

    In its June 26, 2024 letter to the Court, Dkt. No. 457, the Government stated that the applicable deadline for entities that did not receive direct notice of the Preliminary Order of Forfeiture to file third-party petitions was July 8, 2024. The Government has spoken with counsel for a number of such third-parties who are considering whether to file such petitions, who have requested additional time to file a petition. The Government therefore respectfully requests that the Court order that the applicable deadline for third-party petitions be extended to July 26, 2024, so third-parties will have sufficient time to decide whether to file a third-party petition and to allow additional discussions with the Government.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s Samuel Raymond
    Samuel Raymond
    Assistant United States Attorney
    (212) 637-6519