

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/29/24
```

# MEMO ENDORSED

August 28, 2024

**By ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Samuel Bankman-Fried,* S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

    The Government writes to respectfully request that the Court extend the deadline for its response to third-party ancillary petitions from the currently scheduled date of August 30, 2024 to November 1, 2024. The Government has been in discussions with the relevant parties in interest. This extension will allow the parties more time to discuss and potentially facilitate a resolution of the pending petitions instead of litigation. The Government has communicated with counsel for Emergent Fidelity Technologies Ltd. (who filed their petition at Dkt. Nos. 446, 447), FTX Trading Ltd. (Dkt. No. 450), and the MDL Plaintiff class (Dkt. No. 454), all of whom consent to the extension of this deadline.

                                        Respectfully,

                                        DAMIAN WILLIAMS
                                        United States Attorney

Granted.

                            By:  /s Samuel Raymond
                                  Danielle R. Sassoon
         8/29/24                 Nicolas Roos
                                   Danielle Kudla
                                   Samuel Raymond
                                   Thane Rehn
                                   Assistant United States Attorneys
                                   (212) 637-6519

SO ORDERED
*/s/ Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ