IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America<br><br>v.<br><br>Samuel Bankman-Fried a/k/a "SBF",<br><br>Defendant. | C.A. No. 1:22-cr-673 (LAK) |

NOTICE OF WITHDRAWAL OF ANCILLARY PETITION FOR HEARING TO
ADJUDICATE VALIDITY OF LEGAL INTEREST AND RIGHT
TO FORFEITED PROPERTY

Claimants Alexander Chernyavsky, Kyle Rupprecht, Mike Livieratos, and Sunil Kavuri ("Individual Claimants"), both as named Plaintiffs[1] and on behalf of the MDL Class, by and through MDL Co-Lead Counsel in *In Re: FTX Cryptocurrency Exchange Collapse Litigation* (MDL No. 3076) pending before the Honorable K. Michael Moore in the Southern District of Florida, hereby give notice of withdrawal, with prejudice, of their Ancillary Petition for Hearing to Adjudicate Validity of Legal Interest and Right to Forfeited Property under 21 U.S.C. § 853(n), dated June 14, 2024 (ECF No. 454).

---

[1] Sunil Kavuri has since withdrawn as a putative class representative from the FTX MDL.

| | |
|---|---|
| Date: November 19, 2024 | Respectfully submitted, |
| **By:** */s/ Adam Moskowitz* | **By:** */s/ David Boies* |

<table>
<tr><td>

Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
service@moskowitz-law.com
*Co-Lead MDL Counsel*

</td><td>

David Boies
Alexander Boies
Brooke A. Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com
*Co-Lead MDL Counsel*

</td></tr>
</table>