UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America <br><br> v. <br><br> Samuel Bankman-Fried <br><br>            Defendant. | Case No. 1:22-cr-00673-LAK |

**NOTICE OF WITHDRAWAL OF THIRD-PARTY MOVANTS FTX DEBTORS' AND FTX DIGITAL MARKETS' VERIFIED PETITION FOR ANCILLARY PROCEEDINGS PURSUANT TO 21 U.S.C. § 853(n)**

As the Government noted in its January 31, 2025 letter (ECF No. 550), the FTX Recovery Trust[1] and FTX Digital Markets Ltd. ("FTX Digital Markets") have engaged in extensive and productive discussions with the Department of Justice regarding a plan to resolve the pending petition without need for litigation. The FTX Recovery Trust and FTX Digital Markets are pleased to have reached agreement with the Government regarding a framework that provides for remission of all forfeited assets to the FTX Recovery Trust for distribution consistent with the FTX Recovery Trust's Court-approved Plan of Reorganization. In order to facilitate the entry of final orders of forfeiture so as to expedite that process, the FTX Recovery Trust and FTX Digital Markets hereby give notice of withdrawal, with prejudice, of their Verified Petition for Ancillary Proceedings Pursuant to 21 U.S.C. § 853(n), dated June 14, 2024 (ECF No. 450).

---

[1] On October 8, 2024, the United States Bankruptcy Court for the District of Delaware entered an order confirming the *Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates* (the "Plan"). On January 3, 2025, the Effective Date (as defined in the Plan) occurred, and all rights and assets of FTX Trading Ltd. and its affiliated debtors and debtors-in possession were transferred to and vested in the FTX Recovery Trust.

1

Dated:   New York, New York
           February 14, 2025

Respectfully submitted,

/s/ Jacob M. Croke
Stephanie G. Wheeler
Brian D. Glueckstein
Jacob M. Croke
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
*Counsel for Third-Party Petitioner*
*FTX Recovery Trust, as holder of the interests of*
*FTX Trading Ltd. and its affiliated debtors and*
*debtors-in-possession*

/s/ Michael Kendall
Michael Kendall
WHITE & CASE LLP
75 State Street
Boston, MA 02109
(617) 979-9300
*Counsel for Third-Party Petitioner*
*FTX Digital Markets*

2