

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2025

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Samuel Bankman-Fried*
               S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the defendant, Samuel Bankman-Fried, in certain property (the "Forfeitable Property") was ordered forfeited pursuant to a Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 423) and there are no outstanding third-party claims.

      Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Forfeitable Property according to law.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney
      Southern District of New York

By: _____
      Thane Rehn
      Assistant United States Attorney
      Tel. (212) 637-2354

*Enclosure*