# Exhibit B

**This document was electronically submitted to Santa Clara County for recording**

**25424972**

**Regina Alcomendras**
Santa Clara County - Clerk-Recorder
01/11/2023 10:54 AM

Titles: 1 Pages: 2
Fees: $105.00
Tax: $0.00
Total: $105.00

ATTORNEY OF RECORD

**RECORDING REQUESTED BY**

**AND WHEN RECORDED MAIL TO:**
Mark B. Busby, Clerk of the US District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor ,San Francisco, CA 94102

THIS SPACE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS SECURING A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT

THIS DEED OF TRUST, made this 4th day of January , 2023 between Alan J. Bankman and Barbara H. Fried herein called TRUSTOR, whose address is: 743 Cooksey Lane, Stanford, CA 94305 and Mark B. Busby, Clerk of Court, United States District Court for the Northern District of California, herein called both TRUSTEE and BENEFICIARY.

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Santa Clara County, California, described as: ***(ATTACH PROPERTY DESCRIPTION ON SEPARATE PAGE)*** TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the purpose of securing performance of each agreement of Trustor incorporated by reference or contained herein under the bond(s) posted on behalf of defendant(s) Samuel Bankman - Fried in Case No. CR 673 (LAK) which includes an obligation by said Trustor's surety (ies) in the amount of $ 3,550,000.00 secured by 743 Cooksey Lane, Stanford, CA 94305

**TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES:** By the execution and delivery of this Deed of Trust and the note or the Personal Surety Bond secured hereby, that provisions (1) to (14), inclusive, (which provisions, identical in all counties, are printed on the reverse hereof) of the fictitious deed of trust recorded in the book and at the page of Official Records in the office of the County Recorder of the County where said property is located, noted below with the County name, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | RE5477 | IM 148 | Kings | 1122 | 516 | Placer | 1996 | 591 | Sierra | 78 | 652 |
| Alpine | 30 | 374-376 | Lake | 942 | 153 | Plumas | 291 | 119 | Siskiyou | 824 | 414 |
| Amador | 333 | 343 | Lassen | 334 | 458 | Riverside | 1978 | 140181 | Solano | 1978 | 55321 |
| Butte | 2301 | 464 | Los Angeles | 78-738583 | — | Sacramento | 78-07-07 | 1144 | Sonoma | 3421 | 802 |
| Calaveras | 475 | 244 | Madera | 1406 | 233 | San Benito | 432 | 18 | Stanislaus | 3074 | 385 |
| Colusa | 461 | 325 | Marin | 3400 | 76 | San Bernardino | 9469 | 1383 | Sutter | 929 | 678 |
| Contra Costa | 8914 | 326 | Mariposa | 185 | 364 | San Diego | 1978 | 78-285214 | Tehama | 755 | 108 |
| Del Norte | 219 | 441 | Mendocino | 1157 | 523 | San Francisco | C601 | 709 | Trinity | 192 | 632 |
| El Dorado | 1649 | 92 | Merced | 2130 | 629 | San Joaquin | 4420 | 184 | Tulare | 3549 | 778 |
| Fresno | 7069 | 711 | Modoc | 255 | 590 | San Luis Obispo | 2084 | 280 | Tuolumne | 539 | 129 |
| Glenn | 631 | 343 | Mono | 246 | 573 | San Mateo | 7759 | 2337 | Ventura | 5158 | 219 |
| Humboldt | 1500 | 553 | Monterey | 1257 | 744 | Santa Barbara | 78-30910 | — | Yolo | 1316 | 148 |
| Imperial | 1418 | 1241 | Napa | 1088 | 368 | Santa Clara | 0797 | 194 | Yuba | 671 | 393 |
| Inyo | 232 | 93 | Nevada | 963 | 297 | Santa Cruz | 2933 | 275 | | | |
| Kern | 5123 | 521 | Orange | 12749 | 728 | Shasta | 1536 | 350 | | | |

are hereby adopted and incorporated herein and made a part hereof as though fully set forth herein at length; that Trustor will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in the Deed of Trust. Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT.

STATE OF CALIFORNIA
COUNTY OF Santa Clara } ss

SIGNATURE OF TRUSTOR
Sign: [signature]
Print Name: Barbara H. Fried
Sign: [signature]
Print Name: Alan Joseph Bankman

On January 4 , 2023 before me, R. Cardinale, JR. , Notary Public, personally appeared Barbara H. Fried and Allan Joseph Bankman who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

**WITNESS my hand and official seal.**

[signature]
SIGNATURE OF NOTARY PUBLIC

[SEAL]

R. CARDINALE JR.
Notary Public - California
Santa Clara County
Commission # 2334251
My Comm. Expires Sep 24, 2024

Form CAND GO-55-B (rev. 12/2021)

**LEGAL DESCRIPTION**

Real property in the unincorporated area of the County of Santa Clara, State of California, described as follows:

STARTING AT A POINT ON THE NORTHERLY LINE OF CABRILLO AVENUE SITUATED NORTH AND WEST OF THE POINT OF INTERSECTION OF THE NORTHWESTERLY LINE OF SANTA YNEZ STREET AND THE NORTHERLY LINE OF CABRILLO AVENUE A DISTANCE OF 144 FEET AS SHOWN ON HERMANN BROS MAP OF THE STANFORD CAMPUS OF 1915 RUNNING THENCE IN A WESTERLY DIRECTION ALONG THE NORTHERLY LINE OF CABRILLO AVENUE A DISTANCE OF 160.7 FEET TO THE POINT OF INTERSECTION OF THE NORTHERLY LINE OF CABRILLO AVENUE AND THE EASTERLY LINE OF COOKSEY LANE, RUNNING THENCE N. 8° 50' W. ALONG THE EASTERLY LINE OF COOKSEY LANE, A DISTANCE OF 286 FEET, MORE OR LESS TO AN IRON PIPE, RUNNING THENCE S. 60° 00' E. A DISTANCE OF 292.9 FEET RUNNING THENCE S. 35° 00' W. A DISTANCE OF 114 FOOT TO THE POINT OF BEGINNING. BEING LOT NO 10 OF COOKSEY SUBDIVISION #1.

APN: 142-08-029