# Exhibit C

SUPREME COURT OF THE STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Plaintiff(s) | **SATISFACTION OF JUDGMENT** |
| against | | |
| **Alan J. Bankman and Barbara H. Fried** | Defendant(s) | **DISTRICT COURT # 22-CR-00673** |

WHEREAS, a judgment was entered in the above entitled action in the Supreme Court of California County of Santa Clara in DOC#25424972; Order Number: 4316-6937878; APN: 142-08-029 in favor of UNITED STATES of AMERICA and against **Alan J. Bankman and Barbara H. Fried, 743 Cooksey Lane, Stanford, CA 94305.**

WHEREAS, said Affidavit of Confession of Judgment and Judgment by Confession was to be security for a debt to become due to plaintiff arising from a personal recognizance bond in the United States District Court for the Southern District of New York, executed by **Alan J. Bankman and Barbara H. Fried**, in the matter of United States v. **Samuel Bankman-Fried**, in the event **Samuel Bankman-Fried** should breach a condition of his bail; and

WHEREAS, it is no longer required to hold **Alan J. Bankman and Barbara H. Fried** as sureties, or their property as collateral securing said personal recognizance bond, since **Samuel Bankman-Fried** was sentenced by the **HONORABLE Lewis A. Kaplan, U.S.D.J., on March, 29 2024,**

NOW THEREFORE, satisfaction of said judgment is acknowledged and the said clerks are hereby authorized and directed to make any entry of full satisfaction on the docket of said judgment and to withdraw the Affidavit of Confession of Judgment and the Judgment of Confession, so as to release the defendant as surety from any liability concerning, and to release defendant's property as collateral securing, the aforementioned bond,

AND said judgment has been **COMPLETELY SATISFIED** and the sum of **$0.00 (ZERO DOLLARS)** remains unpaid.

AND it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York,

THEREFORE, complete satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of complete satisfaction on the docket of said judgment.

MATTHEW PODOLSKY U.S. ATTORNEY

By: _____
AUSA:   Nathan Rehn

**STATE OF NEW YORK, COUNTY OF NEW YORK**

On the 27th day of March 2025 before me personally came **Nathan Rehn**, on behalf of the plaintiff, **UNITED STATES OF AMERICA** to me known and known to me to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

Notary Public: _____

MATTHEW ZVI FLEISCHMANN
Notary Public - State of New York
No. 01FL6345619
Qualified in New York County
My Comm. Expires July 25, 2028