# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 22-CR-673 |
| vs. | : |
| | : |
| SAMUEL BANKMAN-FRIED | : |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-25

## [~~PROPOSED~~] ORDER

AND NOW, this 8th day of April ~~1st~~, 2025, on application by Alan J. Bankman and Barbara H. Fried for an Order releasing their property located at 743 Cooksey Lane, Stanford, California, 94305, as surety for the Appearance Bond for Defendant Samuel Bankman-Fried executed in this Court on December 22, 2022, it is hereby **ORDERED** that the Clerk for the United States District Court for the Northern District of California reconvey said property to Alan J. Bankman and Barbara H. Fried by executing and recording a reconveyance deed. *and on consent of the United States*

_____
**LEWIS A. KAPLAN,**  4/8/25
**United States District Court Judge**