UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

              -against-

SAMUEL BANKMAN-FRIED,

              Defendant.
------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2026
```

22-cr-0673 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Before the Court is defendant's motion for a new trial (Dkt 583). The government shall respond by March 11, 2026.

        SO ORDERED.

Dated:      February 25, 2026

                                                      Lewis A. Kaplan
                                                  United States District Judge