

**DOCKET**

Judge Lewis Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

March 12, 2026

Dear Judge Kaplan:

I am writing, as the holder of power of attorney for Sam Bankman-Fried, to request an extension of time to respond to the government's reply brief on his Rule 33 motion. He is filing the papers related to the Rule 33 motion pro se. In addition to being currently incarcerated, without access to any word processing capabilities or most of his own files, he is being relocated from Terminal Island sometime in the next couple of weeks. While in transit, he will be out of contact with the outside world for some period of time that is hard to predict at this point. It depends on where he is being sent and how direct the transport is.

If you are willing to grant him an extension until April 1st—three weeks from yesterday—to file his response, it will probably cover most eventualities. If it doesn't, I will update the court as soon as I have new information.

Thank you for your consideration.

Barbara H. Fried