

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026
```

DOCKET

Judge Lewis Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

March 12, 2026

Dear Judge Kaplan:

I am writing, as the holder of power of attorney for Sam Bankman-Fried, to request an extension of time to respond to the government's reply brief on his Rule 33 motion. He is filing the papers related to the Rule 33 motion pro se. In addition to being currently incarcerated, without access to any word processing capabilities or most of his own files, he is being relocated from Terminal Island sometime in the next couple of weeks. While in transit, he will be out of contact with the outside world for some period of time that is hard to predict at this point. It depends on where he is being sent and how direct the transport is.

If you are willing to grant him an extension until April 1st—three weeks from yesterday—to file his response, it will probably cover most eventualities. If it doesn't, I will update the court as soon as I have new information.

Thank you for your consideration.

Barbara H. Fried

Memorandum Endorsement    United States v. Bankman-Fried, 22-cr-0673 (LAK)

  Ms. Fried is not a member of the Bar of this Court, has not sought leave to appear *pro hac vice*, and has not filed an appearance. A power of attorney granted by the defendant does not authorize her to seek relief from the Court or otherwise to participate in this litigation. *Pridgen v. Andresen*, 113 F.3d 391, 392-93 (2d Cir. 1997).

  The Court of course understands that Ms. Fried is the defendant's mother, was trained and practiced as a lawyer, and has taught at Stanford Law School. Nevertheless, with no disrespect, she lacks standing to file papers or seek relief in this case. Indeed, Bankman-Fried is represented in this matter, to this day, by three members of the Bar who have appeared here and who do have standing to act on his behalf.

  It is appropriate also to mention the fact that Ms. Fried's attached letter to the Court bears no indication that it was served on the U.S. Attorney's office, which should have been done if the letter had been appropriate in the first place. Moreover, court staff have advised that Ms. Fried or someone so identifying herself left a voicemail message on the chambers telephone line. The Court does not accept telephone calls from litigants or from members of their families.

  In the circumstances, the due date for any response to the government's opposition to Bankman-Fried's previously filed motion is extended on the Court's own initiative from March 18, to and including March 23. This will afford time within which Bankman-Fried or his counsel may seek a further extension if that is desired and for the government to respond to Ms. Fried's letter.

  SO ORDERED.

Dated:  March 16, 2026

                  _____
                   Lewis A. Kaplan
                   United States District Judge