UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
    UNITED STATES OF AMERICA             **DECLARATION OF**
                                                          :  **BABATUNDE ADEDIRAN**
  - v. -
                                                          :  S6 22 Cr. 673 (LAK)

SAMUEL BANKMAN-FRIED,
a/k/a "SBF"                                                :
          Defendant.
                                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK         )
COUNTY OF NEW YORK     : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

      BABATUNDE ADEDIRAN, under penalty of perjury, declares:

      1.    I am a Special Agent with the Federal Bureau of Investigation (the "FBI"). I have been employed as a special agent since 2022. I am currently assigned to an FBI squad that investigates white collar crimes. During the course of my duties, I have participated in multiple financial investigations, including investigations into wire fraud and securities fraud schemes. I also took part in the investigation related to SAMUEL BANKMAN-FRIED (the "Defendant").

      2.    I respectfully make this declaration in connection with the Government's application for a Preliminary Order of Forfeiture as to the Substitute Asset, as to the following property:

        a.    $10,000,000 in United States currency (plus any interest income and net of applicable expenses) that is currently being held in an account at Fiduciary Trust Company representing the return of the investment made by the Defendant in Semafor, Inc.

(the "Substitute Asset").

3.      From my review of the case file, I am familiar with the facts and Circumstances of this forfeiture case.  Because this declaration is being submitted for a limited purpose, I have not included in it everything I know about this forfeiture case. Where the contents of documents and the actions, conversations, and statements of others are related herein, they are related in substance and in part.

### The Indictment

4.      On August 14, 2023, SAMUEL BANKMAN-FRIED, (the Defendant"), was charged in a seven-count Superseding Indictment, S6 22 Cr. 673 (LAK) (the "Indictment"), with wire fraud, in violation of Title 18, United States Code, Section 1343 and 2 (Counts One and Three); conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Counts Two and Four); conspiracy to commit securities fraud, in violation of Title 18, United States Code, Section 371 (Count Five); conspiracy to commit commodities fraud, in violation of Title 18, United States Code, Section 371 (Count Six); and conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Seven).

5.      The Indictment included a forfeiture allegation as to Counts One through Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of offenses charged in Counts One through Four of the Indictment.

6.      The Indictment included a forfeiture allegation as to Count Five of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 981(a)(l)(C) and Title 28 United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission the offense charged in Count Five of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Five of the Indictment.

7.    The Indictment included a forfeiture allegation as to Count Seven of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(l), of any and all property, real and personal, involved in the offense charged in Count Seven of the Indictment, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in Count Seven of the Indictment.

8.    On or about November 2, 2023, the Defendant was found guilty, following a jury trial, of Counts One through Seven of the Indictment.

### The Order of Forfeiture

9.    On March 28, 2024, the Court entered a Preliminary Order of Forfeiture/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 423), (1) imposing a money judgment against the Defendant in the amount of $11,020,000,000, representing proceeds traceable to the offenses charged in Counts One through Five and Seven of the Indictment; and (2) ordered the forfeiture to the United States of all right, title and interest of the Defendant in certain assets (the "Specific Property").

10.    On February 18, 2025, the Court entered a Final Order of forfeiting all right, title, and interest to the Government of Specific Property identified in the Final Order of Forfeiture

(D.E. 568).

11.    To date, the entire Money Judgment against the Defendant remains unpaid.[1]

## The Substitute Asset

12.    I and other law enforcement agents have continued to conduct an investigation into any assets of the Defendant that are forfeitable either because they constitute or are derived from proceeds of the offenses charged in Counts One through Five of the Indictment, they are property involved in the offense charged in Count Seven of the Indictment or traceable to such property,  or they are available as substitute assets.

13.    As a result of the defendant's acts and omissions with respect to forfeitable property, the Government has not been able to locate, obtain, or collect all the assets that constitute or are traceable to the proceeds of the offenses charged in Counts One through Five of the Indictment that the Defendant personally obtained, or all the property involved in the offense charged in Count Seven of the Indictment or traceable to such property.

14.    As a result of the investigation, I have learned that the Substitute Asset represents the return of an investment made by the Defendant in Semafor Inc. in or around March 2022.  Specifically, I have learned that in or around February 2026, representatives from Semafor advised an attorney for the Government that a $10,000,000 investment made by the Defendant in Semafor Inc. in or about March 2022 had been structured to be paid back to the Defendant over a period of several years, and that the funds representing the return on the investment were available for disbursement.

---

[1] The Defendant has appealed his conviction and sentence and as such the Government cannot apply the Specific Property towards the satisfaction of the Money Judgment. However, the Money Judgment is far in excess of the value of the Specific Property and Substitute Asset.

I declare under penalties of perjury that the foregoing is true and correct, pursuant to Title 28, United States Code, Section 1746.

Dated: New York, New York

May 5, 2026

_____

BABATUNDE ADEDIRAN
Special Agent
Federal Bureau of Investigation