**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 4, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-8-26

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Samuel Bankman-Fried*, et al., 22 Cr. 673 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned docket. The undersigned is departing the U.S. Attorney's Office for the Southern District of New York for a foreign detail on behalf the U.S. Department of Justice.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

by: /s/
Danielle Kudla
Assistant United States Attorney
(212) 637-2304

Cc: Counsel of Record (by ECF)

Granted

**SO ORDERED**

**LEWIS A. KAPLAN, USDJ**

9/8/26